```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES OF AMERICA,           )  Criminal Action
                                    )  Nos. 21-cr-73-01
vs.                                 )  21-cr-73-02
                                    )
NICHOLAS DECARLO and                )  December 9, 2022
NICHOLAS R. OCHS,                   )  10:23 a.m.
             Defendants.            )  Washington, D.C.
    *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

**TRANSCRIPT OF SENTENCING HEARING**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT CHIEF JUDGE**

<u>**APPEARANCES**</u>:

FOR THE UNITED STATES:
                         ALEXIS LOEB
                         U.S. ATTORNEY'S OFFICE
                         FOR THE NORTHERN DISTRICT OF CAL
                         450 Golden Gate Avenue
                         San Francisco, CA 94102
                         (415) 436-7168
                         Email: alexis.loeb@usdoj.gov

FOR DEFENDANT DeCARLO:
                         ROBERT FEITEL
                         1300 Pennsylvania Avenue NW
                         Washington, DC 20008
                         (202) 255-6637
                         Email: rf@rfeitellaw.com

FOR DEFENDANT OCHS:
                         EDWARD B. MACMAHON, JR.
                         P.O. Box 25
                         107 East Washington Street
                         Middleburg, VA 20118
                         (540) 687-3902
                         Email: ebmjr@macmahon-law.com


Court Reporter:    Elizabeth Saint-Loth, RPR, FCRR
                   Official Court Reporter

            Proceedings reported by machine shorthand.
        Transcript produced by computer-aided transcription.

1                    **P R O C E E D I N G S**

2              THE COURTROOM DEPUTY:   Matter before the Court,

3    Criminal Case No. 21-73, United States of America versus

4    Nicholas DeCarlo and Nicholas R. Ochs.

5              Your Honor, for the record, Probation Officer

6    Sherry Baker and Pretrial Agent Christine Schuck are joining

7    us remotely.

8              Counsel, please come forward and state your names

9    for the record, starting with the government.

10             MS. LOEB:  Your Honor, may I remove my mask when I

11   am speaking, or would you like me to keep it on?

12             THE COURT:  I think -- since I am just getting

13   over COVID myself so --

14             MS. LOEB:  Keep it on?

15             THE COURT:  -- I think -- and COVID is just going

16   around this courthouse and everywhere too much.  Please keep

17   your mask on.

18             MS. LOEB:  Okay.  Good morning, Your Honor.

19   Alexis Loeb for the United States.

20             THE COURT:  Thank you.

21             MS. LOEB:  And joining me at counsel table is my

22   colleague, James Pearce.

23             THE COURT:  Mr. Pearce, are they giving you a

24   permanent spot in my courtroom?

25             MR. PEARCE:  I think just for this morning, Your

```
1    Honor.
2              THE COURT:  Okay.
3              MR. FEITEL:  Good morning, Your Honor.
4    Robert Feitel for Mr. DeCarlo, who is present in the
5    courtroom today.
6              THE COURT:  Yes.  Good morning, Mr. Feitel.
7              MR. MacMAHON:  Good morning, Your Honor.
8    Edward MacMahon for Mr. Ochs, who is also present in
9    courtroom.
10             Judge, if I may ask, my hip is killing me today; I
11   have also been a little sick.  So I may end up sitting when
12   I argue for the first time in my life, and no disrespect to
13   the Court.
14             THE COURT:  No, no, no.  Actually, I was just
15   going to tell everybody.  This is your lucky day,
16   Mr. MacMahon, because I would prefer for everybody to stay
17   away from my staff.  So please have a seat and just move the
18   microphone around, which is why we gave Mr. Feitel the hand
19   mic.  You can sit comfortably in your seat.
20             MR. MacMAHON:  Thank you, Your Honor.
21             THE COURT:  Okay.  So we're here this morning for
22   the sentencing of two defendants, Nicholas Ochs and Nicholas
23   DeCarlo, each of whom have pled guilty to the felony offense
24   of obstruction of an official proceeding in violation of
25   18 U.S.C. Section 1512(c)(2), which is Count 2 of the
```

1    superseding indictment against them.  I am going to do this

2    sentencing hearing with both defendants together in some

3    parts and separately in other parts.  You will just listen

4    to my directions as we go along.

5         I am going to start the sentencing hearing as I do

6    all of my sentencing hearings, with a review of all of the

7    documents I have reviewed in connection with each

8    defendant's sentence -- sentencing hearing.

9         So with respect to Mr. Ochs, I have reviewed the

10   Probation Office's presentence investigation report and the

11   sentencing recommendation docketed at ECFs 91 and 92; the

12   government's sentencing memo docketed at ECF 94; the

13   sentencing memo submitted on behalf of Mr. Ochs, at ECF 98;

14   and a number of letters submitted on his behalf docketed at

15   98-1 through -6 and, also, at 100-1.

16        With respect to Nicholas DeCarlo, I have reviewed

17   the Probation Office's presentence investigation report and

18   sentencing recommendation docketed at ECFs 89 and 90; the

19   government's sentencing memo docketed at ECF 93; and the

20   sentencing memo submitted on behalf of Mr. DeCarlo docketed

21   at ECF 99; and a letter from the defendant docketed at 99-1,

22   as well as several letters from his family and friends

23   docketed at ECF 102.

24        Also, with respect to both defendants, I have

25   reviewed the 33, I think -- at my last count -- 33 videos

1   submitted by the government listed at ECF 74; and

2   incorporated photographic exhibits in the government's

3   sentencing memos for both defendants; and two videos that

4   the government submitted in its supplement docketed at

5   ECF 101.

6           Does the government have all of those documents

7   and videos?

8           MS. LOEB:  Yes, Your Honor.

9           THE COURT:  Mr. Feitel, do you have all of those

10  documents and exhibits?

11          MR. FEITEL:  Yes, Your Honor.

12          Am I coming in?

13          THE COURT:  Yes.

14          This is a very frustrating device.  You just have

15  to hold it up a little bit; it's attached to that black box.

16  Sometimes, if it's not working, you just have to hold it up,

17  right like that.

18          MR. FEITEL:  Thank you, Your Honor.

19          I have received the government's submissions.

20          THE COURT:  Thank you.

21          Mr. MacMahon?

22          MR. MacMAHON:  Yes, Your Honor.  I have all of

23  those documents.

24          THE COURT:  All right.  So now Mr. Ochs and

25  Mr. DeCarlo.

```
 1              Mr. DeCarlo, you are hiding behind your lawyer.

 2     Just lean over a little bit there -- thank you -- so I can

 3     see your face.

 4              The sentencing hearing is going to proceed in four

 5     different steps.  I would like to outline for you how the

 6     sentencing hearing will proceed so you know what is coming

 7     up next, and what we're dealing with at each stage of the

 8     sentencing hearing.

 9              At the first step, I will determine whether the

10     government or you, either one of you, has any objections to

11     any parts of the presentence investigation report that have

12     been submitted by the Probation Office in your case.

13              The second step, I will determine how the advisory

14     guidelines apply in your case and what the advisory

15     sentencing range is under our guidelines manual.

16              The third step is to hear first from the

17     government and then from your counsel and then, lastly, from

18     you, if you wish to be heard about sentencing in the case.

19     That is where you have the opportunity to speak to me.

20              At the last step, I will explain the reasons for

21     the sentence imposed and impose sentence.

22              Do you have any questions about how the sentencing

23     hearing is going to proceed, Mr. Ochs?

24              DEFENDANT OCHS:  No questions, Your Honor.

25              THE COURT:  Mr. DeCarlo?
```

1         DEFENDANT DeCARLO:  No, Your Honor.

2         THE COURT:  Okay.

3         Okay.  So the final presentence investigation

4    reports for Mr. DeCarlo and Mr. Ochs indicate that the

5    government has no objections to anything in either one of

6    those PSRs; is that correct?

7         MS. LOEB:  Your Honor, we submitted some

8    corrections to Mr. DeCarlo's PSR, and those corrections were

9    made in the final PSR.  So we have no further objections at

10   this time.

11        THE COURT:  Okay.  Well, I am just asking about

12   the final PSR.

13        MS. LOEB:  Yes.  No, Your Honor.

14        THE COURT:  The final PSR.  I don't even look at

15   the draft.  I mean, that's only between the parties and

16   probation.

17        All right.  So the record is clear, the government

18   has no objections to either final PSR for either defendant?

19        MS. LOEB:  That's correct, Your Honor.

20        THE COURT:  Okay.  And, Mr. MacMahon, have you and

21   Mr. Ochs reviewed and discussed the presentence

22   investigation report in this case?

23        MR. MacMAHON:  We did, Your Honor.

24        THE COURT:  And I understand that Mr. Ochs has no

25   objections to any of the factual or other statements in the

1    final PSR; is that correct?

2          MR. MacMAHON:  He does not, Your Honor.  No

3    objections.

4          THE COURT:  All right.  And, Mr. Ochs, are you

5    fully satisfied with your attorney in this case?

6          DEFENDANT OCHS:  Yes.  He is a very good attorney.

7          THE COURT:  And do you feel that you have had

8    enough time to talk to Mr. MacMahon about the Probation

9    Office's presentence investigation report and all of the

10   other papers submitted in connection with your sentencing

11   here this morning?

12         DEFENDANT OCHS:  Yes, Your Honor.

13         THE COURT:  Mr. Feitel, have you and your client

14   read and discussed the presentence investigation report for

15   him?

16         MR. FEITEL:  Yes, we have, Your Honor.

17         THE COURT:  And I understand that Mr. DeCarlo has

18   no objections to any of the factual or other portions of the

19   presentence investigation report; is that correct?

20         MR. FEITEL:  Nothing -- no objections to the final

21   version, Your Honor.

22         THE COURT:  All right.  Mr. DeCarlo, are you fully

23   satisfied with your attorney in this case?

24         DEFENDANT DeCARLO:  I am, Your Honor.

25         THE COURT:  And do you feel that you have had

1    enough time to talk to Mr. Feitel about the presentence

2    investigation report and the other documents submitted in

3    connection with your sentencing here this morning?

4            DEFENDANT DeCARLO:  I do.

5            THE COURT:  All right.  Thank you.

6            Hearing no objection from the government or the

7    two defendants, the Court will accept the factual portions

8    of each of their individual PSRs as undisputed and as my

9    findings of fact at sentencing, as supplemented by my review

10    of all of the video and photographic evidence in the case

11    and other information in the government's sentencing memos.

12            All right.  We're now at step two of the

13    guidelines where I determine how the guidelines apply in

14    your case.  So starting -- I think the guidelines, starting

15    with the Criminal History Category for each defendant,

16    Mr. Ochs has no prior criminal history.  Mr. DeCarlo has one

17    prior conviction for marijuana possession in 2019, which

18    gives him a Criminal History Score of 1.  But that puts both

19    defendants in Criminal History Category 1.

20            As to the offense level, both defendants have the

21    same guideline determination for their offense level for

22    violating 18 U.S.C. Section 1512(c)(2), which is subject to

23    the guideline at 2J1.2(a).  That guideline provides a base

24    offense level of 14, which is increased by 8 offense levels

25    under the specific offense characteristic at 2J1.2(b)(1)(B)

1    for threatening or causing injury or property damage to

2    obstruct the administration of justice; and another 3

3    offense levels under the specific offense characteristic at

4    2J1.2(b)(2) for substantial interference with the

5    administration of justice.

6            The offense level is reduced by 3 offense levels

7    for acceptance of responsibility under the guideline at

8    3E1.1, resulting in a total offense level for both

9    defendants of 22 which, in combination with the Criminal

10   History Category 1 in which they are both in, results in an

11   advisory sentencing range under the guidelines manual of 41

12   to 51 months' imprisonment; a supervised release range

13   following imprisonment of one to three years; a fine range

14   of 15,000 to $150,000; and a special assessment of $100 for

15   each count of conviction.

16           Are there any objections, for the record, about

17   the guideline determination from the government?

18           MS. LOEB:  No, Your Honor.

19           THE COURT:  Mr. MacMahon, for Mr. Ochs?

20           MR. MacMAHON:  No, Your Honor.

21           THE COURT:  Mr. Feitel, for Mr. DeCarlo?

22           MR. FEITEL:  No, Your Honor.

23           THE COURT:  Okay.  All right.  I am now at the

24   third step of the hearing.

25           I will hear from the parties to discuss

1       application of the sentencing factors I am required to

2       consider under 18 U.S.C. Section 3553(a).

3               I have been provided with divergent sentencing

4       recommendations in this case.  The government is

5       recommending for Mr. Ochs 51 months' incarceration.  For

6       Mr. DeCarlo, the government is recommending 48 months of

7       incarceration.

8               Both defendants are asking for 18 months

9       incarceration.  And the Probation Office is recommending for

10      Mr. Ochs a sentence at the minimum of the advisory guideline

11      range of 41 months; and for Mr. DeCarlo, a sentence at the

12      midpoint of the guideline range of 48 months.  So the

13      sentencing ranges -- the sentence recommendations are in

14      different parts of the sentencing range.

15              I will start with the government.

16              MS. LOEB:  Thank you, Your Honor.

17              I would like to speak to both Mr. Ochs and

18      Mr. DeCarlo together.

19              First, I want to address two issues that have been

20      present throughout this case and that, I think, emerge in

21      both defendants' sentencing memos.  I want to respond to a

22      couple of factual points regarding each defendant, and then

23      I can address the comparator cases the defendants raise --

24      of course, to the extent that would be helpful to the

25      Court -- and then just touch on a few factors at the end.

1          One issue I want to address is the idea that these

2     defendants were there as "correspondents" -- I believe is

3     the word Mr. Ochs uses -- or that they were just there to

4     create humorous content and create some kind of satire.

5          These defendants clearly crossed the line from

6     being detached observers into participating in the riot.

7     There should be no doubt about that.  The fact that they

8     filmed themselves while they committed the crimes does not

9     absolve them of responsibility here.

10          As far as humor, this is not the kind of satire

11     you see on Stephen Colbert where he's telling jokes to

12     ridicule or criticize something.  DeCarlo and Ochs are

13     believers in the cause -- the cause of people storming the

14     Capitol that day, the cause of undermining democracy.  I

15     think the record is full of examples betraying or revealing

16     their beliefs about the election and about the riot.

17          DeCarlo -- Mr. DeCarlo and Mr. Ochs, I think,

18     were -- they were using humor in sort of a strategic way not

19     to criticize their cause but to promote their cause.

20          As we discussed in the memos, this kind of humor

21     is actually dangerous because I think it normalizes what is

22     going on around them.  It makes storming the Capitol seem

23     like kind of a fun game, like it's something to laugh at.

24     It tells the people around them that it's okay to do what

25     they're doing, to jam the crash doors open.  It tells them

1    what they're doing is funny, that they shouldn't care about

2    people getting hurt.  And it also tells those who would

3    criticize and condemn what was going on at the Capitol that

4    they were just being too sensitive because the people in the

5    Capitol are just having a good time.

6          I think their behavior also poured gasoline on the

7    fire that day.  Mr. DeCarlo in the Crypt, around the same

8    time as there was a confrontation between rioters and

9    police, repeatedly yelled:  Where's Nancy?  Where's Nancy?

10   Where, around him, there were many very visibly angry

11   rioters, including Anthony Williams who appeared before Your

12   Honor.  And I think there is no doubt as to what many of

13   those defendants had done -- would have done had they

14   actually come across the Speaker of the House that day.

15         Later, in the Rotunda, the defendants pointed

16   others toward where Speaker Pelosi's office was.  And just

17   minutes later, a crowd gathered by that exit to the Rotunda

18   and confronted the police.  One of the MPD officers there

19   actually got punched in the side of the head and pushed

20   toward -- down a set of stairs.

21         I think the use of humor, as we saw in

22   Mr. DeCarlo's letter, also gives them plausible deniability.

23   It's sort of like the schoolyard bully that hurls insults at

24   a child and then says:  No offense, I was only kidding.

25   They can say the most -- they can threaten, but if they

1    laugh about it, then later, as we have seen in this case,

2    they can say:  I didn't really believe it; I was just

3    joking.  This was just satire.

4         I think the use of humor also plays into an

5    argument we see from the defendants suggesting that this was

6    harmless conduct.  Mr. DeCarlo talks about using Magic

7    Markers to write "murder the media," like it was some

8    child's toy.  You know, he used the magic markers.

9         Mr. Ochs calls their conduct foolish.  He wrote

10   "murder the media"; it could just be kind of wiped off

11   quickly after.  Similarly, Mr. Ochs talks about a novelty

12   smoke grenade that he says was the size of a quarter.  Both

13   of these instances, the graffiti and throwing the smoke

14   bomb, were actually quite serious, starting with throwing a

15   smoke bomb.

16        Throwing smoke bombs at outnumbered police as they

17   are battling rioters is incredibly dangerous.  For the

18   police to have, you know, puffs of smoke going up in their

19   face as they're trying to fight off this mob created to what

20   was already an extremely hazardous situation that, in fact,

21   resulted in substantial injuries to the police.

22        Similarly, the "murder the media" graffiti sent a

23   message of control, domination even, entitlement that the

24   defendants and those who are like-minded had taken over the

25   Capitol, and they were in charge.  And it sent a chilling

1    message to members of the media.  The defendants say that

2    this is the name of their platform, but that platform was

3    named "murder the media" for a reason, and it sent that same

4    message nonetheless.

5         "Murder the media" was not some large media

6    conglomerate for which Mr. Ochs was simply a correspondent.

7    There was a Telegram chat among members of "murder the

8    media," and there were 15 participants; it's a very small

9    group.  It is not some big company that just happened to

10   hire Mr. Ochs.  He and Mr. DeCarlo were more involved in it.

11        I also wanted to address the defendants' Proud Boy

12   affiliation, which I think is appropriate for the Court to

13   consider.  I think sort of regardless of whether the

14   defendants were with -- there was a group of Proud Boys that

15   marched together to the Capitol; the defendants did not

16   march with that group.  But, regardless, the Court should

17   consider their Proud Boy affiliation because it goes to the

18   defendants' history and characteristics, which is one of the

19   factors that the Court must consider at sentencing.

20        Both the defendants had deep affiliation with the

21   Proud Boys that had lasted for multiple years that I think

22   shows an affinity toward political violence that should be

23   concerning to the Court, and the Court should consider when

24   you sentence the defendant.

25        It makes clear that, for these defendants,

1    January 6th was not some blip on the radar screen of an

2    otherwise -- an otherwise peaceful life.  These were both

3    defendants who, through their membership in the

4    organization, supported political violence.

5            THE COURT:  But Mr. DeCarlo says that he resigned.

6    He left the Proud Boys.  Maybe resigned is too formal a

7    phrase to use for that kind of organization; but he does say

8    he left the Proud Boys in 2019.  So what evidence -- I mean,

9    I know that there are -- there's other videos of them

10   embracing Proud Boys at the Capitol.  He says that -- you

11   know, he videotapes himself before January 6 saying he

12   called Enrique, you know, the head of the Proud Boys.

13           But what information do you have about whether he

14   left the Proud Boys or was a full-blown member of the Proud

15   Boys on January 6, 2021?

16           MS. LOEB:  Your Honor, I don't think I could prove

17   beyond a reasonable doubt that he was still a formal

18   card-carrying member of the group on that day.  I do have

19   doubts about the resignation.

20           Mr. DeCarlo notes, for example, that he didn't

21   wear the group's clothing that day, but there was a

22   directive to the Proud Boys not to wear their colors that

23   day.

24           He -- in August of 2020, in the Telegram chat

25   talking about the election of the elders, someone said that

1    some guys would make funny campaign clips like DeCarlo did,

2    which suggests that DeCarlo was making videos to campaign

3    for the role of elder in August 2020, which is after he said

4    he resigned.

5           But regardless of whether he wasn't a formal

6    member of the group on that day, I think the Court can

7    still -- it's clear he didn't renounce the group.  He was

8    there with Mr. Ochs.  He warmly greeted other Proud Boys who

9    were there from around the country.  These were not his

10   local neighborhood friends.

11          And I think the Court can also glean from his

12   three years of membership in the group, which included a

13   national TV appearance, and his statements in the videos

14   that we have submitted to the Court, that the defendant

15   still continued to share the group's values.  And that is

16   what is troubling here, because the group's values include

17   repeated political violence.

18          Mr. DeCarlo says he resigned from the Proud Boys

19   because they became too political.  But since the group's

20   founding in 2017, the group has been known for going to

21   political protests and engaging in violence.

22          On the topic of being a member of the Proud Boys,

23   I do think Mr. Ochs' membership -- continued membership and

24   his leadership role as an elder is even more aggravating

25   because it's just stronger evidence that he is still even

1    more enmeshed in the group.  He's willing to be a leader on

2    the ground in Washington, D.C., over the period of

3    January 6th.

4         And the elders have quite broad -- quite a broad

5    role in the organization.  From a message in the elder's

6    Telegram chat, we can tell that their responsibilities

7    included serving as the voice of the Proud Boys on matters

8    of public concern; taking legal action on behalf of the

9    fraternity; to hold property in the name of the national

10   fraternity; to establish organizations, funds, or trusts to

11   which both members and nonmembers of the fraternity could

12   contribute for charitable purposes; and to be the final

13   authority -- authority on chapter status, membership

14   criteria, and rituals of the fraternity.  And that's a

15   message from January 4, 2021, so just two days before they

16   stormed the Capitol.

17        And Mr. Ochs is quite involved in many of these

18   leadership matters.  Particularly, he seems involved in

19   wanting to give the group a more mainstream image, not by

20   reforming or limiting their use of violence but in the use

21   of appropriate spokespeople.  Mr. Ochs, of course -- in

22   addition to his leadership role, he was actually involved in

23   several of the Proud Boys' chats we described in our

24   sentencing memo where plans for January 6th were discussed

25   in statements like "stack the bodies of Capitol Hill," and

1    What will happen if a million patriots storm the Capitol

2    that day?  Statements relating to plans for violence on

3    January 6th were discussed.

4            Just turning to a few specific factual points

5    relating to the defendants.  Mr. DeCarlo, in his sentencing

6    memo, describes -- I think notes his cooperation.  And I

7    would just note for the Court that this is not a defendant

8    who pled guilty early.  He was arrested in January of 2021

9    and only pled guilty in September 2022 of this year.  He did

10   not -- he mentions that he met with the Select Committee,

11   but we don't know what he said to the Select Committee.  He

12   did not choose to come and meet with the government.

13           And he also -- I think it's also relevant to

14   consider that he raised money assailing this as a political

15   prosecution, which also is not a defendant who is

16   cooperating and promptly accepting responsibility.

17           THE COURT:  Before you leave the fundraising

18   efforts, this is not the first case I have seen where

19   January 6 defendants have gone out to the masses and said:

20   Give me money.  I have been charged in connection with my

21   offense conduct on January 6th.

22           But they have raised a lot of money, these two

23   defendants.  The government found that Mr. Ochs had raised

24   $15,677 from two fundraising platforms, with $1,348

25   earmarked for his legal defense.  And then Mr. DeCarlo also

1    raised over $7,000, for whatever reason, maybe legal reasons

2    also.

3        And what struck me is that both these defendants

4    have court-appointed lawyers.  The American taxpayers --

5        Well, Mr. MacMahon, are you court-appointed or are

6    you retained?

7        MR. MacMAHON:  No.  I am retained, Your Honor.

8        THE COURT:  You are retained.

9        So only Mr. DeCarlo has a court-appointed lawyer.

10       Is that right, Mr. Feitel?

11       MS. LOEB:  Yes, Your Honor.

12       MR. FEITEL:  Yes, Your Honor.

13       THE COURT:  Okay.  So Mr. Feitel is being paid for

14   by American taxpayers.  But Mr. DeCarlo raised over $7,000

15   for -- he says he used a portion of the funds to pay his

16   prior attorney.  And I think Mr. Feitel has been in this

17   case since the beginning, so I don't know what prior

18   attorney is being talked about there.

19       I know that the government has suggested that,

20   basically, these funds be used to pay a fine in this case to

21   the tune of over $14,000 as to Mr. Ochs, since only $1,348

22   was earmarked for his legal defense and, presumably, all of

23   the $7,000 that Mr. DeCarlo raised since he has a

24   court-appointed lawyer.

25       Do I understand what the government is asking for

1    in terms of a fine?

2              MS. LOEB:  That's correct, Your Honor.  Although,

3    for Mr. DeCarlo, we were subtracting, I think, about $500 to

4    cover his travel to D.C. for sentencing.

5              THE COURT:  I see.

6              MS. LOEB:  I think our final request for

7    Mr. DeCarlo was $6,543.

8              THE COURT:  Okay.  Got it.  All right.

9              MS. LOEB:  To just address a few points --

10             THE COURT:  Is the government asking for these

11   online fundraising efforts by these J6 defendants where they

12   are just getting money, apparently from the public, even

13   when they have court-appointed lawyers -- is the government

14   asking for that money to be recouped as fines in all of

15   these cases?

16             This is the first time I have seen the government

17   asking for this.  I have raised a question about what are we

18   doing about that.  But this is the first time I have seen

19   the government ask me, at least, to have that money,

20   basically, confiscated to pay a fine in the case.

21             Is that what the government is doing now?

22             MS. LOEB:  That's my understanding of the

23   government's position, yes.  That if defendants are

24   profiting off of their participation in January 6th, that

25   we're asking for that money to be confiscated or used to pay

1    a fine.

2            THE COURT:  Okay.  All right.

3            MS. LOEB:  Just to address a few points regarding

4    Mr. Ochs.  Mr. Ochs, in his sentencing memo, says he was

5    dressed in civilian garb, which does not mention the stab

6    vest that he did also wear under his civilian garb that day,

7    which shows a preparation for violence and an expectation

8    that he was not just going to be a detached observer

9    standing on the sidelines.

10           He describes chance encounters with other Proud

11   Boys but, again, in the Telegram chats, Mr. Ochs

12   corresponded with Mr. Nordean about how they would both be

13   the leaders on the ground, and then exchanged cell phone

14   numbers.  So I find it hard to believe that his encounter

15   with Mr. Nordean in the Capitol was completely unexpected.

16           Mr. Ochs says that he never committed violence

17   inside the Capitol.  We don't dispute that but, of course,

18   that ignores what happened outside the Capitol,

19   specifically, the throwing of a smoke bomb.

20           Reviewing Mr. Ochs' case, I am also struck by his

21   discussion of the Supreme Court following the election,

22   where he tells the other Proud Boys, you know:  I am

23   pro-violence, but the Supreme Court is going to come through

24   for us; if it doesn't, you know, then let's go wild.  Of

25   course, that didn't happen.  And when that didn't happen,

1    Mr. Ochs did not accept the Court's decision.  He didn't

2    accept the decision of any of the dozens of courts around

3    the country that rejected challenges to the election.  He

4    was only willing and open to listening to a court that ruled

5    in his favor; and that is utterly undermining of democracy,

6    to take the position that you think you have a court that is

7    stacked in your favor and you expect they will rule for you;

8    and if you [sic] don't, then it's time to resort to

9    violence.

10            As I believe Your Honor said:  Dissatisfaction

11   with our country's legitimate and peaceful avenues for

12   resolving disputes does not give license to disobey the law

13   and overthrow democratically elected governments.

14            I'd also point out that I don't believe we have

15   received a letter from Mr. Ochs; and we do not have a single

16   statement expressing remorse from him.

17            If it would be -- on the topic of disparities, I

18   just want to make two general observations.  There are two

19   common refrains in many of the January 6th cases that apply

20   differently here.

21            Many defendants claim that they were manipulated

22   by political officials or their preferred media outlets; I

23   believe that may have happened before Your Honor this

24   morning.

25            THE COURT:  Just this morning.  "I was told by the

1    former President to march, and I did."  Yes.

2            MS. LOEB:  Mr. DeCarlo and Mr. Ochs aren't saying

3    that, and I don't think -- and I think it's because they

4    plausibly couldn't because they are actually two of the

5    people doing the manipulating through their "murder the

6    media" outlet.  They are the ones going on and spreading

7    false information about the riot and saying that they're

8    just being politically persecuted and being prosecuted

9    simply for reporting on events and that they didn't

10   vandalize anything and didn't -- you know, didn't engage in

11   any violence.

12           The defendant this morning also said that he was

13   just swept up in the moment, and that's -- Mr. DeCarlo does

14   make some kind of claim to that effect during his letter,

15   but these are both defendants who are also on video saying,

16   "this wasn't our first pepper-spray."  These are not

17   defendants who had no idea that this would happen -- no

18   plan -- and then it was just a momentary fervor that induced

19   them to do something they never would have otherwise done.

20   These are defendants who have years-long record of support

21   and involvement in a group known for political violence.

22           If it would be helpful to Your Honor, I can

23   distinguish the cases the defendants cited in their

24   sentencing memo; they do cite quite a few.

25           The *Rubenacker* case, which was before Your Honor,

1    that defendant did not have ties to an extremist group; that

2    defendant did not cause any property damage.

3           *Bledsoe* and *Anthony Williams*, we address those in

4    our sentencing memo; they also did not have Proud Boy

5    affiliations.  Mr. Bledsoe -- I do not believe he caused any

6    property damage, nor did he throw a smoke bomb at the

7    police.  The same is also true of Mr. Williams.

8           The *Matthew Miller* case.  There, Judge Moss

9    focused heavily on the fact that that was a 22-year-old with

10   no criminal history who was intoxicated and had engaged in

11   significant rehabilitative efforts while on pretrial

12   release.  None of those factors are present here.

13          The *Fairlamb* case, that was a defendant who still

14   got a 41-month sentence.  But, there, Judge Lamberth made a

15   point to say that he was giving the bottom of the guidelines

16   because it was a very early felony plea, November 2021.  So

17   that defendant pled guilty before any of the judges had

18   ruled on the legal challenges to obstruction of an official

19   proceeding.  He was the first defendant to plead guilty to

20   assaulting an officer on January 6th.

21          The *Christian Secor* case.  There the sentencing

22   guidelines were different because Judge McFadden did not

23   apply 11 points of enhancements that these defendants have

24   agreed apply and that Your Honor has found apply.  That was

25   also a 22-year-old college student.  And Judge McFadden

1    there noted that Mr. Secor's conduct did not involve actual

2    violence against law enforcement.  Throwing a smoke grenade

3    at the police puts these defendants in a different category.

4         *Hunter Seefried,* that was a 24-year-old.  Judge

5    McFadden found that he was influenced by his father, Kevin

6    Seefried, who was in the Capitol with him carrying a

7    Confederate flag.  That is not a case that involved any

8    property damage.  And Judge McFadden also noted that

9    defendant's lack of association with extremist groups.

10        The *Hodgkins* case we addressed in our memo.  That

11   is not a case that involved any acts of violence or property

12   destruction; that's a defendant who went to the Senate

13   floor.  His guidelines were 15 to 21 months, and that was

14   also the very first felony plea in any of these cases.

15        The *Michetti* case also is a case where the

16   guidelines were much lower because the plus 8 enhancement

17   did not apply.  There, also, the judge considered the fact

18   that the defendant was the sole supporter of his 4-year-old

19   daughter.  And in that case, Michetti's conduct was really

20   limited to name-calling and angry rhetoric -- not that any

21   of those are okay, but we don't have the -- anything akin to

22   throwing a smoke grenade or the graffiti.  And, again, no

23   extremist group ties.

24        The *Chansley* case, which was a 41-month

25   sentence -- there the defendant had significant mental

1  health issues.  Also, Judge Lamberth noted that the

2  defendant's remarks were the most remarkable he had heard in

3  34 years and reminded him of what Martin Luther King might

4  have said.  And Mr. Chansley did carry a tipped spear, but

5  he did not destroy property and he did not throw smoke bombs

6  at the police.

7           The *Josh Pruitt* case we discussed in our

8  sentencing memo; I actually think that is similar here.  He

9  was a member of the Proud Boys, although he was a very new

10  member.  He didn't have years of association with the group

11  the way that these defendants do.  And Mr. Pruitt was part

12  of a group repeatedly confronting officers but did not

13  actually have any assaultive conduct against them.

14 Mr. Pruitt did commit some minor property damage by throwing

15 a chair and sign, but the "murder the media" graffiti and

16 the message that sends I think also puts these defendants'

17 property destruction in a different category.

18           THE COURT:  Remind me, how much did Pruitt get?

19           MS. LOEB:  He got 55 months.  He was in a high

20 criminal history --

21           THE COURT:  That was Judge Kelly, right?

22           MS. LOEB:  Yes.  Yes.

23           The *Dustin Thompson* case, he was convicted at

24 trial and sentenced to 36 months.  He spent fewer than 12

25 minutes in the Capitol Building.  These defendants were

1    inside the building for about 35 minutes.  And once they

2    left the building, then that was when they put the graffiti

3    on the door.  I also don't think -- again, Mr. Thompson

4    stole a coat rack and I think a bottle of liquor and trashed

5    an office; that is not the same as throwing a smoke grenade

6    at the police.  Again, no extremist group ties, and he was

7    not extensively filming and trying to publicize the event

8    and get the attention the way that these defendants were.

9            The final case I wanted to talk about was *Devlyn*

10   *Thompson,* who was convicted of 111(b) assaults and got 46

11   months.  Mr. Thompson, according to the defendant's

12   sentencing memo, suffered from autism and had the social

13   understanding of a 3- or 4-year-old, and he was extremely

14   suggestible.  So he actually believed that Donald Trump was

15   going to come to the Capitol and calm things down and

16   couldn't understand why he wasn't there.  And the defense

17   also put forward evidence about prison being particularly

18   harmful for defendants with autism.

19            THE COURT:  Has there been a number of defendants

20   involved in January 6 who have autism?

21            It's interesting as a social study.  And, yes, I

22   didn't have Thompson in front of me, but I have had others,

23   yes, with autism.

24            MS. LOEB:  I believe Nicholas Rodean, who broke a

25   window, before Judge McFadden, is the other one that comes

1    to mind.

2            THE COURT:  Yes.  There are also others.  There

3    are just a number with autism.

4            MS. LOEB:  Finally, Your Honor, I just wanted to

5    mention that I looked back on Your Honor's opinion in the

6    *Chrestman* case, a very early bail decision.  And even though

7    that was quite early on in these prosecutions, it struck me

8    how many of the factors Your Honor articulated in that case

9    apply to these defendants.

10           Your Honor mentioned indications that "Defendants

11   engaged in prior planning, for example, by obtaining weapons

12   or tactical gear."  We have that here with the stab vest and

13   the magazines.

14           "Evidence of coordination with other participants

15   before, during, or after the riot indicates that the

16   defendants acted deliberately to amplify and assure the

17   success of the breach of the Capitol."  And we have the

18   defendants coordinating with each other and then

19   congratulating other Proud Boys they meet along the way.

20           Your Honor mentioned "A defendant who assumed a

21   formal or de facto leadership role by encouraging other

22   rioters' misconduct."  And we have that here as well, most

23   obviously where they are laughing and filming as a

24   defendant -- another Proud Boy, actually -- jams open a

25   crash door with a flag.

1          A defendant who remained -- Your Honor mentioned

2     that a defendant who enters the building is a more

3     aggravated case than a defendant who was only on the

4     grounds.  Entering the building involves a more brazen

5     disregard.  A defendant who engaged in conduct that

6     threatened to injure others or who damaged or attempted to

7     damage property is more troubling than the conduct of a

8     defendant who merely wandered the premises."  That certainly

9     applies here.

10          And then Your Honor said that "Grave concerns are

11     implicated if a defendant actively threatened or confronted

12     federal officials or law enforcement, or otherwise promoted

13     or celebrated efforts to disrupt the certification of the

14     electoral vote count during the riot thereby encouraging

15     others to engage in such conduct.  These factors measure the

16     extent of a defendant's disregard for the institutions of

17     government and the rule of law."

18          I think here maybe we have an extreme example of

19     celebrating and promoting the conduct of rioters during the

20     riot, and then after the riot as well, as seen in

21     Mr. DeCarlo's interview.

22          All of these factors apply in this case.  We have

23     an almost total disregard for the rule of law, from their

24     membership in a violent group known for waging war in the

25     streets, to damaging and stealing government property,

1    threatening law enforcement officers, threatening members of

2    Congress through their inflammatory language inside the

3    Capitol, to the use of humor that could desensitize those

4    around them, to spreading more false information about the

5    riot afterwards, and then trying to hide behind the banner

6    of the First Amendment as journalists.  This case in total

7    shows a total disregard for the institutions of government

8    and the rule of law, and that is why the government is

9    asking for the sentence of 48 months for Mr. DeCarlo and 51

10   months for Mr. Ochs.

11              THE COURT:  And why three more months for Mr. Ochs

12   over Mr. DeCarlo?

13              MS. LOEB:  Because of his ongoing role in the

14   Proud Boys and his leadership status, his role as an elder

15   which -- and his more direct knowledge of the Proud Boys'

16   plans for that day.

17              THE COURT:  All right.  Okay.

18              So why don't I start with Mr. MacMahon.

19              MR. MacMAHON:  Your Honor, if it's acceptable to

20   the Court, Mr. Feitel and I -- we thought he was going to

21   start first.

22              THE COURT:  Oh, okay.  Well, you know -- I have to

23   hear from both of you.

24              So, Mr. Feitel, you do have more experience

25   appearing in front of me so perhaps that's why you both had

1     that plan.  Always happy to hear from you, Mr. Feitel, first

2     or second.  Proceed.

3                 MR. FEITEL:  Thank you, Your Honor.

4                 Your Honor, in this case, I think it is largely

5     uncontested what my client did.  The facts in the case, the

6     criminal conduct that he pled guilty to is sort of described

7     in enormous detail in the pleadings, in the plea agreement

8     that he signed.  I think the question that comes down in

9     terms of fashioning a sentence is what is the motor or what

10    is the impetus behind all of this?

11                The government's sentencing memo, and to, I think,

12    a lesser extent, at sentencing has argued that my client was

13    a member of a white nationalist group, the Proud Boys, and

14    the motivating factor was the overthrow of civilization.  I

15    could not possibly disagree any more with that part of the

16    government's argument.

17                THE COURT:  I actually think that's not what the

18    government says.

19                MR. FEITEL:  Perhaps it's hyperbolic.

20                THE COURT:  It is hyperbolic.  Mr. Feitel, we have

21    enough going on here without hyperbole.

22                MR. FEITEL:  But the government has repeatedly

23    mentioned, Your Honor, fairly said, that my client was a

24    member of the Proud Boys and that was one of the reasons

25    that motivated him, and that Your Honor should consider his

1    personal history and characteristics in trying to fashion a

2    sentence.  My client has been adamant that he withdrew from

3    the group in 2019, long before these events.  And I don't

4    believe the government has any --

5              THE COURT:  But what does that mean, "he withdrew

6    from the group"?  He was still talking to Enrique Tarrio,

7    the head of the Proud Boys, the day before January 6; calls

8    him "Enrique" on the video as if he's like an old buddy.

9    Maybe that was hyperbole.  Maybe that was an exaggeration to

10   show that he was so buddy-buddy with the head of the Proud

11   Boys.

12             But what does it mean when you said:  He resigned

13   or he left the Proud Boys?  It doesn't seem that way based

14   on his own words on video that he recorded.

15             MR. FEITEL:  Right.  Well, my understanding is the

16   Proud Boys meet, they have group meetings; they get

17   together, and they discuss things.  My client stopped

18   associating with them at least in that formal way.

19             He did maintain contact --

20             THE COURT:  Meaning he didn't make time to go to

21   their meetings.

22             MR. FEITEL:  He did not go to their meetings, no.

23             THE COURT:  Doesn't he have a Proud Boys tattoo?

24   Wasn't he the defendant with a Proud Boys tattoo?

25             MR. FEITEL:  He does, Your Honor.  He gets to

1    carry that around forever.  That's not going away.  I was

2    going to address that later.

3          Your Honor knows my client was stopped on the way

4    here and subjected to extra security -- in this case follows

5    him around forever, along with a tattoo.  But I think there

6    is a difference and a distinction that is not simply of

7    kind -- or not simply a degree but of kind by no longer

8    going to meetings and no longer participating as an active

9    member.

10          And to the extent that the government says that he

11    has contact, our position is that those were part of what he

12    was doing to try to promote his sort of nascent media

13    business.

14          I understand --

15          THE COURT:  Does he still have that "murder the

16    media" outlet?

17          MR. FEITEL:  The company, I believe, still exists.

18          THE COURT:  Is he still calling democrats demorats

19    on it?  Is he still making nefarious comments?  And is he

20    still talking about stopping the steal and all of that stuff

21    on his media outlet?

22          MR. FEITEL:  No, he is not.  My client is banned

23    from social media, Your Honor.  He hasn't been on since the

24    arrest in this case.

25          THE COURT:  So where does he show his "murder the

1    media" stuff?

2                MR. FEITEL:  You mean currently?

3                THE COURT:  Yes.

4                MR. FEITEL:  I don't believe it's shown at all.

5                THE COURT:  Okay.  I thought you just said he was

6    still involved in that.

7                MR. FEITEL:  No.  I meant his contact with Enrique

8    Tarrio shortly before was part of that effort, but that

9    doesn't exist any longer.  He is not an active member of

10   "murder the media."  He is banned from all social media as

11   part of the conditions of release that he has abided by.

12               I had thought that it would be equally fair to

13   consider that he had left the group in fashioning a

14   sentence.  There is no evidence that my client went with the

15   larger --

16               THE COURT:  Why did he leave the group?

17               MR. FEITEL:  Excuse me, Your Honor?

18               THE COURT:  Why did he leave the group in 2019?

19               MR. FEITEL:  In his own words, he disagreed with

20   them becoming a political apparatus or a political

21   organization.  And Mr. DeCarlo was clear that he is

22   apolitical.

23               So I had thought that it would be in his favor

24   that he left, Your Honor.  In the same way, the government

25   has noted that my client met with -- as I noted, he met with

1   the January 6 committee in an effort to sort of explain what

2   had happened to the committee.  We do not have access to the

3   transcript to provide to the Court.

4          The government noted we didn't provide a

5   transcript.  I do not have the transcript.  It's not -- it's

6   provided to me, but I do not have authority to download it

7   at all.  That's one of the conditions of the agreement that

8   you have with the January 6 committee.

9          THE COURT:  Did Mr. DeCarlo run for the position

10  of elder of the Proud Boys in August of 2020?

11         MR. FEITEL:  No, he did not, Your Honor.

12         The government found chats on other people's

13  phones about it, but there is no connectivity to my client.

14  He wasn't elected.

15         THE COURT:  Okay.

16         MR. FEITEL:  And so I think that is all

17  speculative, at best, about my client's behavior.

18         Your Honor, as the government noted -- and I think

19  that Your Honor has said on other occasions -- there is a

20  whole spectrum of reasons why people did this.  But my

21  client has not attempted to defend what he did as member of

22  a journalistic organization.  He hasn't claimed -- it's

23  simply not the case -- that he went at the orders of someone

24  else.  He has accepted responsibility for what he did.

25         In the time since he was arrested, he has tried to

1    do something with his life.  As Your Honor knows, he went

2    and got a teaching certificate from the northern Texas

3    university [sic].  He was working with children with special

4    needs to try to give them a step up in the world.  He has

5    tried to explain his conduct to Your Honor.  And I have also

6    submitted some letters from his family and friends.

7        But I think this is a case that turns a lot --

8    probably more than any other case I have seen ever and,

9    certainly, in this courthouse -- on comparability.  There

10   are lots and lots of comparable defendants with comparable

11   sentencing guidelines that have been imposed by Your Honor

12   and by other judges in this court.

13       THE COURT:  I am just going to pause you,

14   Mr. Feitel.

15       MR. FEITEL:  Of course.

16       THE COURT:  Because I read every letter that's

17   submitted to me in connection with sentencing of any

18   defendant, and I -- most particularly letters from

19   defendants themselves.

20       And Mr. DeCarlo writes that -- sort of explaining

21   his conduct on January 6th.  He says:  I am a gullible

22   person, and he is easy to upset and manipulate.  And those

23   things are -- "these things probably are what helped me get

24   swept up so easily that day."

25       I find that very hard to believe given what I have

1    seen on the video recordings of him -- that whole day and

2    the day before -- where he is not seeming particularly

3    gullible -- and the days after, quite frankly.  Those

4    supplemental videos that the government sent, which I have

5    watched as well, where he is very proud of what he is saying

6    and he doesn't seem upset at all.  He seems quite

7    celebratory.  And rather than gullible, he seems quite firm

8    in his political beliefs.

9         So to say that he is not political strikes me

10   as -- is quite jarring given the recorded evidence in the

11   case.  Could you tell me how I am supposed to reconcile

12   that?

13        MR. FEITEL:  Sure.  I will do the best I can.  I

14   am not one to give personal --

15        THE COURT:  Well, you said that he is --

16        MR. FEITEL:  Yes, I understand.

17        THE COURT:  -- what he said about being

18   apolitical, it makes zero sense based on what I have seen.

19        MR. FEITEL:  Your Honor, Mr. DeCarlo -- I have

20   watched the videos, and I have watched what he did.  He went

21   there, I think, to sort of self-promote.  And what he is

22   saying in the letter is that he was swept up in the moment

23   during January 6th, not to plan before to go for violence

24   which other people did; not to plan to bring weapons; not to

25   plan with other groups.

1      What I believe he is saying in the letter is that

2      in the moment, in -- during the events he was swept up in a

3      storm; and I think that Mr. DeCarlo is someone who is easily

4      swept up in things.

5      I understand the public persona that he portrays

6      on the videos, and I understand sort of the swagger and some

7      of the other things that he did.  But I think at a

8      fundamental level Mr. DeCarlo is a follower.  He is not a

9      leader; he's not a planner.  He's not someone who went there

10     with the intent to do this.  He didn't go with blood in his

11     eyes.  He didn't go there sort of to be a maniac screaming

12     at others.  I think he went there to observe and, as he

13     admitted, he got swept up in the moment.  I do not think

14     this involved preplanning or a chance to go to commit the

15     acts that he ultimately committed.

16     THE COURT:  All right.  What is your position on a

17     fine in this case --

18     MR. FEITEL:  I would ask Your Honor --

19     THE COURT:  -- given the over $7,000 that he

20     raised online with fairly inflammatory statements, might I

21     say.

22     MR. FEITEL:  Mr. DeCarlo, as a part of the plea,

23     agreed to a $2,000 restitution, that we agreed to impose.  I

24     would ask Your Honor to waive a fine.

25     Mr. DeCarlo has explained that he did have an

1    original lawyer in Texas when this matter -- he hired

2    private counsel originally before he was indicted.  He

3    wasn't indicted until the end of -- or charged until the end

4    of January, and the rest of the money he used on living

5    expenses.

6           He is now almost completely impecunious.  He had a

7    better job for a while; he lost it because of this case.

8    And he has been reduced to living at home with his parents;

9    working, again, at a fast food restaurant; odd jobs, odd

10   hours.  I do not think he is a person of any means, and I

11   think a fine in this case would be extraordinarily punitive

12   against him.  And if Your Honor is going to do it, I would

13   ask for the longest possible term of repayment for it.  He

14   is working at minimum wage jobs, and he is also going to be

15   incarcerated for some period of time, which is the next

16   place I need to go to discuss with Your Honor.

17          THE COURT:  Yes.  Go ahead.

18          MR. FEITEL:  Your Honor, there are a lot of cases

19   in this courthouse, as I have noted.  I have attached a

20   chart to my sentencing memo.  I tried to attach every case

21   that involved this charge; not just the ones that were

22   helpful, but all the ones I could locate.  I didn't want to

23   be accused of cherry-picking, at least in presenting it to

24   Your Honor.

25          What I see from the chart is that Your Honor has

1    imposed sentences in the other cases before you below the

2    government's request and that, in similar circumstances,

3    judges have imposed sentences below the government's

4    request, which is what we're asking you to do here.

5           I would note that since I submitted the

6    memorandum, Judge Mehta imposed a sentence of 12 months of

7    detention against a defendant named Matthew Woods, where the

8    government asked for 57 months of incarceration.  That is an

9    extraordinarily large downward departure.

10          I did not ask Your Honor to spare my client jail

11   time.  I understand -- and so does he -- that he is going to

12   go to jail for what he did.  But in the fashioning of that

13   sentence, I am asking Your Honor to consider that

14   Mr. DeCarlo is going to be out of society, out of

15   commission -- if you accept our proposal for a year and a

16   half -- a year and a half to do nothing but think about what

17   he did and try to sort of come to grips with it.

18          As I pointed out, since these events, at least in

19   the months after he has been charged in this case, he has

20   not been involved in any violation of probation; he hasn't

21   committed any new offense.  He found one job in a school

22   helping children with special needs, then he moved to try to

23   find a better job in a car dealership.  Ultimately, he lost

24   that position because of this case.

25          I think that the government's position about

1    Mr. DeCarlo being part of a larger mob should be carefully

2    considered by Your Honor and ultimately rejected.  I don't

3    believe that Mr. DeCarlo influenced anybody that day.

4            As I've said before, what he did is certainly

5    blameworthy.  It's criminal, and he is going to jail for it.

6    But I don't think it rises to the same level as a lot of the

7    other people who came prepared and who were ready to do

8    violence and who actually advocated violence as a means for

9    the overthrow of the government.

10           There are people who were sentenced in this

11   courthouse who were engaged in close-quarter physical

12   conduct with Capitol Police officers, who were in their

13   faces screaming at them with spittle and who were attacking

14   them, who served less time than the government is asking for

15   from Mr. DeCarlo.  I know that he is going to jail, and so

16   does he.

17           But in terms of the question of comparability and

18   avoiding disparity, I would ask Your Honor to consider that

19   what he did he admitted to.  The cost of replacing or fixing

20   the door was $98.  I refer to it as sophomoric.

21           It's almost impossible to believe that he wrote

22   "murder the media" on it.  To be fair, it was a trophy.

23   That's why there are photos of it in his home, and that's

24   why they did it.  They did it on an outside door.

25           And in terms of the balance of equities, between

1    doing that -- however horrific it is and however horrible it

2    looks -- that is a far cry from standing shield to shield

3    with law enforcement officers in the Capitol trying to push

4    them back.  It's a far cry from being charged with assault

5    on a police officer, which some of the other comparable

6    defendants did.  And so, for that reason, I think it's

7    appropriate to give my client a sentence less than what the

8    government has asked for.  And I do think that putting him

9    out of commission for a year and a half would serve the

10   interest of society in providing a just and fair punishment.

11          I also wanted to ask Your Honor that if you are

12   going to -- which I believe you will sentence him to jail --

13   I would ask you to designate him to a federal facility

14   called Seagoville.  I can spell it.  It's

15   S-E-A-G-O-V-I-L-L-E, Texas.  It's a minimum security

16   facility near my client's house -- near his parents' house

17   where he is living.

18          And with that, as always, Your Honor, I know the

19   Court has considered all of the pleadings before we came to

20   court today.  I would be glad to try to respond to any

21   questions you might have.  If not, I will defer to my

22   colleague, Mr. MacMahon.

23          THE COURT:  No, I don't have any further

24   questions.  I think the facts are fairly laid out.

25          I think what I would like to do is -- once each

```
 1    counsel speaks, I would like to turn to that --

 2              MR. FEITEL:  Defendant.

 3              THE COURT:  -- that defendant.

 4              So, Mr. DeCarlo, I will hear from you now.

 5              MR. FEITEL:  Sure.  Your Honor --

 6              THE COURT:  And then I will turn to Mr. MacMahon.

 7              MR. FEITEL:  I just want to advise the Court.

 8              I explained to Mr. DeCarlo that Your Honor

 9    receives all of these materials in advance of sentencing

10    because the Court has some idea of what it's going to do

11    before we come here.  It's not the Wild West.  So I tried to

12    explain to him in the vernacular that less would be more.

13    So he is not going to give Your Honor an hour-long oration

14    this morning.

15              THE COURT:  I am willing to sit here for an hour.

16              MR. FEITEL:  I know that.  But, nonetheless, he is

17    not going to, at my advice.

18              THE COURT:  Mr. DeCarlo, I am ready to hear you if

19    you are ready to speak.

20              DEFENDANT DeCARLO:  I am.

21              THE COURT:  I have been hearing your voice a lot

22    on videotapes.

23              DEFENDANT DeCARLO:  Yeah.

24              THE COURT:  For better or for worse.

25              DEFENDANT DeCARLO:  I don't know what else to say.
```

1          I have been trying to improve my life, do better

2    and, you know, rectify what I have done.  And I'm sorry for

3    what I did.  I am not a mastermind of any kind.  Not really

4    a leader, much of that.  I apologize.

5          THE COURT:  Thank you, Mr. DeCarlo.

6          Mr. MacMahon, I will hear from you now.

7          MR. MacMAHON:  Thank you, Your Honor.  If it

8    pleases the Court.

9          You have heard a lot of argument today.  I will

10    try to be as brief as I can.

11          THE COURT:  My day isn't even half over yet.

12          MR. MacMAHON:  I am sure of that, Your Honor.  I

13    see your docket online.  You're very busy, and we appreciate

14    the time you take.

15          I know you have heard all of these pleadings.

16    They are voluminous pleadings.  Again, I will just try to

17    make a couple of highlights.

18          Mr. Ochs is here.  His mother is here with him

19    today, as is his wife and child.  I know you read his wife's

20    letter; she is expecting another baby.  You know, this is a

21    disaster for the Ochs family on so many levels.

22          He is obviously not expecting not to go to jail.

23    We have -- Mr. Feitel and I have worked well together in the

24    case and talked about a recommendation that we don't think

25    is excessive and meets all of the guidelines, the reasons --

1    the purposes of federal sentencing guidelines.

2          What I want to just focus on -- Ms. Loeb was

3    talking about Mr. Ochs having this life of violence, being

4    involved in a life of violence.

5          There is nothing -- not one thing in the record in

6    front of you other than this stupid event with this little

7    smoke bomb, which nobody has really talked about, which is a

8    terrible thing --

9          THE COURT:  It really doesn't help you to call the

10   smoke grenade or the smoke bomb little.

11         MR. MacMAHON:  It was a firecracker about -- I

12   mean, from the video that I see, a firecracker about the

13   size of, say, a cherry bomb that somebody would eat.  We

14   can't even tell from whether -- any of these videos if it

15   even went off.  It was a childish, stupid thing to do for

16   which he should be punished.

17         But to follow Mr. Feitel, there is no evidence of

18   him assaulting a police officer.  There's no -- he's not

19   even charged with assaulting a police officer.

20         The government has been very good at handing out

21   charges in these cases for people that actually committed

22   assaults on police officers.  I am not making any excuse for

23   what happened, and the Court does what it wishes with that

24   information.  But to say that's evidence of a life of

25   violence, they found -- he is a Marine.  This is a United

1      States Marine with a disability who didn't touch a soul.

2            In the building, you have all of these people

3      doing terrible things inside.  And they walked into the

4      building, obviously through broken glass, and out.  If there

5      was a basis for an assault charge, it would have

6      been brought --

7            THE COURT:  It is one of the biggest puzzles.

8            When I have people who are in the military and

9      served honorably in the military -- as an Army brat

10     myself -- who stand in front of me having engaged in offense

11     conduct like what occurred on January 6th, it is a big

12     puzzle.  How do you go from defending the national security

13     in this democracy -- from that, to participating in what

14     occurred --

15           MR. MacMAHON:  I don't just --

16           THE COURT:  -- in the breach of the U.S. Capitol?

17           MR. MacMAHON:  Excuse me, Your Honor.  I didn't

18     mean to interrupt you.

19           I don't justify that for a second.

20           But when you consider his history and

21     characteristics -- and the whole family that wrote to you --

22     there is a dedication to service to this country that,

23     obviously, was breached that day.  There is no question that

24     it was breached that day.

25           Again, I echo Mr. Feitel.  I mean, I think they

1    just got caught up in this mob that got -- moving towards

2    the Capitol and came inside.  There was no evidence that

3    there was a plan by Mr. Ochs to engage in violence.  They

4    found a stab vest on his possessions [sic].  He wasn't -- he

5    didn't have a gun; he didn't have bear spray.  He wasn't

6    dressed -- you have seen people with radios, you've --

7    probably people with knives and guns.  None of that stuff

8    occurred.

9         He got a ticket to come to Washington, I believe,

10    on the 4th -- on the 2nd or the 4th of January after a $300

11    GoFundMe page.  He didn't have time to participate in any

12    planning with any of these other Proud Boys.

13         Ms. Loeb says he was aware or he should have been

14    aware, civil law terms, that there was a plan of violence.

15    Not one chat that is associated with Mr. Ochs himself -- the

16    government has a lot of chats from people that are:  His

17    associates said this, his associates said that.  But they

18    don't have anything where he says:  We're going to go and

19    commit violence and break into the Capitol.

20         He has lots of political views that are, you know,

21    here for everybody to read.  But nothing -- it says here, on

22    page 7, footnote 3:  It's likely that Ochs saw this chat.

23    It is likely that he saw it.

24         There were 50 people on it.

25         The same footnote -- the next one says:  One would

1    expect him to have followed all of these messages.  Right?

2    And then you have got all of the other members of this

3    Ministry of Defense making statements, doing XYZ.

4        You don't think, Judge, if there was proof that

5    this man was involved in plotting what Nordean is charged

6    with -- and all of the other Proud Boys -- of committing

7    violence or breaking into the Capitol, the government

8    wouldn't have charged him with it?  They didn't because they

9    can't prove it.

10        And, of course, they can bring up his related

11    conduct and tell you that he must have known about all of

12    this, and he did all of these terrible things.

13        Basically, once they got inside the building,

14    after this smoke bomb, their conduct is hard to

15    differentiate from lots and lots of other people that were

16    in the building.

17        Again, sentencing arguments -- I have never

18    begrudged a judge having to give a sentence.  Sometimes

19    it's -- I am not minimizing what happened inside the

20    building, but there were thousands of other people there.

21    And the worst thing is that he pointed to Nancy Pelosi's

22    office and he saw a couple of his friends inside.

23        I have seen the video.  I've got a couple of these

24    cases, like my colleagues here do.  There is terrible stuff

25    happening inside that building; people beating police

1    officers to the edge of their lives.  This defendant didn't

2    do any of that.

3              So when -- and look at the reality of what is here.

4              Let me say one other thing, Judge.

5              There is no evidence that Mr. Ochs, after

6    January 6, was boasting about what he did and what happened.

7    He did give an interview as a journalist.  He thinks of

8    himself -- he went to journalism school.  He can think that

9    he was being a journalist.  He, obviously, wasn't totally

10   just being a journalist that day.

11             But, you know, there is some ongoing -- I have

12   seen, in some of these other cases, people continually

13   talking about "Stop the Steal."  You know, half the city was

14   yelling "stop the Steal" as they walked out.  And, you know,

15   it shows bad judgment.  They shouldn't have been inside the

16   building, and he will apologize to you for that.

17             But to say that there was some ongoing campaign to

18   glorify what Mr. Ochs did is simply just not true.  It isn't

19   true, and it's just --

20             THE COURT:  What about all of the fundraising

21   statements he was making where he was being politically

22   persecuted without acknowledging that he engaged in offense

23   conduct warranting a guilty plea, and now in a sentencing

24   before a federal judge?

25             MR. MacMAHON:  Well, I -- Mr. Ochs is in -- you

1   have read the PSR.  You know where he sits financially.  He

2   was trying to raise some money and, you know, he used some

3   language.  I don't think that's glorifying -- to the extent

4   I have seen in some of these other cases -- where people are

5   out doing much more than that.  Just in one sentence to say

6   that he is being persecuted, he is not being persecuted.  He

7   knows that; he pled guilty.

8       THE COURT:  I have defendants I have sentenced

9   here, and they head right over to D.C. Jail to stand in

10  front of it protesting about all of the political prisoners

11  in there.  It's -- I have had enough defendants who say one

12  thing in front of Court at sentencing and then, as I said,

13  go talk about political prisoners and how defendants, who

14  are arrested for their offense conduct on January 6, are

15  being politically persecuted.  This defendant did it before

16  he was sentenced, not after, as has been my experience in

17  other cases.

18      MR. MacMAHON:  Well, I mean, there is a lot of --

19  I am not going to say he should have done that.  He did

20  that.  He hasn't done it again.

21      THE COURT:  Well, this defendant says he is

22  working for two clients and he still does media work.  What

23  kind of media work is he doing now?

24      MR. MacMAHON:  I believe he is helping people

25  write books, Your Honor.  I think he is -- you know, he is a

1    very bright young man.  He has got a future ahead of him

2    when he's done paying his debt to society for what he did.

3    But he is not involved in "murder the media" in the sense --

4    I don't even know that "murder the media" is out

5    broadcasting -- it's just a lot of very broad statements

6    that Ms. Loeb made that don't necessarily --

7            THE COURT:  Well, it's not just statements that

8    Ms. Loeb has made.  I have seen videotapes of this MTM

9    Thunderdome or Drum, or whatever it is.  I have seen the

10   videotapes of them talking on it.

11           MR. MacMAHON:  They're here as codefendants, and

12   so I am not trying to differentiate between their conduct.

13   But everything that the government recently gave you is not

14   Mr. Ochs.  He is sorry for what he did.  I don't know --

15           THE COURT:  What comment do you have to make about

16   the government's request for a fine to recoup what he was --

17   the funds he was able to raise based on his offense conduct

18   on January 6th?

19           MR. MacMAHON:  Well, I would just adopt what

20   Mr. Feitel said.

21           THE COURT:  I'm sorry.  Could you --

22           MR. MacMAHON:  I would adopt what Mr. Feitel said.

23   I don't believe that he should be fined.  He is just trying

24   to support his wife and child and -- as far as I know.  But

25   if the Court is inclined to fine him for that, we would need

1    substantial time as well for him to pay that.

2            THE COURT:  All right.  Thank you, Mr. MacMahon.

3    Are you done?

4            MR. MacMAHON:  Yes.  I am almost done, Your Honor.

5            I would also ask that -- for him to be close to

6    his family; that he be designated to the -- in Pensacola.

7    There is a camp in Pensacola.  His wife will be living in

8    Florida some.  And I think you saw from Mrs. Ochs's letter,

9    who has been very supportive -- who is in the room -- she is

10   going to be taking care of the family in this time.  But it

11   would be helpful to the family if he was there.  That camp

12   is near the family and it's near an airport where they can

13   get in and out of there.

14           THE COURT:  All right.  I will designate both of

15   them to be given to the places nearest Seagoville, Texas,

16   and to Pensacola, Florida.

17           Of course, the Bureau of Prisons makes estimates

18   and makes determinations for designation based on what they

19   think is the security level necessary.  So I am not going

20   to --

21           MR. MacMAHON:  I understand, Your Honor.

22           THE COURT:  I can't bind the Bureau of Prisons on

23   that, nor would I try by saying:  I think he needs to go to

24   a camp.

25           MR. MacMAHON:  I understand, Your Honor.  That's

1    just our request.  He served five days, so he would ask for

2    credit for time served.  And --

3              THE COURT:  That will automatically be given.

4              MR. MacMAHON:  Right.

5              I don't know if Mr. Feitel brought this up or not.

6    But he would ask to report, not to be -- he would ask for

7    permission to report to wherever Bureau of Prisons sends him

8    so that he can get there and continue to try to care for his

9    wife in this time period before he goes to prison.

10              THE COURT:  All right.  We'll discuss

11    self-surrender after I impose sentence.

12              But, first, Mr. Ochs, this is your opportunity to

13    speak to me now.

14              DEFENDANT OCHS:  I just take responsibility;

15    that's why I pled guilty.  I do not wish to appear like I am

16    trying to move from that responsibility.

17              When there's arguments made that -- the vest, for

18    instance.  I wore that vest because there was a lot of

19    left-wing activists stabbing people in the street at that

20    time; this happened to people I know.  This doesn't mean I

21    am trying to prepare for violence or trying to move away

22    from anything I did.  I still take responsibility.

23              THE COURT:  All right.  And, Mr. Ochs, you are not

24    sorry for anything that's happened after January 6th? --

25    what it has done to our democracy?  How upset people were?

1    How scared people were inside the building?

2              You are just accepting responsibility, no remorse?

3              DEFENDANT OCHS:  I absolutely regret going inside

4    the building.

5              THE COURT:  I'm sorry.  I didn't understand you.

6              DEFENDANT OCHS:  I absolutely regret going inside

7    the building.

8              THE COURT:  All right.  So after considering the

9    parties' sentencing memos, the probation department's

10   presentence investigation report, sentencing recommendations

11   from all sides, hearing argument today, I have to consider

12   the factors set out by Congress in 18 U.S.C. Section 3553(a)

13   to ensure that I impose a sentence that is sufficient but

14   not greater than necessary to comply with the purposes of

15   sentencing.  And those purposes include:  The need to

16   reflect the seriousness of the offense conduct, promote

17   respect for the law, provide just punishment for the

18   offense, deter criminal conduct, protect the public from

19   future crimes by each of these defendants who stand before

20   me for sentencing, and promote rehabilitation.

21             Pursuant to 18 U.S.C. Section 3553(a), in addition

22   to the sentencing guidelines which I have already talked

23   about, I have to consider the nature and circumstances of

24   the offense; the history and characteristics of each

25   defendant; the types of sentences available; the need to

1    avoid unwarranted sentence disparities among defendants with

2    similar records found guilty of similar conduct; and the

3    need to provide restitution to any victims of the offense.

4           Beginning with the restitution amount owed, the

5    plea agreements provide for restitution payments of $2,000

6    each, which the Court will order pursuant to 18 U.S.C.

7    Section 3663(a)(3).

8           Regarding the nature and circumstances of the

9    offense, they have both been convicted of the felony offense

10   of obstructing an official proceeding in violation of

11   18 U.S.C. Section 1512(c)(2).  They suggest that they went

12   to the Capitol on January 6th to attend the former

13   President's "Stop the Steal" rally and film their events for

14   their media website, "murder the media," without having any

15   intention to commit violence.  But their actions, and words,

16   both before and after January 6th speak louder than their

17   words in their sentencing memos, and today.

18          Both the defendants were intent on helping to

19   facilitate a riot that overwhelmed law enforcement,

20   succeeded in disrupting the proceedings of Congress to

21   certify the 2020 presidential election.  Their conduct went

22   even further.  They assaulted law enforcement directly when

23   they threw smoke bombs at police while marching into the

24   Capitol.

25          It is after having seen everything that happened

1      at the Capitol -- there is a remarkable videotape with both

2      defendants walking away from the Capitol, just having left.

3      And Mr. Ochs looks inside an open window, sees that the

4      people inside, the residents in D.C., were watching

5      television as this was going on down the street.  He sees

6      that they had made Congress flee and evacuate the building;

7      and he says, "You're welcome, America."  They accomplished

8      what they had set out to do -- they did -- at least for --

9      you know, until eight o'clock that night when Congress

10     resumed its certification of the Electoral vote.

11           There was even a conversation between the two

12     defendants on this videotape with Mr. DeCarlo saying, "You

13     were being facetious when you thought we were going to shut

14     down Congress?"

15           Mr. Ochs said:  "Yeah.  I was a little bit

16     facetious.  But we did it."

17           Mr. DeCarlo said:  "No, I did my job."

18           He knew what they were about when they walked to

19     the Capitol.

20           Before they even got here, they communicated with

21     other Proud Boy members about joining the effort to block

22     the certification of the 2020 election on January 6th.

23           Mr. Ochs discussed with other Proud Boy members

24     the anticipated results of the 2020 Electoral College vote,

25     which was supposed to be certified on January 6th on an

1    encrypted channel.  The possibility -- they discussed the

2    possibility of a violent response.  He signaled he was

3    pro-violence.  And if the lawsuits didn't work, he

4    encouraged everybody on the channel to go wild.  And he said

5    there would be a civil war either way.

6            Mr. Ochs was part and privy to several encrypted

7    chats with the Proud Boy members who routinely discussed

8    committing violent attacks at the Capitol.  And Mr. Ochs

9    described himself as an elder and also a senior leadership

10   in D.C. for the planned attack.

11           Mr. DeCarlo also communicated with other Proud

12   Boys on encrypted channels in advance of the January 6th

13   attack on the Capitol.

14           January 4th, 2021, he wrote to one contact, Nick.

15   "Nick's got some magazines I am going to duct-tape to

16   myself, I'll probably grab some other stuff tomorrow too."

17   He was referring to Mr. Ochs.

18           He also said:  "He is definitely going to be more

19   of a target than I am.  I think I will be all right."

20           The contact advised DeCarlo:  "But also stay with

21   the boys.  Safety in numbers."

22           And DeCarlo said:  "I have a job to do.  I have

23   got to stop this steal."

24           The day before January 6th, DeCarlo posted a video

25   saying he had spoken to Enrique, Proud Boy leader; and they

1    had a lot of shit planned for the next day.  Whether that

2    was hyperbole or not, he was talking to him, according to

3    his video.

4           Mr. Ochs flew from Hawaii; Mr. DeCarlo flew from

5    Texas to attend the "Stop the Steal" rally.  And after the

6    rally, they proceeded down to the Capitol.  They crossed

7    onto the Capitol grounds, which was restricted and had been

8    fenced in, approached the Capitol Building.  And during that

9    entry into the restricted grounds, Mr. Ochs said:  "Steal is

10   in effect right here, and we are going to stop it."

11          Mr. DeCarlo said, "This is where they're going to

12   steal it.  And they called on us.  They called on us to stop

13   it.  We are putting an end to it.  They said calling all

14   patriots."

15          These two were live on the scene.  We're going to

16   put the kai-bosh on this.

17          As they approached the Capitol's West Plaza, both

18   defendants were all smiles.  They were singing along with

19   "Our house -- in the middle of our street," echoing this

20   popular song.

21          And DeCarlo pointed his camera at the media tower

22   while Mr. Ochs said, "We're not supposed to be here.  This

23   is, like, beyond the fence."  But neither one of them seemed

24   to care.

25          Flash-bangs were audible on some of these videos.

1    But the defendants recorded themselves acting as if this

2    were a joke, with DeCarlo yelling, "We're all felons, yeah!"

3    And Mr. Ochs yelling, "Yeah!"

4            And DeCarlo chanting, "Felony charges!  Felony

5    charges!"

6            Quite the joke.  Quite the joke.

7            And Mr. Ochs yelling, "We're not supposed to be

8    here, this is beyond the fence."

9            So being charged with federal felonies is

10    precisely where these defendants were headed, to end up in

11    front of a federal judge today for sentencing.

12            They knew what they were doing.  They were not

13    gullible.  They were not being manipulated.  They knew

14    before they got here what they were doing.  Unlike the

15    defendant I sentenced this morning, who said he was just

16    following the orders of the former President, these guys had

17    it planned before they got here.

18            At the West Front of the Capitol, the police line

19    was trying to keep rioters away from the inaugural stage.

20    These defendants saw these clashes between the police and

21    the rioters; they heard the flash-bangs exploding.  We could

22    see it on videotapes.

23            And they took active steps to help the rioters

24    break the police line trying to keep people away from the

25    Capitol Building.  Each defendant threw a smoke bomb or a

1    smoke grenade at the police.  When DeCarlo threw his, he

2    exclaimed, "Oh, fuck, I just threw it without pulling the

3    pin.  Goddamn it."

4         They tried to minimize this conduct by saying they

5    were small smoke bombs.  That's no excuse; they were smoke

6    bombs.  Police there were already -- already being

7    challenged and overwhelmed.

8         The fact that Mr. DeCarlo was a bad bomb thrower

9    because he forgot to pull the pin doesn't mean that this was

10    any less of a violent act.  It makes crystal clear how far

11    they were willing to go to effectuate their plan to stop the

12    certification of the Electoral College vote.

13         They then entered the Capitol through the Senate

14    Wing doors with the alarms blaring.  They eventually got to

15    the Crypt and, along the way, recorded themselves on video.

16         They went into the Senate spouses' lounge where

17    DeCarlo recorded himself saying, "Isn't this nice.  What a

18    lovely room," as if they were on a public tour.  They sat

19    down at a conference table; they took selfie pictures of

20    themselves.

21         When they entered the Crypt, they both lit up a

22    cigarette as if this was their living room.  They were

23    making themselves at home.

24         And after DeCarlo observed that Congress had gone

25    into lockdown, he yelled, "Where is Nancy?  Where you at,

1   Nancy," referencing the Speaker of the House.  All along,

2   they were posing for photographs of themselves.

3        They then went into the Visitor Center where the

4   police were actively trying to close the crash doors to keep

5   rioters away from other parts of the Capitol Building.  And

6   the defendants stood next to two individuals, including

7   William Chrestman, who wedged the crash doors open with

8   various objects, I think including a flag.  And both these

9   defendants encouraged and recorded individual rioters'

10  efforts to block the crash doors from closing.  And they

11  were successful; the crash doors were held open.

12       They eventually made their way to the East Foyer

13  near the Rotunda doors and, en route, filming trash on the

14  floor, including what looked like a smear of red liquid or

15  blood.

16       At approximately 2:42, they reached the East

17  Foyer.  They met up with and hugged Proud Boys Ethan

18  Nordean, Paul Rae, and at least one other individual.  And

19  then they entered the Rotunda, where the defendants were

20  yelling about Nancy's office, and pointed towards an exit

21  from the Rotunda where a crowd of rioters were gathering,

22  which was heading towards the Speaker's office.

23       And there are very dramatic videotape showing what

24  happened in that corridor where the police valiantly tried

25  to block rioters from shoving, pushing into deeper areas of

1    the Capitol with highly threatening behavior, with one of

2    the officers being pushed down the stairs.

3            When the defendants at some point approached the

4    Chestnut-Gibson Memorial Door to the Capitol, they found a

5    duffle bag.  And the CCTV footage from the Capitol shows

6    clearly they found this bag.  There were other rioters

7    looking through it.  They looked through it, and Mr. DeCarlo

8    found a black marker in it.  He found some Flexicuffs.  And

9    Mr. DeCarlo used that marker to write the words "murder the

10   media" with a permanent marker on the door.  You could then

11   see them waiting for other rioters to move aside so that

12   they could take a picture of themselves.  And they were so

13   proud of that picture -- or at least Mr. DeCarlo was -- he

14   had it framed; and it was found in his apartment at the time

15   of his arrest.

16           When they left the Capitol grounds they continued

17   to post on social media, boasting about their actions that

18   obstructed the Joint Session of Congress with the Capitol

19   Building actually visibly right behind them.  Mr. Ochs said,

20   "Sorry we couldn't go live when we stormed the fuckin' U.S.

21   Capitol and made Congress flee."  Mr. DeCarlo laughed,

22   flashed a thumbs-up sign.

23           Later the same day, they shared a video on an

24   encrypted messaging application where Mr. Ochs says,

25   "Viewers, we have some good news.  We have just peeked

1    through this window" -- I have already mentioned this video.

2            But to quote him precisely, he says, "On the

3    television the headline reads that Congress stopped the vote

4    when we stormed the Capitol.  And, as we've been saying all

5    day, we came here to Stop the Steal."

6            Mr. DeCarlo said, "We did it."

7            Mr. Ochs replied, "We were being sarcastic, but we

8    didn't know we were actually going to."

9            Mr. DeCarlo said, "Wait, you were being

10   sarcastic?"

11           Mr. Ochs said, "I was being a bit facetious."

12           To which Mr. DeCarlo replied, "Oh no, that's what

13   I came down here to do.  We fucking did it."

14           Mr. Ochs then said words to the effect of, "It may

15   resume, but the steal is for now stopped.  You're welcome,

16   America!"

17           To which Mr. DeCarlo replied, "We did our job.  We

18   did our job."

19           In a later encrypted chat, Mr. DeCarlo also wrote,

20   "Yeah, me and Ochs stopped the steal.  You're welcome,

21   America."

22           In another encrypted chat around 7:00 p.m. that

23   night, among members of "murder the media," Mr. Ochs started

24   to take some defensive action showing his full awareness of

25   the illegal conduct, writing, "Let's delete that picture of

1    'murder the media' written on the door.  Just to be safe."

2         He then went on CNN that night claiming to have

3    been acting as a professional journalist, saying, "We didn't

4    have to break in, I just walked in and filmed.  I didn't get

5    stopped or questioned."

6         Professional journalists don't throw smoke bombs

7    to help a mob break into a secured government building.

8         Defendants' conduct aggravated the conduct of

9    other rioters both before, after -- during and after their

10   own offense conduct on January 6.  They directed rioters

11   toward an exit leading to the Speaker's office yelling,

12   "Nancy's office."  They helped wedge open crash doors.  They

13   wanted to broadcast all of this news and their own views

14   about the big lie, the election being stolen, which it was

15   not.  They reveled in these efforts to obstruct the

16   certification of the 2020 election.

17        And even after they were charged in this case,

18   they used their offense conduct on January 6 to raise funds.

19   As the government calls it, I think quite appropriately,

20   they were trying to profit from their offense conduct on

21   January 6.  DeCarlo launched this fundraiser called the

22   "Nick DeCarlo Defense Fund," claiming he's being politically

23   persecuted for doing his job covering a historic event with

24   his camera, saying the mainstream media, leftist Twitter

25   mobs, Antifa, and the FBI are all trying to paint him as an

1    insurrectionist and a terrorist for trying to show the world

2    the truth of what was happening.  He also lies about his

3    conduct, saying neither he nor Mr. Ochs participated in any

4    vandalization.  That's not right; they wrote with a marker.

5         Mr. Ochs says the same thing, essentially, on his

6    fundraising online video, where he raised over $15,000,

7    saying that he is being selectively prosecuted for being a

8    political dissident, refusing to acknowledge that his

9    conduct -- it was his conduct, not his views -- are what

10   bring him before the Court today.

11        So among all of these factors, the government's

12   recommendation for a lengthy prison term in this case I

13   think is fully appropriate.

14        Regarding the history and characteristics, I want

15   to start with Mr. Ochs who has lived a law-abiding life.  He

16   served in the military for four years, from 2011 until he

17   was honorably discharged in 2015.  He then got his college

18   degree from the University of Hawaii.  He's worked at

19   various jobs, including consulting work, driving for Uber.

20   And he claims -- it is sort of striking, in his presentence

21   investigation report, that he says he was terminated from

22   those roles due to his political beliefs, reflecting some

23   kind of complex about his political beliefs.  I mean, most

24   people don't know what other people's political beliefs are

25   unless they're being -- aggressively marketing them.

1           He has had some physical health challenges, and he

2    has a disability ranking from his discharge from the

3    military.  The letters to the Court from his friends and

4    family describe him as somebody deeply committed to his

5    family, his friends, and his country.  That is somewhat hard

6    to reconcile -- along with his military service -- with his

7    conduct on January 6.

8           It is very difficult to understand how a person

9    who served in the military can believe and get into such a

10   warped state of mind that they can believe that physically

11   attacking the legislative branch of the federal government

12   is a patriotic thing to do.

13          For Nicholas DeCarlo, he has had only limited

14   contact with the criminal justice system.  He is 32 years

15   old, he's never completed high school nor obtained his GED,

16   but he seems to have worked steadily at various jobs.  He

17   clearly, you know, has a presence.  I have seen him on

18   video.  He does have a sense of humor.  He does have some

19   charisma when he is on screen.  But he did use the talent

20   that he has in a perverted way in connection with his

21   conduct on January 6th.

22          The need for the sentence imposed to deter

23   criminal behavior and protect the public from further crimes

24   are critical considerations for every sentencing judge.  And

25   the nature of the offense conduct here by two grownup people

1    without autism, without mental illness that we have seen in

2    some other January 6th defendants, makes it even more

3    important that the sentence imposed deter their conduct in

4    the future, and others who feel prompted by their

5    dissatisfaction with the political system.

6          Regarding the types of sentences available,

7    they're under the guidelines.  Each defendant's guideline

8    range falls in Zone D of the Sentencing Table which

9    recommends a period of incarceration, which I do find amply

10   reasonable in this case.

11         Regarding the need to avoid unwarranted sentence

12   disparities, all sides have provided very helpful analysis

13   of different cases; with the defense, of course, saying that

14   it shows unwarranted disparity if the government's

15   recommendation was followed; the government showing the

16   opposite.

17         Each of these cases has to be individually

18   considered with unique factors relating to each defendant's

19   history, characteristics, offense conduct that plays a role

20   in figuring out and fashioning an appropriate sentence in

21   each of their cases.

22         Mr. DeCarlo, for example -- well, I will start

23   with Mr. Ochs, who points to other defendants who pleaded

24   guilty to the same felony offense, specifically Michetti and

25   Hodgkins, where the defendants were sentenced to nine and

1    eight months respectively.  But there are some critical

2    differences between those cases and the case in front of me.

3    In both of those cases, *Hodgkins* and *Michetti*, they only had

4    guideline ranges of 15 to 21 months, far different than the

5    guideline ranges here of 41 to 51 months.  So that actually

6    has a very significant impact on the sentence.

7         And the Court is required under 3553(a) to

8    consider what the sentencing range is in each particular

9    case.  Neither Hodgkins or Michetti, to the Court's

10   knowledge, engaged in any preplanning before January 6th;

11   and they certainly had no affiliation with any organized

12   group that was active on January 6, like the Proud Boys, as

13   these two defendants were.

14        Mr. DeCarlo points to the defendants I have

15   sentenced, Greg Rubenacker, Anthony Williams, and Matthew

16   Bledsoe, who did receive sentences below the government's

17   requested sentences in those cases, but those cases actually

18   support a guideline range sentence here.

19        For Greg Rubenacker, whose sentencing range was 41

20   to 51 months, the same as these defendants; he was sentenced

21   to a 41-month sentence, at the low end of the range.  His

22   conduct was far less serious than the defendants in this

23   case.  He swung a water bottle at officers, spraying liquid

24   at them, which was very scary in an environment in which

25   large amounts of tear gas and other chemical agents were

1    being deployed.  But unlike these defendants, Mr. Rubenacker

2    did not throw -- throw bombs at a police line.  He was also

3    not involved with any organized group, like the Proud Boys,

4    or engaged in any level of preplanning before coming to the

5    Capitol.

6         For Anthony Williams, who received a guideline

7    range sentence 57 to 71 months after his conviction after

8    trial, he helped other rioters break the police lines both

9    inside and outside the Capitol Building; but I don't see how

10   that case supports the defendants' view that they are

11   comparatively entitled to a below-guideline sentence.

12        Matthew Bledsoe was sentenced to 48 months, which

13   was a downward variance from his applicable guideline range

14   of 70 to 87 months because he did not engage in violent

15   confrontations with law enforcement or bring or use weapons

16   or damage or steal property while outside or inside the U.S.

17   Capitol Building.  He certainly engaged in no preplanning

18   for attacking the Capitol on January 6th.  In other words,

19   he is a very poor comparator to Mr. Ochs and Mr. DeCarlo

20   whose offense conduct involved throwing smoke bombs,

21   defacing a Capitol Building door, theft of Flexicuffs by

22   Mr. -- as Mr. DeCarlo did, and extensive preplanning.

23        Finally, let me just turn to the government's

24   recommendation for a different sentence between Mr. DeCarlo

25   and Mr. Ochs to take account of Mr. Ochs' more significant

1    involvement in the Proud Boys.  And given the offense

2    conduct that both of these defendants engaged in, I -- I do

3    believe that they both deserve the same sentence in this

4    case.

5            So I will now impose sentence, starting with

6    Nicholas Ochs.

7            You can just stay right where you are.

8            Based on my consideration of these and other

9    factors, I will now state the sentence to be imposed on

10   Mr. Ochs.

11           Pursuant to the Sentencing Reform Act of 1984 and

12   in consideration of the provisions of 18 U.S.C. Section

13   3553, it is the judgment of the Court that you, Nicholas

14   Ochs, are hereby committed to the custody of the Bureau of

15   Prisons for a term of 48 months -- four years -- as to

16   Count 2.

17           You are further sentenced to serve a 36-month --

18   three-year -- term of supervised release as to Count 2.

19           In addition, you are ordered to pay a special

20   assessment of $100 in accordance with 18 U.S.C. Section

21   3013.

22           While on supervision, you shall abide by the

23   following mandatory conditions, as well as all discretionary

24   conditions recommended by the Probation Office in Part D,

25   Sentencing Options, of the presentence report, which are

1   imposed to establish the basic expectations for your conduct

2   while on supervision.

3           The mandatory conditions include:

4           One, you must not commit another federal, state,

5   or local crime.

6           Two, you must not unlawfully possess a controlled

7   substance.

8           Three, you must refrain from any unlawful use of a

9   controlled substance.  You must submit to one drug test

10  within 15 days of placement on supervision and at least two

11  periodic drug tests thereafter as determined by the Court.

12          Four, you must cooperate in the collection of DNA

13  as directed by the probation officer.

14          Five, you must make restitution in accordance with

15  18 U.S.C. Section 3663 and 3663(a), or any other statute

16  authorizing a sentence of restitution.

17          You are also required to comply with the following

18  special conditions:

19          You must provide the probation officer access to

20  any requested financial information and authorize the

21  release of any financial information.  The Probation Office

22  may share financial information with the U.S. Attorney's

23  Office.  You must not incur new credit charges or open

24  additional lines of credit without approval of the probation

25  officer.

1          Within 60 days of release from incarceration or

2     placement on supervision, you will appear before the Court

3     for a reentry progress hearing.  Prior to the hearing, a

4     probation officer will submit a report summarizing your

5     status and compliance with release conditions.  If you are

6     supervised by a district outside of the Washington,

7     D.C. metropolitan area, the U.S. Probation Office in that

8     district will submit a progress report to the Court within

9     60 days of the commencement of supervision.  And upon

10    receipt of the progress report, the Court will determine if

11    your appearance is required.

12          The Court finds that you have the ability to pay a

13    fine, and will impose a fine of $5,000 since you collected

14    from the public over $14,000.

15          Restitution payments shall be made to the Clerk of

16    the Court for the United States District Court, District of

17    Columbia, for disbursement to the following victim:

18    Architect of the Capitol, in the amount of $2,000, paid to

19    the Office of the Chief Financial Officer, attention Kathy

20    Sherrill, CPA, Ford House Office Building, Room H2-205B,

21    Washington, D.C. 20515.

22          You must pay the financial penalty in accordance

23    with the schedule of payments sheet of the judgment.  You

24    must also notify the Court of any changes in economic

25    circumstances that might affect the ability to pay the

1    financial penalty.

2         Having assessed the defendant's ability to pay,

3    payment of the total criminal monetary penalties is due as

4    follows:

5         The payment plan will be no less than $150 per

6    month, with payment to commence 60 days after release from

7    imprisonment during the term of supervised release.

8         Financial obligations are immediately payable to

9    the Clerk of the Court for the U.S. District Court, 333

10   Constitution Avenue NW, Washington, D.C. 20001.

11        Within 30 days of any change of address, you shall

12   notify the Clerk of the Court of the change until such time

13   as the financial obligation is paid in full.

14        The probation officer shall release the

15   presentence investigation report to all appropriate

16   agencies, which includes the U.S. Probation Office in the

17   approved district of residence in order to execute the

18   sentence of the Court.  Treatment agencies shall return the

19   presentence report to the Probation Office upon the

20   defendant's completion or termination from treatment.

21        Pursuant to 18 U.S.C. Section 3742, you have the

22   right to appeal the sentence imposed by the Court if the

23   period of imprisonment is longer than the statutory maximum.

24   If you choose to appeal, you must file any appeal within 14

25   days after the Court enters judgment.

1          As defined in 28 U.S.C. Section 2255, you also
2     have the right to challenge the conviction entered or
3     sentence imposed if new and currently unavailable
4     information becomes available to you or on a claim you
5     received ineffective assistance of counsel in entering a
6     plea of guilty to the offense of conviction or in connection
7     with sentencing.  If you are unable to afford the cost of an
8     appeal, you may request permission from the Court to file an
9     appeal without cost to you.
10          Are there any objections to the sentence imposed
11     not already noted on the record from the government?
12          MS. LOEB:  Your Honor, I'm sorry.  I may have
13     missed the amount of the fine, if there was a fine.
14          THE COURT:  The amount of the fine is $5,000 for
15     Mr. Ochs.
16          MS. LOEB:  Thank you.  No objection.
17          THE COURT:  And any objections from Mr. MacMahon
18     not already noted on the record?
19          MR. MacMAHON:  No, Your Honor.  No further
20     objections.
21          THE COURT:  All right.  And I will make a
22     recommendation that Mr. Ochs be sentenced to -- designated
23     to a facility as close to Pensacola, Florida, as possible.
24          MR. MacMAHON:  Thank you, Your Honor.
25          THE COURT:  All right.  Now, as to Mr. DeCarlo.

1          Based upon my consideration of these and other

2     factors, I will now state the sentence to be imposed on

3     Mr. Nicholas DeCarlo.

4          Pursuant to the Sentencing Reform Act of 1984 and

5     in consideration of the provisions of 18 U.S.C. Section

6     3553, it is the judgment of the Court that you, Nicholas

7     DeCarlo, are hereby committed to the custody of the Bureau

8     of Prisons for a term of 48 months -- four years -- as to

9     Count 2.  You are further sentenced to serve a 36-month --

10    three-year -- term of supervised release as to Count 2.

11         In addition, you are ordered to pay a special

12    assessment of $100 in accordance with 18 U.S.C. Section

13    3013.

14         While on supervision you shall abide by the

15    following mandatory conditions as well as all discretionary

16    conditions recommended by the Probation Office in Part D,

17    Sentencing Options, of the presentence report, which are

18    imposed to establish the basic expectations for your conduct

19    while on supervision.

20         The mandatory conditions include:

21         One, you must not commit another federal, state,

22    or local crime.

23         Two, you must not unlawfully possess a controlled

24    substance.

25         Three, you must refrain from any unlawful use of a

1    controlled substance.  You must submit to one drug test

2    within 15 days of placement on supervision, and at least two

3    periodic drug tests thereafter as determined by the Court.

4          Four, you must cooperate in the collection of DNA

5    as directed by the probation officer.

6          Five, you must make restitution in accordance with

7    18 U.S.C. Section 3663 and 3663(a), or any other statute

8    authorizing a sentence of restitution.

9          You are also required to comply with the following

10   special conditions:

11         You must submit to substance abuse testing to

12   determine if you have used a prohibited substance.  You must

13   not attempt to obstruct or tamper with testing methods.

14         You must participate in a vocational services

15   program and follow the rules and regulations of that

16   program.  Such a program may include job readiness training

17   and skills development training.  You must participate in an

18   educational services program and follow the rules and

19   regulations of that program.  Such programs may include high

20   school equivalency preparation and other classes designed to

21   improve your proficiency in various skills including

22   computer use.

23         You must provide the probation officer access to

24   any requested financial information and authorize the

25   release of any financial information.  The probation officer

1    may share financial information with the U.S. Attorney's

2    Office.

3         You must not incur new credit card charges or open

4    additional lines of credit without the approval of the

5    probation officer.  You must provide the probation officer

6    access to any requested financial information and authorize

7    the release of any financial information.  The Probation

8    Office may share financial information with the United

9    States Attorney's Office.

10        Within 60 days of release from incarceration and

11   placement on supervision, you will appear before the Court

12   for a reentry progress hearing.  Prior to the hearing, the

13   probation officer will submit a report summarizing your

14   status and compliance with release conditions.  If you are

15   supervised by a district outside of the Washington, D.C.,

16   metropolitan area, the U.S. Probation Office in that

17   district will submit a progress report to the Court within

18   60 days of the commencement of supervision and, upon receipt

19   of the progress report, the Court will determine if your

20   appearance is required.

21        The Court finds that you have -- given the fact

22   that you have collected from the public over $7,000 -- the

23   ability to pay a fine of $2500.

24        Restitution payments shall be made to the Clerk of

25   the Court for the U.S. District Court, District of Columbia,

1    for disbursement to the following victim in the amount of

2    $2,000:  Architect of the Capitol, Office of the Chief

3    Financial Officer, attention Kathy Sherrill, CPA; Ford House

4    Office Building, Room H2-205B, Washington, D.C. 20515.

5            You must pay the financial penalty in accordance

6    with the schedule of payments sheet of the judgment.  You

7    must also notify the Court of any changes in economic

8    circumstances that might affect the ability to pay this

9    financial penalty.

10           Having assessed the defendant's ability to pay,

11   payment of the total criminal monetary penalties is due as

12   follows:

13           The payment plan will be no less than $150 per

14   month, with payment to commence 60 days after release from

15   imprisonment during the term of supervised release.

16           The financial obligations are immediately payable

17   to the Clerk of the Court for the U.S. District Court, 333

18   Constitution Avenue Northwest, Washington, D.C. 20001.

19           Within 30 days of any change of address, you shall

20   notify the Clerk of the Court of the change until such time

21   as the financial obligation is paid in full.

22           The Probation Office shall release the presentence

23   investigation report to all appropriate agencies, which

24   includes the U.S. Probation Office in the approved district

25   of residence in order to execute the sentence of the Court.

 1              Pursuant to 18 U.S.C. Section 3742, you have a

 2     right to appeal the sentence imposed by the Court if the

 3     period of imprisonment is longer than the statutory maximum.

 4     If you choose to appeal, you must file any appeal within 14

 5     days after the Court enters judgment.

 6              As defined in 28 U.S.C. Section 2255, you also

 7     have the right to challenge the conviction entered or

 8     sentence imposed if new and currently unavailable

 9     information becomes available to you or on a claim that you

10     received ineffective assistance of counsel in entering a

11     plea of guilty to the offense of conviction or in connection

12     with sentencing.  If you are unable to afford the cost of an

13     appeal, you may request permission from the Court to file an

14     appeal without cost to you.

15              Are there any objections to the sentence imposed

16     not already on the record from the government?

17              MS. LOEB:  Your Honor, did that include a $100

18     special assessment for Mr. DeCarlo?

19              THE COURT:  Yes.  I think I said that at the

20     beginning.  I should have.

21              MS. LOEB:  I may have missed it.

22              I believe you did say it.

23              THE COURT:  Yes.  "You are ordered to pay a

24     special assessment."

25              MS. LOEB:  Thank you.

```
 1                 (Whereupon, the Court and staff confer.)

 2                 THE COURT:  This is for Mr. DeCarlo.

 3                 Well, if I said "Ochs," change it on the record.

 4      I don't think I did.

 5                 Mr. Feitel, any objections to the record not

 6      already noted on the record?

 7                 MR. FEITEL:  No, Your Honor.

 8                 THE COURT:  And does the government have a motion

 9      to -- just before I finish with Mr. DeCarlo, I will also ask

10      that he be designated to a facility near Seagoville, Texas,

11      because that's as close to where his parents live as

12      possible.

13                 Does the government have a motion to dismiss the

14      open counts in the indictment against the defendants?

15                 MS. LOEB:  Yes.  The government moves to dismiss

16      Counts 1 and 3 through 6 against both defendants.

17                 THE COURT:  And that is granted.

18                 All right.  Now we're going to turn to -- the

19      defendants are going to request self-surrender.

20                 Does the government have any objection to that?

21                 MS. LOEB:  No, Your Honor.

22                 THE COURT:  All right.  I will allow the

23      defendants to self-surrender.

24                 What this means is you need to stay in close touch

25      with the Probation Office as well as with your lawyers about
```

1    where you will be designated to surrender to serve your

2    sentence.

3              You are both required to appear to surrender for

4    service of your sentence as directed by the Bureau of

5    Prisons.  And failure to appear as required is a separate

6    criminal offense for which you could be sentenced to

7    imprisonment.  Any term of imprisonment you get for failing

8    to appear as required could be consecutive, meaning piled on

9    to any other term of imprisonment.

10             If you violate conditions of your release, which

11   you will be released on the same conditions that you have

12   been on on pretrial release -- if you violate those

13   conditions, you may be subject to revocation of your release

14   and a separate prosecution for contempt of court.  And if

15   you commit any new offense while you are awaiting

16   designation to serve your sentence, that could result in an

17   enhanced penalty.

18             Do you have any questions about that, Mr. DeCarlo?

19             DEFENDANT DeCARLO:  No.  No, Your Honor.

20             THE COURT:  And, Mr. Ochs?

21             You have to speak.

22             DEFENDANT OCHS:  No.  No questions.

23             THE COURT:  All right.  Is there anything else we

24   need to address today?

25             From the government?

1          MS. LOEB:  No, Your Honor.

2          THE COURT:  Mr. Feitel?

3          MR. FEITEL:  No, Your Honor.

4          THE COURT:  Mr. MacMahon?

5          MR. MacMAHON:  No, Your Honor.

6          THE COURT:  Okay.  You are all excused.

7    Thank you.

8          (Whereupon, the proceeding concludes, 12:15 p.m.)

9                        **CERTIFICATE**

10

11          I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby

12    certify that the foregoing constitutes a true and accurate

13    transcript of my stenographic notes, and is a full, true,

14    and complete transcript of the proceedings to the best of my

15    ability.

16          This certificate shall be considered null and void

17    if the transcript is disassembled and/or photocopied in any

18    manner by any party without authorization of the signatory

19    below.

20

     Dated this 1st day of April, 2023.

21
     /s/ Elizabeth Saint-Loth, RPR, FCRR

22    Official Court Reporter

23

24

25

## $

**$1,348** [2] - 19:24, 20:21
**$100** [4] - 10:14, 71:20, 76:12, 80:17
**$14,000** [2] - 20:21, 73:14
**$15,000** [1] - 66:6
**$15,677** [1] - 19:24
**$150** [2] - 74:5, 79:13
**$150,000** [1] - 10:14
**$2,000** [4] - 39:23, 56:5, 73:18, 79:2
**$2500** [1] - 78:23
**$300** [1] - 48:10
**$5,000** [2] - 73:13, 75:14
**$500** [1] - 21:3
**$6,543** [1] - 21:7
**$7,000** [5] - 20:1, 20:14, 20:23, 39:19, 78:22
**$98** [1] - 42:20

## '

**'murder** [1] - 65:1

## /

**/s** [1] - 83:21

## 1

**1** [4] - 9:18, 9:19, 10:10, 81:16
**100-1** [1] - 4:15
**101** [1] - 5:5
**102** [1] - 4:23
**107** [1] - 1:20
**10:23** [1] - 1:5
**11** [1] - 25:23
**111(b** [1] - 28:10
**12** [2] - 27:24, 41:6
**12:15** [1] - 83:8
**1300** [1] - 1:16
**14** [3] - 9:24, 74:24, 80:4
**15** [5] - 15:8, 26:13, 69:4, 72:10, 77:2
**15,000** [1] - 10:14
**1512(c)(2** [2] - 3:25, 9:22
**1512(c)(2)** [1] - 56:11
**18** [16] - 3:25, 9:22, 11:2, 11:8, 55:12, 55:21, 56:6, 56:11, 71:12, 71:20, 72:15, 74:21, 76:5, 76:12,

77:7, 80:1
**1984** [2] - 71:11, 76:4
**1st** [1] - 83:20

## 2

**2** [5] - 3:25, 71:16, 71:18, 76:9, 76:10
**20001** [2] - 74:10, 79:18
**20008** [1] - 1:16
**2011** [1] - 66:16
**20118** [1] - 1:20
**2015** [1] - 66:17
**2017** [1] - 17:20
**2019** [4] - 9:17, 16:8, 33:3, 35:18
**202** [1] - 1:17
**2020** [7] - 16:24, 17:3, 36:10, 56:21, 57:22, 57:24, 65:16
**2021** [5] - 16:15, 18:15, 19:8, 25:16, 58:14
**2022** [2] - 1:5, 19:9
**2023** [1] - 83:20
**20515** [2] - 73:21, 79:4
**21** [2] - 26:13, 69:4
**21-73** [1] - 2:3
**21-cr-73-01** [1] - 1:3
**21-cr-73-02** [1] - 1:4
**22** [1] - 10:9
**22-year-old** [2] - 25:9, 25:25
**2255** [2] - 75:1, 80:6
**24-year-old** [1] - 26:4
**25** [1] - 1:19
**255-6637** [1] - 1:17
**28** [2] - 75:1, 80:6
**2:42** [1] - 62:16
**2J1.2(a)** [1] - 9:23
**2J1.2(b)(1)(B** [1] - 9:25
**2J1.2(b)(2** [1] - 10:4
**2nd** [1] - 48:10

## 3

**3** [5] - 10:2, 10:6, 28:13, 48:22, 81:16
**30** [2] - 74:11, 79:19
**3013** [2] - 71:21, 76:13
**32** [1] - 67:14
**33** [2] - 4:25
**333** [2] - 74:9, 79:17
**34** [1] - 27:3
**35** [1] - 28:1
**3553** [2] - 71:13, 76:6
**3553(a** [3] - 55:12, 55:21, 69:7

**3553(a)** [1] - 11:2
**36** [1] - 27:24
**36-month** [2] - 71:17, 76:9
**3663** [2] - 72:15, 77:7
**3663(a** [2] - 72:15, 77:7
**3663(a)(3)** [1] - 56:7
**3742** [2] - 74:21, 80:1
**3E1.1** [1] - 10:8

## 4

**4** [1] - 18:15
**4-year-old** [2] - 26:18, 28:13
**41** [4] - 10:11, 11:11, 69:5, 69:19
**41-month** [3] - 25:14, 26:24, 69:21
**415** [1] - 1:13
**436-7168** [1] - 1:13
**450** [1] - 1:12
**46** [1] - 28:10
**48** [6] - 11:6, 11:12, 31:9, 70:12, 71:15, 76:8
**4th** [3] - 48:10, 58:14

## 5

**50** [1] - 48:24
**51** [5] - 10:12, 11:5, 31:9, 69:5, 69:20
**540** [1] - 1:21
**55** [1] - 27:19
**57** [2] - 41:8, 70:7

## 6

**6** [16] - 4:15, 16:11, 16:15, 19:19, 28:20, 33:7, 36:1, 36:8, 50:6, 51:14, 65:10, 65:18, 65:21, 67:7, 69:12, 81:16
**60** [6] - 73:1, 73:9, 74:6, 78:10, 78:18, 79:14
**687-3902** [1] - 1:21
**6th** [23] - 16:1, 18:3, 18:24, 19:3, 19:21, 21:24, 23:19, 25:20, 37:21, 38:23, 47:11, 52:18, 54:24, 56:12, 56:16, 57:22, 57:25, 58:12, 58:24, 67:21, 68:2, 69:10, 70:18

## 7

**7** [1] - 48:22
**70** [1] - 70:14
**71** [1] - 70:7
**74** [1] - 5:1
**7:00** [1] - 64:22

## 8

**8** [2] - 9:24, 26:16
**87** [1] - 70:14
**89** [1] - 4:18

## 9

**9** [1] - 1:5
**90** [1] - 4:18
**91** [1] - 4:11
**92** [1] - 4:11
**93** [1] - 4:19
**94** [1] - 4:12
**94102** [1] - 1:13
**98** [1] - 4:13
**98-1** [1] - 4:15
**99** [1] - 4:21
**99-1** [1] - 4:21

## A

**a.m** [1] - 1:5
**abide** [2] - 71:22, 76:14
**abided** [1] - 35:11
**abiding** [1] - 66:15
**ability** [7] - 73:12, 73:25, 74:2, 78:23, 79:8, 79:10, 83:15
**able** [1] - 52:17
**absolutely** [2] - 55:3, 55:6
**absolve** [1] - 12:9
**abuse** [1] - 77:11
**accept** [4] - 9:7, 23:1, 23:2, 41:15
**acceptable** [1] - 31:19
**acceptance** [1] - 10:7
**accepted** [1] - 36:24
**accepting** [2] - 19:16, 55:2
**access** [4] - 36:2, 72:19, 77:23, 78:6
**accomplished** [1] - 57:7
**accordance** [6] - 71:20, 72:14, 73:22, 76:12, 77:6, 79:5
**according** [2] - 28:11, 59:2
**account** [1] - 70:25

**accurate** [1] - 83:12
**accused** [1] - 40:23
**acknowledge** [1] - 66:8
**acknowledging** [1] - 50:22
**Act** [2] - 71:11, 76:4
**act** [1] - 61:10
**acted** [1] - 29:16
**acting** [2] - 60:1, 65:3
**action** [2] - 18:8, 64:24
**Action** [1] - 1:3
**actions** [2] - 56:15, 63:17
**active** [4] - 34:8, 35:9, 60:23, 69:12
**actively** [2] - 30:11, 62:4
**activists** [1] - 54:19
**acts** [2] - 26:11, 39:15
**actual** [1] - 26:1
**adamant** [1] - 33:2
**addition** [4] - 18:22, 55:21, 71:19, 76:11
**additional** [2] - 72:24, 78:4
**address** [11] - 11:19, 11:23, 12:1, 15:11, 21:9, 22:3, 25:3, 34:2, 74:11, 79:19, 82:24
**addressed** [1] - 26:10
**administration** [2] - 10:2, 10:5
**admitted** [2] - 39:13, 42:19
**adopt** [2] - 52:19, 52:22
**advance** [2] - 44:9, 58:12
**advice** [1] - 44:17
**advise** [1] - 44:7
**advised** [1] - 58:20
**advisory** [4] - 6:13, 6:14, 10:11, 11:10
**advocated** [1] - 42:8
**affect** [2] - 73:25, 79:8
**affiliation** [4] - 15:12, 15:17, 15:20, 69:11
**affiliations** [1] - 25:5
**affinity** [1] - 15:22
**afford** [2] - 75:7, 80:12
**afterwards** [1] - 31:5
**agencies** [3] - 74:16, 74:18, 79:23
**Agent** [1] - 2:6
**agents** [1] - 69:25
**aggravated** [2] - 30:3, 65:8

aggravating [1] - 17:24
aggressively [1] - 66:25
agreed [3] - 25:24, 39:23
agreement [2] - 32:7, 36:7
agreements [1] - 56:5
ahead [2] - 40:17, 52:1
aided [1] - 1:25
airport [1] - 53:12
akin [1] - 26:21
alarms [1] - 61:14
ALEXIS [1] - 1:11
Alexis [1] - 2:19
alexis.loeb@usdoj.gov [1] - 1:14
allow [1] - 81:22
almost [4] - 30:23, 40:6, 42:21, 53:4
Amendment [1] - 31:6
AMERICA [1] - 1:3
America [4] - 2:3, 57:7, 64:16, 64:21
American [2] - 20:4, 20:14
amount [5] - 56:4, 73:18, 75:13, 75:14, 79:1
amounts [1] - 69:25
amplify [1] - 29:16
amply [1] - 68:9
analysis [1] - 68:12
angry [2] - 13:10, 26:20
Anthony [4] - 13:11, 25:3, 69:15, 70:6
anticipated [1] - 57:24
Antifa [1] - 65:25
apartment [1] - 63:14
apolitical [2] - 35:22, 38:18
apologize [2] - 45:4, 50:16
apparatus [1] - 35:20
appeal [10] - 74:22, 74:24, 75:8, 75:9, 80:2, 80:4, 80:13, 80:14
appear [6] - 54:15, 73:2, 78:11, 82:3, 82:5, 82:8
appearance [3] - 17:13, 73:11, 78:20
APPEARANCES [1] - 1:9
appeared [1] - 13:11
appearing [1] - 31:25
applicable [1] - 70:13

application [2] - 11:1, 63:24
applies [1] - 30:9
apply [9] - 6:14, 9:13, 23:19, 25:23, 25:24, 26:17, 29:9, 30:22
appointed [5] - 20:4, 20:5, 20:9, 20:24, 21:13
appreciate [1] - 45:13
approached [3] - 59:8, 59:17, 63:3
appropriate [7] - 15:12, 18:21, 43:7, 66:13, 68:20, 74:15, 79:23
appropriately [1] - 65:19
approval [2] - 72:24, 78:4
approved [2] - 74:17, 79:24
April [1] - 83:20
Architect [2] - 73:18, 79:2
area [2] - 73:7, 78:16
areas [1] - 62:25
argue [1] - 3:12
argued [1] - 32:12
argument [4] - 14:5, 32:16, 45:9, 55:11
arguments [2] - 49:17, 54:17
Army [1] - 47:9
arrest [2] - 34:24, 63:15
arrested [3] - 19:8, 36:25, 51:14
articulated [1] - 29:8
aside [1] - 63:11
assailing [1] - 19:14
assault [2] - 43:4, 47:5
assaulted [1] - 56:22
assaulting [3] - 25:20, 46:18, 46:19
assaultive [1] - 27:13
assaults [2] - 28:10, 46:22
assessed [2] - 74:2, 79:10
assessment [5] - 10:14, 71:20, 76:12, 80:18, 80:24
assistance [2] - 75:5, 80:10
associated [1] - 48:15
associates [1] - 48:17
associating [1] - 33:18
association [2] - 26:9,

27:10
assumed [1] - 29:20
assure [1] - 29:16
attach [1] - 40:20
attached [2] - 5:15, 40:19
attack [2] - 58:10, 58:13
attacking [3] - 42:13, 67:11, 70:18
attacks [1] - 58:8
attempt [1] - 77:13
attempted [2] - 30:6, 36:21
attend [2] - 56:12, 59:5
attention [3] - 28:8, 73:19, 79:3
attorney [5] - 8:5, 8:6, 8:23, 20:16, 20:18
ATTORNEY'S [1] - 1:11
Attorney's [3] - 72:22, 78:1, 78:9
audible [1] - 59:25
August [3] - 16:24, 17:3, 36:10
authority [3] - 18:13, 36:6
authorization [1] - 83:18
authorize [3] - 72:20, 77:24, 78:6
authorizing [2] - 72:16, 77:8
autism [6] - 28:12, 28:18, 28:20, 28:23, 29:3, 68:1
automatically [1] - 54:3
available [4] - 55:25, 68:6, 75:4, 80:9
Avenue [4] - 1:12, 1:16, 74:10, 79:18
avenues [1] - 23:11
avoid [2] - 56:1, 68:11
avoiding [1] - 42:18
awaiting [1] - 82:15
aware [2] - 48:13, 48:14
awareness [1] - 64:24

## B

baby [1] - 45:20
bad [2] - 50:15, 61:8
bag [2] - 63:5, 63:6
bail [1] - 29:6
Baker [1] - 2:6
balance [1] - 42:25

bangs [2] - 59:25, 60:21
banned [2] - 34:22, 35:10
banner [1] - 31:5
base [1] - 9:23
based [5] - 33:13, 38:18, 52:17, 53:18, 71:8
Based [1] - 76:1
basic [2] - 72:1, 76:18
basis [1] - 47:5
battling [1] - 14:17
bear [1] - 48:5
beating [1] - 49:25
became [1] - 17:19
becomes [2] - 75:4, 80:9
becoming [1] - 35:20
BEFORE [1] - 1:8
beginning [3] - 20:17, 56:4, 80:20
begrudged [1] - 49:18
behalf [4] - 4:13, 4:14, 4:20, 18:8
behavior [4] - 13:6, 36:17, 63:1, 67:23
behind [4] - 6:1, 31:5, 32:10, 63:19
beliefs [5] - 12:16, 38:8, 66:22, 66:23, 66:24
believers [1] - 12:13
below [5] - 41:1, 41:3, 69:16, 70:11, 83:19
below-guideline [1] - 70:11
BERYL [1] - 1:8
best [3] - 36:17, 38:13, 83:14
betraying [1] - 12:15
better [4] - 40:7, 41:23, 44:24, 45:1
between [8] - 7:15, 13:8, 42:25, 52:12, 57:11, 60:20, 69:2, 70:24
beyond [3] - 16:17, 59:23, 60:8
big [3] - 15:9, 47:11, 65:14
biggest [1] - 47:7
bind [1] - 53:22
bit [4] - 5:15, 6:2, 57:15, 64:11
black [2] - 15:17, 63:8
blameworthy [1] - 42:5
blaring [1] - 61:14
Bledsoe [4] - 25:3,

25:5, 69:16, 70:12
blip [1] - 16:1
block [3] - 57:21, 62:10, 62:25
blood [2] - 39:10, 62:15
blown [1] - 16:14
boasting [2] - 50:6, 63:17
bodies [1] - 18:25
bomb [10] - 14:14, 14:15, 22:19, 25:6, 46:7, 46:10, 46:13, 49:14, 60:25, 61:8
bombs [8] - 14:16, 27:5, 56:23, 61:5, 61:6, 65:6, 70:2, 70:20
books [1] - 51:25
bosh [1] - 59:16
bottle [2] - 28:4, 69:23
bottom [1] - 25:15
Box [1] - 1:19
box [1] - 5:15
Boy [8] - 15:11, 15:17, 25:4, 29:24, 57:21, 57:23, 58:7, 58:25
boys [1] - 58:21
Boys [34] - 15:14, 15:21, 16:6, 16:8, 16:10, 16:12, 16:14, 16:15, 16:22, 17:8, 17:18, 17:22, 18:7, 22:11, 22:22, 27:9, 29:19, 31:14, 32:13, 32:24, 33:7, 33:11, 33:13, 33:16, 33:23, 33:24, 36:10, 48:12, 49:6, 58:12, 62:17, 69:12, 70:3, 71:1
Boys' [2] - 18:23, 31:15
branch [1] - 67:11
brat [1] - 47:9
brazen [1] - 30:4
breach [2] - 29:17, 47:16
breached [2] - 47:23, 47:24
break [5] - 48:19, 60:24, 65:4, 65:7, 70:8
breaking [1] - 49:7
brief [1] - 45:10
bright [1] - 52:1
bring [4] - 38:24, 49:10, 66:10, 70:15
broad [3] - 18:4, 52:5
broadcast [1] - 65:13
broadcasting [1] -

3

52:5
**broke** [1] - 28:24
**broken** [1] - 47:4
**brought** [2] - 47:6, 54:5
**buddy** [3] - 33:8, 33:10
**buddy-buddy** [1] - 33:10
**Building** [10] - 27:25, 59:8, 60:25, 62:5, 63:19, 70:9, 70:17, 70:21, 73:20, 79:4
**building** [16] - 28:1, 28:2, 30:2, 30:4, 47:2, 47:4, 49:13, 49:16, 49:20, 49:25, 50:16, 55:1, 55:4, 55:7, 57:6, 65:7
**bully** [1] - 13:23
**Bureau** [6] - 53:17, 53:22, 54:7, 71:14, 76:7, 82:4
**business** [1] - 34:13
**busy** [1] - 45:13

**C**

**CA** [1] - 1:13
**CAL** [1] - 1:12
**calm** [1] - 28:15
**camera** [2] - 59:21, 65:24
**camp** [3] - 53:7, 53:11, 53:24
**campaign** [3] - 17:1, 17:2, 50:17
**Capitol** [52] - 12:14, 12:22, 13:3, 13:5, 14:25, 15:15, 16:10, 18:16, 18:25, 19:1, 22:15, 22:17, 22:18, 26:6, 27:25, 28:15, 29:17, 31:3, 42:12, 43:3, 47:16, 48:2, 48:19, 49:7, 56:12, 56:24, 57:1, 57:2, 57:19, 58:8, 58:13, 59:6, 59:7, 59:8, 60:18, 60:25, 61:13, 62:5, 63:1, 63:4, 63:5, 63:16, 63:18, 63:21, 64:4, 70:5, 70:9, 70:17, 70:18, 70:21, 73:18, 79:2
**Capitol's** [1] - 59:17
**car** [1] - 41:23
**card** [2] - 16:18, 78:3
**card-carrying** [1] - 16:18

**care** [4] - 13:1, 53:10, 54:8, 59:24
**carefully** [1] - 42:1
**carry** [2] - 27:4, 34:1
**carrying** [2] - 16:18, 26:6
**case** [58] - 6:12, 6:14, 6:18, 7:22, 8:5, 8:23, 9:10, 9:14, 11:4, 11:20, 14:1, 19:18, 20:17, 20:20, 21:20, 22:20, 24:25, 25:8, 25:13, 25:21, 26:7, 26:10, 26:11, 26:15, 26:19, 26:24, 27:7, 27:23, 28:9, 29:6, 29:8, 30:3, 30:22, 31:6, 32:4, 32:5, 34:4, 34:24, 36:23, 37:7, 37:8, 38:11, 39:17, 40:7, 40:11, 40:20, 41:19, 41:24, 45:24, 65:17, 66:12, 68:10, 69:2, 69:9, 69:23, 70:10, 71:4
**Case** [1] - 2:3
**cases** [19] - 11:23, 21:15, 23:19, 24:23, 26:14, 40:18, 41:1, 46:21, 49:24, 50:12, 51:4, 51:17, 68:13, 68:17, 68:21, 69:2, 69:3, 69:17
**Category** [3] - 9:15, 9:19, 10:10
**category** [2] - 26:3, 27:17
**caught** [1] - 48:1
**caused** [1] - 25:5
**causing** [1] - 10:1
**CCTV** [1] - 63:5
**celebrated** [1] - 30:13
**celebrating** [1] - 30:19
**celebratory** [1] - 38:7
**cell** [1] - 22:13
**Center** [1] - 62:3
**certainly** [5] - 30:8, 37:9, 42:4, 69:11, 70:17
**certificate** [2] - 37:2, 83:16
**CERTIFICATE** [1] - 83:9
**certification** [5] - 30:13, 57:10, 57:22, 61:12, 65:16
**certified** [1] - 57:25
**certify** [2] - 56:21, 83:12
**chair** [1] - 27:15

**challenge** [2] - 75:2, 80:7
**challenged** [1] - 61:7
**challenges** [3] - 23:3, 25:18, 67:1
**chance** [2] - 22:10, 39:14
**change** [5] - 74:11, 74:12, 79:19, 79:20, 81:3
**changes** [2] - 73:24, 79:7
**channel** [2] - 58:1, 58:4
**channels** [1] - 58:12
**Chansley** [2] - 26:24, 27:4
**chanting** [1] - 60:4
**chapter** [1] - 18:13
**characteristic** [2] - 9:25, 10:3
**characteristics** [6] - 15:18, 33:1, 47:21, 55:24, 66:14, 68:19
**charge** [3] - 14:25, 40:21, 47:5
**charged** [9] - 19:20, 40:3, 41:19, 43:4, 46:19, 49:5, 49:8, 60:9, 65:17
**charges** [5] - 46:21, 60:4, 60:5, 72:23, 78:3
**charisma** [1] - 67:19
**charitable** [1] - 18:12
**chart** [2] - 40:20, 40:25
**chat** [7] - 15:7, 16:24, 18:6, 48:15, 48:22, 64:19, 64:22
**chats** [5] - 18:23, 22:11, 36:12, 48:16, 58:7
**chemical** [1] - 69:25
**cherry** [2] - 40:23, 46:13
**cherry-picking** [1] - 40:23
**Chestnut** [1] - 63:4
**Chestnut-Gibson** [1] - 63:4
**Chief** [2] - 73:19, 79:2
**CHIEF** [1] - 1:8
**child** [3] - 13:24, 45:19, 52:24
**child's** [1] - 14:8
**childish** [1] - 46:15
**children** [2] - 37:3, 41:22
**chilling** [1] - 14:25

**choose** [3] - 19:12, 74:24, 80:4
**Chrestman** [2] - 29:6, 62:7
**Christian** [1] - 25:21
**Christine** [1] - 2:6
**cigarette** [1] - 61:22
**circumstances** [5] - 41:2, 55:23, 56:8, 73:25, 79:8
**cite** [1] - 24:24
**cited** [1] - 24:23
**city** [1] - 50:13
**civil** [2] - 48:14, 58:5
**civilian** [2] - 22:5, 22:6
**civilization** [1] - 32:14
**claim** [4] - 23:21, 24:14, 75:4, 80:9
**claimed** [1] - 36:22
**claiming** [2] - 65:2, 65:22
**claims** [1] - 66:20
**clashes** [1] - 60:20
**classes** [1] - 77:20
**clear** [5] - 7:17, 15:25, 17:7, 35:21, 61:10
**clearly** [3] - 12:5, 63:6, 67:17
**Clerk** [6] - 73:15, 74:9, 74:12, 78:24, 79:17, 79:20
**client** [14] - 8:13, 32:5, 32:12, 32:23, 33:2, 33:17, 34:3, 34:22, 35:14, 35:25, 36:13, 36:21, 41:10, 43:7
**client's** [2] - 36:17, 43:16
**clients** [1] - 51:22
**clips** [1] - 17:1
**close** [6] - 42:11, 53:5, 62:4, 75:23, 81:11, 81:24
**close-quarter** [1] - 42:11
**closing** [1] - 62:10
**clothing** [1] - 16:21
**CNN** [1] - 65:2
**coat** [1] - 28:4
**codefendants** [1] - 52:11
**Colbert** [1] - 12:11
**colleague** [2] - 2:22, 43:22
**colleagues** [1] - 49:24
**collected** [2] - 73:13, 78:22
**collection** [2] - 72:12, 77:4
**college** [2] - 25:25,

66:17
**College** [2] - 57:24, 61:12
**colors** [1] - 16:22
**Columbia** [2] - 73:17, 78:25
**COLUMBIA** [1] - 1:1
**combination** [1] - 10:9
**comfortably** [1] - 3:19
**coming** [3] - 5:12, 6:6, 70:4
**commence** [2] - 74:6, 79:14
**commencement** [2] - 73:9, 78:18
**comment** [1] - 52:15
**comments** [1] - 34:19
**commission** [2] - 41:15, 43:9
**commit** [7] - 27:14, 39:14, 48:19, 56:15, 72:4, 76:21, 82:15
**committed** [8] - 12:8, 22:16, 39:15, 41:21, 46:21, 67:4, 71:14, 76:7
**committee** [3] - 36:1, 36:2, 36:8
**Committee** [2] - 19:10, 19:11
**committing** [2] - 49:6, 58:8
**common** [1] - 23:19
**communicated** [2] - 57:20, 58:11
**company** [2] - 15:9, 34:17
**comparability** [2] - 37:9, 42:17
**comparable** [3] - 37:10, 43:5
**comparatively** [1] - 70:11
**comparator** [2] - 11:23, 70:19
**complete** [1] - 83:14
**completed** [1] - 67:15
**completely** [2] - 22:15, 40:6
**completion** [1] - 74:20
**complex** [1] - 66:23
**compliance** [2] - 73:5, 78:14
**comply** [3] - 55:14, 72:17, 77:9
**computer** [2] - 1:25, 77:22
**computer-aided** [1] - 1:25
**concern** [1] - 18:8

4

concerning [1] - 15:23
concerns [1] - 30:10
concludes [1] - 83:8
condemn [1] - 13:3
conditions [15] -
35:11, 36:7, 71:23,
71:24, 72:3, 72:18,
73:5, 76:15, 76:16,
76:20, 77:10, 78:14,
82:10, 82:11, 82:13
conduct [45] - 14:6,
14:9, 19:21, 26:1,
26:19, 27:13, 30:5,
30:7, 30:15, 30:19,
32:6, 37:5, 37:21,
42:12, 47:11, 49:11,
49:14, 50:23, 51:14,
52:12, 52:17, 55:16,
55:18, 56:2, 56:21,
61:4, 64:25, 65:8,
65:10, 65:18, 65:20,
66:3, 66:9, 67:7,
67:21, 67:25, 68:3,
68:19, 69:22, 70:20,
71:2, 72:1, 76:18
Confederate [1] - 26:7
confer [1] - 81:1
conference [1] - 61:19
confiscated [2] -
21:20, 21:25
confrontation [1] -
13:8
confrontations [1] -
70:15
confronted [2] -
13:18, 30:11
confronting [1] -
27:12
conglomerate [1] -
15:6
congratulating [1] -
29:19
Congress [10] - 31:2,
55:12, 56:20, 57:6,
57:9, 57:14, 61:24,
63:18, 63:21, 64:3
connection [8] - 4:7,
8:10, 9:3, 19:20,
37:17, 67:20, 75:6,
80:11
connectivity [1] -
36:13
consecutive [1] - 82:8
consider [14] - 11:2,
15:13, 15:17, 15:19,
15:23, 19:14, 32:25,
35:13, 41:13, 42:18,
47:20, 55:11, 55:23,
69:8
consideration [4] -

71:8, 71:12, 76:1,
76:5
considerations [1] -
67:24
considered [5] -
26:17, 42:2, 43:19,
68:18, 83:16
considering [1] - 55:8
constitutes [1] - 83:12
Constitution [2] -
74:10, 79:18
consulting [1] - 66:19
contact [6] - 33:19,
34:11, 35:7, 58:14,
58:20, 67:14
contempt [1] - 82:14
content [1] - 12:4
continually [1] - 50:12
continue [1] - 54:8
continued [3] - 17:15,
17:23, 63:16
contribute [1] - 18:12
control [1] - 14:23
controlled [4] - 72:6,
72:9, 76:23, 77:1
conversation [1] -
57:11
convicted [3] - 27:23,
28:10, 56:9
conviction [7] - 9:17,
10:15, 70:7, 75:2,
75:6, 80:7, 80:11
cooperate [2] - 72:12,
77:4
cooperating [1] -
19:16
cooperation [1] - 19:6
coordinating [1] -
29:18
coordination [1] -
29:14
correct [5] - 7:6, 7:19,
8:1, 8:19, 21:2
corrections [2] - 7:8
corresponded [1] -
22:12
correspondent [1] -
15:6
correspondents [1] -
12:2
corridor [1] - 62:24
cost [5] - 42:19, 75:7,
75:9, 80:12, 80:14
counsel [7] - 2:8,
2:21, 6:17, 40:2,
44:1, 75:5, 80:10
Count [5] - 3:25,
71:16, 71:18, 76:9,
76:10
count [3] - 4:25,

10:15, 30:14
country [4] - 17:9,
23:3, 47:22, 67:5
country's [1] - 23:11
counts [1] - 81:14
Counts [1] - 81:16
couple [4] - 11:22,
45:17, 49:22, 49:23
course [8] - 11:24,
18:21, 22:17, 22:25,
37:15, 49:10, 53:17,
68:13
court [10] - 20:4, 20:5,
20:9, 20:24, 21:13,
23:4, 23:6, 37:12,
43:20, 82:14
COURT [108] - 1:1,
1:8, 2:12, 2:15, 2:20,
2:23, 3:2, 3:6, 3:14,
3:21, 5:9, 5:13, 5:20,
5:24, 6:25, 7:2, 7:11,
7:14, 7:20, 7:24, 8:4,
8:7, 8:13, 8:17, 8:22,
8:25, 9:5, 10:19,
10:21, 10:23, 16:5,
19:17, 20:8, 20:13,
21:5, 21:8, 21:10,
22:2, 23:25, 27:18,
27:21, 28:19, 29:2,
31:11, 31:17, 31:22,
32:17, 32:20, 33:5,
33:20, 33:23, 34:15,
34:18, 34:25, 35:3,
35:5, 35:16, 35:18,
36:9, 36:15, 37:13,
37:16, 38:15, 38:17,
39:16, 39:19, 40:17,
43:23, 44:3, 44:6,
44:15, 44:18, 44:21,
44:24, 45:5, 45:11,
46:9, 47:7, 47:16,
50:20, 51:8, 51:21,
52:7, 52:15, 52:21,
53:2, 53:14, 53:22,
54:3, 54:10, 54:23,
55:5, 55:8, 75:14,
75:17, 75:21, 75:25,
80:19, 80:23, 81:2,
81:8, 81:17, 81:22,
82:20, 82:23, 83:2,
83:4, 83:6
Court [64] - 1:23, 1:23,
2:2, 3:13, 9:7, 11:25,
15:12, 15:16, 15:19,
15:23, 17:6, 17:11,
17:14, 19:7, 22:21,
22:23, 31:20, 36:3,
43:19, 44:7, 44:10,
45:8, 46:23, 51:12,
52:25, 56:6, 66:10,

67:3, 69:7, 71:13,
72:11, 73:2, 73:8,
73:10, 73:12, 73:16,
73:24, 74:9, 74:12,
74:18, 74:22, 74:25,
75:8, 76:6, 77:3,
78:11, 78:17, 78:19,
78:21, 78:25, 79:7,
79:17, 79:20, 79:25,
80:2, 80:5, 80:13,
81:1, 83:22
Court's [2] - 23:1, 69:9
court-appointed [5] -
20:4, 20:5, 20:9,
20:24, 21:13
courthouse [4] - 2:16,
37:9, 40:19, 42:11
COURTROOM [1] -
2:2
courtroom [3] - 2:24,
3:5, 3:9
courts [1] - 23:2
cover [1] - 21:4
covering [1] - 65:23
COVID [2] - 2:13, 2:15
CPA [2] - 73:20, 79:3
crash [7] - 12:25,
29:25, 62:4, 62:7,
62:10, 62:11, 65:12
create [2] - 12:4
created [1] - 14:19
credit [5] - 54:2,
72:23, 72:24, 78:3,
78:4
crime [7] - 72:5, 76:22
crimes [3] - 12:8,
55:19, 67:23
criminal [11] - 9:16,
25:10, 27:20, 32:6,
42:5, 55:18, 67:14,
67:23, 74:3, 79:11,
82:6
Criminal [6] - 1:3, 2:3,
9:15, 9:18, 9:19,
10:9
criteria [1] - 18:14
critical [2] - 67:24,
69:1
criticize [3] - 12:12,
12:19, 13:3
crossed [2] - 12:5,
59:6
crowd [2] - 13:17,
62:21
cry [2] - 43:2, 43:4
Crypt [3] - 13:7, 61:15,
61:21
crystal [1] - 61:10
custody [2] - 71:14,
76:7

D

D.C [12] - 1:6, 18:2,
21:4, 51:9, 57:4,
58:10, 73:7, 73:21,
74:10, 78:15, 79:4,
79:18
damage [7] - 10:1,
25:2, 25:6, 26:8,
27:14, 30:7, 70:16
damaged [1] - 30:6
damaging [1] - 30:25
dangerous [2] - 12:21,
14:17
Dated [1] - 83:20
daughter [1] - 26:19
days [15] - 18:15,
38:3, 54:1, 72:10,
73:1, 73:9, 74:6,
74:11, 74:25, 77:2,
78:10, 78:18, 79:14,
79:19, 80:5
DC [1] - 1:16
de [1] - 29:21
dealership [1] - 41:23
dealing [1] - 6:7
debt [1] - 52:2
DECARLO [1] - 1:5
deCarlo [2] - 3:4, 6:1
DeCarlo [99] - 1:15,
2:4, 3:23, 4:16, 4:20,
5:25, 6:25, 7:1, 7:4,
8:17, 8:22, 8:24, 9:4,
9:16, 10:21, 11:6,
11:11, 11:18, 12:12,
12:17, 13:7, 14:6,
15:10, 16:5, 16:20,
17:1, 17:2, 17:18,
19:5, 19:25, 20:9,
20:14, 20:23, 21:3,
21:7, 24:2, 24:13,
31:9, 31:12, 35:21,
36:9, 37:20, 38:19,
39:3, 39:8, 39:22,
39:25, 41:14, 42:1,
42:3, 42:15, 44:4,
44:8, 44:18, 44:20,
44:23, 44:25, 45:5,
57:12, 57:17, 58:11,
58:20, 58:22, 58:24,
59:4, 59:11, 59:21,
60:2, 60:4, 61:1,
61:8, 61:17, 61:24,
63:7, 63:9, 63:13,
63:21, 64:6, 64:9,
64:12, 64:17, 64:19,
65:21, 65:22, 67:13,
68:22, 69:14, 70:19,
70:22, 70:24, 75:25,
76:3, 76:7, 80:18,

5

81:2, 81:9, 82:18, 82:19
**DeCarlo's** [3] - 7:8, 13:22, 30:21
**December** [1] - 1:5
**decision** [2] - 23:1, 23:2, 29:6
**dedication** [1] - 47:22
**deep** [1] - 15:20
**deeper** [1] - 62:25
**deeply** [1] - 67:4
**defacing** [1] - 70:21
**defend** [1] - 36:21
**defendant** [36] - 4:21, 7:18, 9:15, 11:22, 15:24, 17:14, 19:7, 19:15, 24:12, 25:1, 25:2, 25:13, 25:17, 25:19, 26:12, 26:18, 26:25, 29:20, 29:24, 30:1, 30:2, 30:3, 30:5, 30:8, 30:11, 33:24, 37:18, 41:7, 44:2, 44:3, 50:1, 51:15, 51:21, 55:25, 60:15, 60:25
**DEFENDANT** [16] - 1:15, 1:18, 6:24, 7:1, 8:6, 8:12, 8:24, 9:4, 44:20, 44:23, 44:25, 54:14, 55:3, 55:6, 82:19, 82:22
**defendant's** [10] - 4:8, 26:9, 27:2, 28:11, 30:16, 68:7, 68:18, 74:2, 74:20, 79:10
**defendants** [75] - 3:22, 4:2, 4:24, 5:3, 9:7, 9:19, 9:20, 10:9, 11:8, 11:23, 12:2, 12:5, 13:13, 13:15, 14:5, 14:24, 15:1, 15:14, 15:15, 15:20, 15:25, 16:3, 19:5, 19:19, 19:23, 20:3, 21:11, 21:23, 23:21, 24:15, 24:17, 24:20, 24:23, 25:23, 26:3, 27:11, 27:25, 28:8, 28:18, 28:19, 29:9, 29:16, 29:18, 37:10, 37:19, 43:6, 51:8, 51:11, 51:13, 55:19, 56:1, 56:18, 57:2, 57:12, 59:18, 60:1, 60:10, 60:20, 62:6, 62:9, 62:19, 63:3, 68:2, 68:23, 68:25, 69:13, 69:14, 69:20, 69:22, 70:1, 71:2,

81:14, 81:16, 81:19, 81:23
**Defendants** [2] - 1:6, 29:10
**defendants'** [6] - 11:21, 15:11, 15:18, 27:16, 65:8, 70:10
**defending** [1] - 47:12
**defense** [4] - 19:25, 20:22, 28:16, 68:13
**Defense** [2] - 49:3, 65:22
**defensive** [1] - 64:24
**defer** [1] - 43:21
**defined** [2] - 75:1, 80:6
**definitely** [1] - 58:18
**degree** [2] - 34:7, 66:18
**delete** [1] - 64:25
**deliberately** [1] - 29:16
**democracy** [4] - 12:14, 23:5, 47:13, 54:25
**democratically** [1] - 23:13
**democrats** [1] - 34:18
**demorats** [1] - 34:18
**deniability** [1] - 13:22
**department's** [1] - 55:9
**departure** [1] - 41:9
**deployed** [1] - 70:1
**DEPUTY** [1] - 2:2
**describe** [1] - 67:4
**described** [3] - 18:23, 32:6, 58:9
**describes** [2] - 19:6, 22:10
**desensitize** [1] - 31:3
**deserve** [1] - 71:3
**designate** [2] - 43:13, 53:14
**designated** [4] - 53:6, 75:22, 81:10, 82:1
**designation** [2] - 53:18, 82:16
**designed** [1] - 77:20
**destroy** [1] - 27:5
**destruction** [2] - 26:12, 27:17
**detached** [2] - 12:6, 22:8
**detail** [1] - 32:7
**detention** [1] - 41:7
**deter** [3] - 55:18, 67:22, 68:3
**determination** [2] - 9:21, 10:17

**determinations** [1] - 53:18
**determine** [6] - 6:9, 6:13, 9:13, 73:10, 77:12, 78:19
**determined** [2] - 72:11, 77:3
**development** [1] - 77:17
**device** [1] - 5:14
**Devlyn** [1] - 28:9
**difference** [1] - 34:6
**differences** [1] - 69:2
**different** [8] - 6:5, 11:14, 25:22, 26:3, 27:17, 68:13, 69:4, 70:24
**differentiate** [2] - 49:15, 52:12
**differently** [1] - 23:20
**difficult** [1] - 67:8
**direct** [1] - 31:15
**directed** [4] - 65:10, 72:13, 77:5, 82:4
**directions** [1] - 4:4
**directive** [1] - 16:22
**directly** [1] - 56:22
**disability** [2] - 47:1, 67:2
**disagree** [1] - 32:15
**disagreed** [1] - 35:19
**disassembled** [1] - 83:17
**disaster** [1] - 45:21
**disbursement** [2] - 73:17, 79:11
**discharge** [1] - 67:2
**discharged** [1] - 66:17
**discretionary** [2] - 71:23, 76:15
**discuss** [4] - 10:25, 33:17, 40:16, 54:10
**discussed** [9] - 7:21, 8:14, 12:20, 18:24, 19:3, 27:7, 57:23, 58:1, 58:7
**discussion** [1] - 22:21
**dismiss** [2] - 81:13, 81:15
**disobey** [1] - 23:12
**disparities** [3] - 23:17, 56:1, 68:12
**disparity** [2] - 42:18, 68:14
**dispute** [1] - 22:17
**disputes** [1] - 23:12
**disregard** [4] - 30:5, 30:16, 30:23, 31:7
**disrespect** [1] - 3:12
**disrupt** [1] - 30:13

**disrupting** [1] - 56:20
**dissatisfaction** [2] - 23:10, 68:5
**dissident** [1] - 66:8
**distinction** [1] - 34:6
**distinguish** [1] - 24:23
**district** [6] - 73:6, 73:8, 74:17, 78:15, 78:17, 79:24
**DISTRICT** [4] - 1:1, 1:1, 1:8, 1:12
**District** [5] - 73:16, 74:9, 78:25, 79:17
**divergent** [1] - 11:3
**DNA** [2] - 72:12, 77:4
**docket** [1] - 45:13
**docketed** [9] - 4:11, 4:12, 4:14, 4:18, 4:19, 4:20, 4:21, 4:23, 5:4
**documents** [5] - 4:7, 5:6, 5:10, 5:23, 9:2
**domination** [1] - 14:23
**Donald** [1] - 28:14
**done** [10] - 13:13, 24:19, 45:2, 51:19, 51:20, 52:2, 53:3, 53:4, 54:25
**door** [7] - 28:3, 29:25, 42:20, 42:24, 63:10, 65:1, 70:21
**Door** [1] - 63:4
**doors** [8] - 12:25, 61:14, 62:4, 62:7, 62:10, 62:11, 62:13, 65:12
**doubt** [3] - 12:7, 13:12, 16:17
**doubts** [1] - 16:19
**down** [9] - 13:20, 28:15, 32:8, 57:5, 57:14, 59:6, 61:19, 63:2, 64:13
**download** [1] - 36:6
**downward** [2] - 41:9, 70:13
**dozens** [1] - 23:2
**draft** [1] - 7:15
**dramatic** [1] - 62:23
**dressed** [2] - 22:5, 48:6
**driving** [1] - 66:19
**drug** [4] - 72:9, 72:11, 77:1, 77:3
**Drum** [1] - 52:9
**duct** [1] - 58:15
**duct-tape** [1] - 58:15
**due** [3] - 66:22, 74:3, 79:11
**duffle** [1] - 63:5

**during** [10] - 24:14, 29:15, 30:14, 30:19, 38:23, 39:2, 59:8, 65:9, 74:7, 79:15
**Dustin** [1] - 27:23

## E

**early** [4] - 19:8, 25:16, 29:6, 29:7
**earmarked** [2] - 19:25, 20:22
**easily** [2] - 37:24, 39:3
**East** [3] - 1:20, 62:12, 62:16
**easy** [1] - 37:22
**eat** [1] - 46:13
**ebmjr@macmahon** [1] - 1:21
**ebmjr@macmahon-law.com** [1] - 1:21
**ECF** [7] - 4:12, 4:13, 4:19, 4:21, 4:23, 5:1, 5:5
**ECFs** [2] - 4:11, 4:18
**echo** [1] - 47:25
**echoing** [1] - 59:19
**economic** [2] - 73:24, 79:7
**edge** [1] - 50:1
**educational** [1] - 77:18
**Edward** [1] - 3:8
**EDWARD** [1] - 1:19
**effect** [3] - 24:14, 59:10, 64:14
**effectuate** [1] - 61:11
**effort** [3] - 35:8, 36:1, 57:21
**efforts** [6] - 19:18, 21:11, 25:11, 30:13, 62:10, 65:15
**eight** [2] - 57:9, 69:1
**either** [5] - 6:10, 7:5, 7:18, 58:5
**elder** [5] - 17:3, 17:24, 31:14, 36:10, 58:9
**elder's** [1] - 18:5
**elders** [2] - 16:25, 18:4
**elected** [2] - 23:13, 36:14
**election** [8] - 12:16, 16:25, 22:21, 23:3, 56:21, 57:22, 65:14, 65:16
**electoral** [1] - 30:14
**Electoral** [3] - 57:10, 57:24, 61:12
**Elizabeth** [2] - 1:23,

83:21
**ELIZABETH** [1] - 83:11
**Email** [3] - 1:14, 1:17, 1:21
**embracing** [1] - 16:10
**emerge** [1] - 11:20
**en** [1] - 62:13
**encounter** [1] - 22:14
**encounters** [1] - 22:10
**encouraged** [2] - 58:4, 62:9
**encouraging** [2] - 29:21, 30:14
**encrypted** [6] - 58:1, 58:6, 58:12, 63:24, 64:19, 64:22
**end** [7] - 3:11, 11:25, 40:3, 59:13, 60:10, 69:21
**enforcement** [7] - 26:2, 30:12, 31:1, 43:3, 56:19, 56:22, 70:15
**engage** [4] - 24:10, 30:15, 48:3, 70:14
**engaged** [10] - 25:10, 29:11, 30:5, 42:11, 47:10, 50:22, 69:10, 70:4, 70:17, 71:2
**engaging** [1] - 17:21
**enhanced** [1] - 82:17
**enhancement** [1] - 26:16
**enhancements** [1] - 25:23
**enmeshed** [1] - 18:1
**enormous** [1] - 32:7
**Enrique** [5] - 16:12, 33:6, 33:8, 35:7, 58:25
**ensure** [1] - 55:13
**entered** [5] - 61:13, 61:21, 62:19, 75:2, 80:7
**entering** [3] - 30:4, 75:5, 80:10
**enters** [3] - 30:2, 74:25, 80:5
**entitled** [1] - 70:11
**entitlement** [1] - 14:23
**entry** [1] - 59:9
**environment** [1] - 69:24
**equally** [1] - 35:12
**equities** [1] - 42:25
**equivalency** [1] - 77:20
**essentially** [1] - 66:5
**establish** [3] - 18:10,

72:1, 76:18
**estimates** [1] - 53:17
**Ethan** [1] - 62:17
**evacuate** [1] - 57:6
**event** [3] - 28:7, 46:6, 65:23
**events** [5] - 24:9, 33:3, 39:2, 41:18, 56:13
**eventually** [2] - 61:14, 62:12
**everywhere** [1] - 2:16
**evidence** [11] - 9:10, 16:8, 17:25, 28:17, 29:14, 35:14, 38:10, 46:17, 46:24, 48:2, 50:5
**exaggeration** [1] - 33:9
**example** [4] - 16:20, 29:11, 30:18, 68:22
**examples** [1] - 12:15
**excessive** [1] - 45:25
**exchanged** [1] - 22:13
**exclaimed** [1] - 61:2
**excuse** [3] - 35:17, 46:22, 61:5
**Excuse** [1] - 47:17
**excused** [1] - 83:6
**execute** [2] - 74:17, 79:25
**exhibits** [2] - 5:2, 5:10
**exist** [1] - 35:9
**exists** [1] - 34:17
**exit** [3] - 13:17, 62:20, 65:11
**expect** [2] - 23:7, 49:1
**expectation** [1] - 22:7
**expectations** [2] - 72:1, 76:18
**expecting** [2] - 45:20, 45:22
**expenses** [1] - 40:5
**experience** [2] - 31:24, 51:16
**explain** [4] - 6:20, 36:1, 37:5, 44:12
**explained** [2] - 39:25, 44:8
**explaining** [1] - 37:20
**exploding** [1] - 60:21
**expressing** [1] - 23:16
**extensive** [1] - 70:22
**extensively** [1] - 28:7
**extent** [5] - 11:24, 30:16, 32:12, 34:10, 51:3
**extra** [1] - 34:4
**extraordinarily** [2] - 40:11, 41:9
**extreme** [1] - 30:18

**extremely** [2] - 14:20, 28:13
**extremist** [4] - 25:1, 26:9, 26:23, 28:6
**eyes** [1] - 39:11

## F

**face** [2] - 6:3, 14:19
**faces** [1] - 42:13
**facetious** [3] - 57:13, 57:16, 64:11
**facilitate** [1] - 56:19
**facility** [4] - 43:13, 43:16, 75:23, 81:10
**fact** [7] - 9:9, 12:7, 14:20, 25:9, 26:17, 61:8, 78:21
**facto** [1] - 29:21
**factor** [1] - 32:14
**factors** [12] - 11:1, 11:25, 15:19, 25:12, 29:8, 30:15, 30:22, 55:12, 66:11, 68:18, 71:9, 76:2
**facts** [2] - 32:5, 43:24
**factual** [5] - 7:25, 8:18, 9:7, 11:22, 19:4
**failing** [1] - 82:7
**failure** [1] - 82:5
**fair** [3] - 35:12, 42:22, 43:10
**Fairlamb** [1] - 25:13
**fairly** [3] - 32:23, 39:20, 43:24
**falls** [1] - 68:8
**false** [2] - 24:7, 31:4
**family** [10] - 4:22, 37:6, 45:21, 47:21, 53:6, 53:10, 53:11, 53:12, 67:4, 67:5
**far** [7] - 12:10, 43:2, 43:4, 52:24, 61:10, 69:4, 69:22
**fashion** [1] - 33:1
**fashioning** [4] - 32:9, 35:13, 41:12, 68:20
**fast** [1] - 40:9
**father** [1] - 26:5
**favor** [3] - 23:5, 23:7, 35:23
**FBI** [1] - 65:25
**FCRR** [3] - 1:23, 83:11, 83:21
**federal** [9] - 30:12, 43:13, 46:1, 50:24, 60:9, 60:11, 67:11, 72:4, 76:21
**Feitel** [23] - 3:4, 3:6,

3:18, 5:9, 8:13, 9:1, 10:21, 20:10, 20:13, 20:16, 31:20, 31:24, 32:1, 32:20, 37:14, 45:23, 46:17, 47:25, 52:20, 52:22, 54:5, 81:5, 83:2
**FEITEL** [36] - 1:15, 3:3, 5:11, 5:18, 8:16, 8:20, 10:22, 20:12, 32:3, 32:19, 32:22, 33:15, 33:22, 33:25, 34:17, 34:22, 35:2, 35:4, 35:7, 35:17, 35:19, 36:11, 36:16, 37:15, 38:13, 38:16, 38:19, 39:18, 39:22, 40:18, 44:2, 44:5, 44:7, 44:16, 81:7, 83:3
**felonies** [1] - 60:9
**felons** [1] - 60:2
**felony** [6] - 3:23, 25:16, 26:14, 56:9, 60:4, 68:24
**Felony** [1] - 60:4
**fence** [2] - 59:23, 60:8
**fenced** [1] - 59:8
**fervor** [1] - 24:18
**few** [5] - 11:25, 19:4, 21:9, 22:3, 24:24
**fewer** [1] - 27:24
**fight** [1] - 14:19
**figuring** [1] - 68:20
**file** [4] - 74:24, 75:8, 80:4, 80:13
**film** [1] - 56:13
**filmed** [2] - 12:8, 65:4
**filming** [3] - 28:7, 29:23, 62:13
**final** [10] - 7:3, 7:9, 7:12, 7:14, 7:18, 8:1, 8:20, 18:12, 21:6, 28:9
**finally** [2] - 29:4, 70:23
**financial** [17] - 72:20, 72:21, 72:22, 73:22, 74:1, 74:8, 74:13, 77:24, 77:25, 78:1, 78:6, 78:7, 78:8, 79:5, 79:9, 79:16, 79:21
**Financial** [2] - 73:19, 79:3
**financially** [1] - 51:1
**findings** [1] - 9:9
**fine** [16] - 10:13, 20:20, 21:1, 21:20, 22:1, 39:17, 39:24, 40:11, 52:16, 52:25,

73:13, 75:13, 75:14, 78:23
**fined** [1] - 52:23
**fines** [1] - 21:14
**finish** [1] - 81:9
**fire** [1] - 13:7
**firecracker** [2] - 46:11, 46:12
**firm** [1] - 38:7
**first** [13] - 3:12, 6:9, 6:16, 11:19, 19:18, 21:16, 21:18, 24:16, 25:19, 26:14, 31:21, 32:1, 54:12
**First** [1] - 31:6
**five** [3] - 54:1, 72:14, 77:6
**fixing** [1] - 42:19
**flag** [3] - 26:7, 29:25, 62:8
**flash** [2] - 59:25, 60:21
**flash-bangs** [2] - 59:25, 60:21
**flashed** [1] - 63:22
**flee** [2] - 57:6, 63:21
**flew** [2] - 59:4
**Flexicuffs** [2] - 63:8, 70:21
**floor** [2] - 26:13, 62:14
**Florida** [3] - 53:8, 53:16, 75:23
**focus** [1] - 46:2
**focused** [1] - 25:9
**follow** [3] - 46:17, 77:15, 77:18
**followed** [2] - 49:1, 68:15
**follower** [1] - 39:8
**following** [9] - 10:13, 22:21, 60:16, 71:23, 72:17, 73:17, 76:15, 77:9, 79:1
**follows** [3] - 34:4, 74:4, 79:12
**food** [1] - 40:9
**foolish** [1] - 14:9
**footage** [1] - 63:5
**footnote** [2] - 48:22, 48:25
**FOR** [5] - 1:1, 1:10, 1:12, 1:15, 1:18
**Ford** [2] - 73:20, 79:3
**foregoing** [1] - 83:12
**forever** [2] - 34:1, 34:5
**forgot** [1] - 61:9
**formal** [5] - 16:6, 16:17, 17:5, 29:21, 33:18
**former** [3] - 24:1, 56:12, 60:16

forward [2] - 2:8,
28:17
founding [1] - 17:20
four [6] - 6:4, 66:16,
71:15, 72:12, 76:8,
77:4
Foyer [2] - 62:12,
62:17
framed [1] - 63:14
Francisco [1] - 1:13
frankly [1] - 38:3
fraternity [4] - 18:9,
18:10, 18:11, 18:14
friends [6] - 4:22,
17:10, 37:6, 49:22,
67:3, 67:5
front [8] - 28:22,
31:25, 46:6, 47:10,
51:10, 51:12, 60:11,
69:2
Front [1] - 60:18
frustrating [1] - 5:14
fuck [1] - 61:2
fuckin' [1] - 63:20
fucking [1] - 64:13
full [6] - 12:15, 16:14,
64:24, 74:13, 79:21,
83:13
full-blown [1] - 16:14
fully [3] - 8:5, 8:22,
66:13
fun [1] - 12:23
Fund [1] - 65:22
fundamental [1] - 39:8
fundraiser [1] - 65:21
fundraising [5] -
19:17, 19:24, 21:11,
50:20, 66:6
funds [5] - 18:10,
20:15, 20:20, 52:17,
65:18
funny [2] - 13:1, 17:1
future [3] - 52:1,
55:19, 68:4

## G

game [1] - 12:23
garb [2] - 22:5, 22:6
gas [1] - 69:25
gasoline [1] - 13:6
Gate [1] - 1:12
gathered [1] - 13:17
gathering [1] - 62:21
gear [1] - 29:12
GED [1] - 67:15
general [1] - 23:18
Gibson [1] - 63:4
given [7] - 37:25,
38:10, 39:19, 53:15,

54:3, 71:1, 78:21
glad [1] - 43:20
glass [1] - 47:4
glean [1] - 17:11
glorify [1] - 50:18
glorifying [1] - 51:3
Goddamn [1] - 61:3
GoFundMe [1] - 48:11
Golden [1] - 1:12
government [54] - 2:9,
5:1, 5:4, 5:6, 6:10,
6:17, 7:5, 7:17, 9:6,
10:17, 11:4, 11:6,
11:15, 19:12, 19:23,
20:19, 20:25, 21:10,
21:13, 21:16, 21:19,
21:21, 30:17, 30:25,
31:7, 31:8, 32:18,
32:22, 33:4, 34:10,
35:24, 36:4, 36:12,
36:18, 38:4, 41:8,
42:9, 42:14, 43:8,
46:20, 48:16, 49:7,
52:13, 65:7, 65:19,
67:11, 68:15, 75:11,
80:16, 81:8, 81:13,
81:15, 81:20, 82:25
government's [16] -
4:12, 4:19, 5:2, 5:19,
9:11, 21:23, 32:11,
32:16, 41:2, 41:3,
41:25, 52:16, 66:11,
68:14, 69:16, 70:23
governments [1] -
23:13
grab [1] - 58:16
graffiti [5] - 14:13,
14:22, 26:22, 27:15,
28:2
granted [1] - 81:17
Grave [1] - 30:10
greater [1] - 55:14
greeted [1] - 17:8
Greg [2] - 69:15, 69:19
grenade [6] - 14:12,
26:2, 26:22, 28:5,
46:10, 61:1
grips [1] - 41:17
ground [2] - 18:2,
22:13
grounds [4] - 30:4,
59:7, 59:9, 63:16
group [26] - 15:9,
15:14, 15:16, 16:18,
17:6, 17:7, 17:12,
17:20, 18:1, 18:19,
24:21, 25:1, 26:23,
27:10, 27:12, 28:6,
30:24, 32:13, 33:3,
33:6, 33:16, 35:13,

35:16, 35:18, 69:12,
70:3
group's [4] - 16:21,
17:15, 17:16, 17:19
groups [2] - 26:9,
38:25
grownup [1] - 67:25
guideline [14] - 9:21,
9:23, 10:7, 10:17,
11:10, 11:12, 68:7,
69:4, 69:5, 69:18,
70:6, 70:11, 70:13
guidelines [15] - 6:14,
6:15, 9:13, 9:14,
10:11, 25:15, 25:22,
26:13, 26:16, 37:11,
45:25, 46:1, 55:22,
68:7
guilty [13] - 3:23, 19:8,
19:9, 25:17, 25:19,
32:6, 50:23, 51:7,
54:15, 56:2, 68:24,
75:6, 80:11
gullible [4] - 37:21,
38:3, 38:7, 60:13
gun [1] - 48:5
guns [1] - 48:7
guys [2] - 17:1, 60:16

## H

H2-205B [2] - 73:20,
79:4
half [5] - 41:16, 43:9,
45:11, 50:13
hand [1] - 3:18
handing [1] - 46:20
happy [1] - 32:1
hard [4] - 22:14,
37:25, 49:14, 67:5
harmful [1] - 28:18
harmless [1] - 14:6
Hawaii [2] - 59:4,
66:18
hazardous [1] - 14:20
head [5] - 13:19,
16:12, 33:7, 33:10,
51:9
headed [1] - 60:10
heading [1] - 62:22
headline [1] - 64:3
health [2] - 27:1, 67:1
hear [7] - 6:16, 10:25,
31:23, 32:1, 44:4,
44:18, 45:6
heard [5] - 6:18, 27:2,
45:9, 45:15, 60:21
HEARING [1] - 1:7
hearing [15] - 4:2, 4:5,
4:8, 6:4, 6:6, 6:8,

6:23, 9:6, 10:24,
44:21, 55:11, 73:3,
78:12
hearings [1] - 4:6
heavily [1] - 25:9
held [1] - 62:11
help [3] - 46:9, 60:23,
65:7
helped [3] - 37:23,
65:12, 70:8
helpful [5] - 11:24,
24:22, 40:22, 53:11,
68:12
helping [3] - 41:22,
51:24, 56:18
hereby [3] - 71:14,
76:7, 83:11
hide [1] - 31:5
hiding [1] - 6:1
high [3] - 27:19,
67:15, 77:19
highlights [1] - 45:17
highly [1] - 63:1
Hill [1] - 18:25
himself [5] - 16:11,
48:15, 50:8, 58:9,
61:17
hip [1] - 3:10
hire [1] - 15:10
hired [1] - 40:1
historic [1] - 65:23
History [4] - 9:15,
9:18, 9:19, 10:10
history [9] - 9:16,
15:18, 25:10, 27:20,
33:1, 47:20, 55:24,
66:14, 68:19
Hodgkins [4] - 26:10,
68:25, 69:3, 69:9
hold [3] - 5:15, 5:16,
18:9
home [3] - 40:8,
42:23, 61:23
Honor [93] - 2:5, 2:10,
2:18, 3:1, 3:3, 3:7,
3:20, 5:8, 5:11, 5:18,
5:22, 6:24, 7:1, 7:7,
7:13, 7:19, 7:23, 8:2,
8:12, 8:16, 8:21,
8:24, 10:18, 10:20,
10:22, 11:16, 13:12,
16:16, 20:7, 20:11,
20:12, 21:2, 23:10,
23:23, 24:22, 24:25,
25:24, 29:4, 29:8,
29:10, 29:20, 30:1,
30:10, 31:19, 32:3,
32:4, 32:23, 32:25,
33:25, 34:3, 34:23,
35:17, 35:24, 36:11,

36:18, 36:19, 37:1,
37:5, 37:11, 38:19,
39:18, 39:24, 40:12,
40:16, 40:18, 40:24,
40:25, 41:10, 41:13,
42:2, 42:18, 43:11,
43:18, 44:5, 44:8,
44:13, 45:7, 45:12,
47:17, 51:25, 53:4,
53:21, 53:25, 75:12,
75:19, 75:24, 80:17,
81:7, 81:21, 82:19,
83:1, 83:3, 83:5
Honor's [1] - 29:5
HONORABLE [1] - 1:8
honorably [2] - 47:9,
66:17
horrible [1] - 43:1
horrific [1] - 43:1
hour [2] - 44:13, 44:15
hour-long [1] - 44:13
hours [1] - 40:10
House [4] - 13:14,
62:1, 73:20, 79:3
house [3] - 43:16,
59:19
HOWELL [1] - 1:8
hugged [1] - 62:17
humor [7] - 12:10,
12:18, 12:20, 13:21,
14:4, 31:3, 67:18
humorous [1] - 12:4
hunter [1] - 26:4
hurls [1] - 13:23
hurt [1] - 13:2
hyperbole [3] - 32:21,
33:9, 59:2
hyperbolic [2] - 32:19,
32:20

## I

idea [3] - 12:1, 24:17,
44:10
ignores [1] - 22:18
illegal [1] - 64:25
illness [1] - 68:1
image [1] - 18:19
immediately [2] -
74:8, 79:16
impact [1] - 69:6
impecunious [1] -
40:6
impetus [1] - 32:10
implicated [1] - 30:11
important [1] - 68:3
impose [6] - 6:21,
39:23, 54:11, 55:13,
71:5, 73:13
imposed [17] - 6:21,

8

37:11, 41:1, 41:3, 41:6, 67:22, 68:3, 71:9, 72:1, 74:22, 75:3, 75:10, 76:2, 76:18, 80:2, 80:8, 80:15
**impossible** [1] - 42:21
**imprisonment** [9] - 10:12, 10:13, 74:7, 74:23, 79:15, 80:3, 82:7, 82:9
**improve** [2] - 45:1, 77:21
**inaugural** [1] - 60:19
**incarcerated** [1] - 40:15
**incarceration** [7] - 11:5, 11:7, 11:9, 41:8, 68:9, 73:1, 78:10
**inclined** [1] - 52:25
**include** [7] - 17:16, 55:15, 72:3, 76:20, 77:16, 77:19, 80:17
**included** [2] - 17:12, 18:7
**includes** [2] - 74:16, 79:24
**including** [6] - 13:11, 62:6, 62:8, 62:14, 66:19, 77:21
**incorporated** [1] - 5:2
**increased** [1] - 9:24
**incredibly** [1] - 14:17
**incur** [2] - 72:23, 78:3
**indicate** [1] - 7:4
**indicates** [1] - 29:15
**indications** [1] - 29:10
**indicted** [2] - 40:2, 40:3
**indictment** [2] - 4:1, 81:14
**individual** [3] - 9:8, 62:9, 62:18
**individually** [1] - 68:17
**individuals** [1] - 62:6
**induced** [1] - 24:18
**ineffective** [2] - 75:5, 80:10
**inflammatory** [2] - 31:2, 39:20
**influenced** [2] - 26:5, 42:3
**information** [16] - 9:11, 16:13, 24:7, 31:4, 46:24, 72:20, 72:21, 72:22, 75:4, 77:24, 77:25, 78:1, 78:6, 78:7, 78:8,

80:9
**injure** [1] - 30:6
**injuries** [1] - 14:21
**injury** [1] - 10:1
**inside** [17] - 22:17, 28:1, 31:2, 47:3, 48:2, 49:13, 49:19, 49:22, 49:25, 50:15, 55:1, 55:3, 55:6, 57:3, 57:4, 70:9, 70:16
**instance** [1] - 54:18
**instances** [1] - 14:13
**institutions** [2] - 30:16, 31:7
**insults** [1] - 13:23
**insurrectionist** [1] - 66:1
**intent** [2] - 39:10, 56:18
**intention** [1] - 56:15
**interest** [1] - 43:10
**interesting** [1] - 28:21
**interference** [1] - 10:4
**interrupt** [1] - 47:18
**interview** [2] - 30:21, 50:7
**intoxicated** [1] - 25:10
**investigation** [13] - 4:10, 4:17, 6:11, 7:3, 7:22, 8:9, 8:14, 8:19, 9:2, 55:10, 66:21, 74:15, 79:23
**involve** [1] - 26:1
**involved** [16] - 15:10, 18:17, 18:18, 18:22, 26:7, 26:11, 28:20, 35:6, 39:14, 40:21, 41:20, 46:4, 49:5, 52:3, 70:3, 70:20
**involvement** [2] - 24:21, 71:1
**involves** [1] - 30:4
**issue** [1] - 12:1
**issues** [2] - 11:19, 27:1

### J

**J6** [1] - 21:11
**Jail** [1] - 51:9
**jail** [6] - 41:10, 41:12, 42:5, 42:15, 43:12, 45:22
**jam** [1] - 12:25
**James** [1] - 2:22
**jams** [1] - 29:24
**January** [4] - 16:1, 16:11, 16:15, 18:3, 18:15, 18:24, 19:3,

19:8, 19:19, 19:21, 21:24, 23:19, 25:20, 28:20, 33:7, 36:1, 36:8, 37:21, 38:23, 40:4, 47:11, 48:10, 50:6, 51:14, 52:18, 54:24, 56:12, 56:16, 57:22, 57:25, 58:12, 58:14, 58:24, 65:10, 65:18, 65:21, 67:7, 67:21, 68:2, 69:10, 69:12, 70:18
**jarring** [1] - 38:10
**job** [9] - 40:7, 41:21, 41:23, 57:17, 58:22, 64:17, 64:18, 65:23, 77:16
**jobs** [4] - 40:9, 40:14, 66:19, 67:16
**joining** [3] - 2:6, 2:21, 57:21
**Joint** [1] - 63:18
**joke** [3] - 60:2, 60:6
**jokes** [1] - 12:11
**joking** [1] - 14:3
**Josh** [1] - 27:7
**journalism** [1] - 50:8
**journalist** [4] - 50:7, 50:9, 50:10, 65:3
**journalistic** [1] - 36:22
**journalists** [2] - 31:6, 65:6
**JR** [1] - 1:19
**JUDGE** [1] - 1:8
**Judge** [12] - 25:8, 25:14, 25:22, 25:25, 26:4, 26:8, 27:1, 27:21, 28:25, 41:6, 49:4, 50:4
**judge** [6] - 3:10, 26:17, 49:18, 50:24, 60:11, 67:24
**judges** [3] - 25:17, 37:12, 41:3
**judgment** [7] - 50:15, 71:13, 73:23, 74:25, 76:6, 79:6, 80:5
**justice** [3] - 10:2, 10:5, 67:14
**justify** [1] - 47:19

### K

**kai** [1] - 59:16
**kai-bosh** [1] - 59:16
**Kathy** [2] - 73:19, 79:3
**keep** [6] - 2:11, 2:14, 2:16, 60:19, 60:24, 62:4
**Kelly** [1] - 27:21

**Kevin** [1] - 26:5
**kidding** [1] - 13:24
**killing** [1] - 3:10
**kind** [12] - 12:4, 12:10, 12:20, 12:23, 14:10, 16:7, 24:14, 34:7, 45:3, 51:23, 66:23
**King** [1] - 27:3
**knives** [1] - 48:7
**knowledge** [2] - 31:15, 69:10
**known** [4] - 17:20, 24:21, 30:24, 49:11
**knows** [3] - 34:3, 37:1, 51:7

### L

**lack** [1] - 26:9
**laid** [1] - 43:24
**Lamberth** [2] - 25:14, 27:1
**language** [2] - 31:2, 51:3
**large** [3] - 15:5, 41:9, 69:25
**largely** [1] - 32:4
**larger** [2] - 35:15, 42:1
**last** [2] - 4:25, 6:20
**lasted** [1] - 15:21
**lastly** [1] - 6:17
**laugh** [2] - 12:23, 14:1
**laughed** [1] - 63:21
**laughing** [1] - 29:23
**launched** [1] - 65:21
**law** [14] - 23:12, 26:2, 30:12, 30:17, 30:23, 31:1, 31:8, 43:3, 48:14, 55:17, 56:19, 56:22, 66:15, 70:15
**law-abiding** [1] - 66:15
**law.com** [1] - 1:21
**lawsuits** [1] - 58:3
**lawyer** [4] - 6:1, 20:9, 20:24, 40:1
**lawyers** [3] - 20:4, 21:13, 81:25
**leader** [4] - 18:1, 39:9, 45:4, 58:25
**leaders** [1] - 22:13
**leadership** [6] - 17:24, 18:18, 18:22, 29:21, 31:14, 58:9
**leading** [1] - 65:11
**lean** [1] - 6:2
**least** [9] - 21:19, 33:18, 40:23, 41:18, 57:8, 62:18, 63:13, 72:10, 77:2

**leave** [3] - 19:17, 35:16, 35:18
**left** [10] - 16:6, 16:8, 16:14, 28:2, 33:13, 35:13, 35:24, 54:19, 57:2, 63:16
**left-wing** [1] - 54:19
**leftist** [1] - 67:11
**legal** [5] - 18:8, 19:25, 20:1, 20:22, 25:18
**legislative** [1] - 67:11
**legitimate** [1] - 23:11
**lengthy** [1] - 66:12
**less** [7] - 42:14, 43:7, 44:12, 61:10, 69:22, 74:5, 79:13
**lesser** [1] - 32:12
**letter** [4] - 4:21, 13:22, 23:15, 24:14, 37:16, 38:22, 39:1, 45:20, 53:8
**letters** [5] - 4:14, 4:22, 37:6, 37:18, 67:3
**level** [9] - 9:20, 9:21, 9:24, 10:6, 10:8, 39:8, 42:6, 53:19, 70:4
**levels** [4] - 9:24, 10:3, 10:6, 45:21
**license** [1] - 23:12
**lie** [1] - 65:14
**lies** [1] - 66:2
**life** [8] - 3:12, 16:2, 37:1, 45:1, 46:3, 46:4, 46:24, 66:15
**like-minded** [1] - 14:24
**likely** [2] - 48:22, 48:23
**limited** [2] - 26:20, 67:13
**limiting** [1] - 18:20
**line** [4] - 12:5, 60:18, 60:24, 70:2
**lines** [3] - 70:8, 72:24, 78:4
**liquid** [2] - 62:14, 69:23
**liquor** [1] - 28:4
**listed** [1] - 5:1
**listen** [1] - 4:3
**listening** [1] - 23:4
**lit** [1] - 61:21
**live** [3] - 59:15, 63:20, 81:11
**lived** [1] - 66:15
**lives** [1] - 50:1
**living** [5] - 40:4, 40:8, 43:17, 53:7, 61:22
**local** [3] - 17:10, 72:5,

76:22
**locate** [1] - 40:22
**lockdown** [1] - 61:25
**Loeb** [5] - 2:19, 46:2, 48:13, 52:6, 52:8
**LOEB** [32] - 1:11, 2:10, 2:14, 2:18, 2:21, 5:8, 7:7, 7:13, 7:19, 10:18, 11:16, 16:16, 20:11, 21:2, 21:6, 21:9, 21:22, 22:3, 24:2, 27:19, 27:22, 28:24, 29:4, 31:13, 75:12, 75:16, 80:17, 80:21, 80:25, 81:15, 81:21, 83:1
**longest** [1] - 40:13
**look** [2] - 7:14, 50:3
**looked** [3] - 29:5, 62:14, 63:7
**looking** [1] - 63:7
**looks** [2] - 43:2, 57:3
**lost** [2] - 40:7, 41:23
**Loth** [2] - 1:23, 83:21
**LOTH** [1] - 83:11
**louder** [1] - 56:16
**lounge** [1] - 61:16
**lovely** [1] - 61:18
**low** [1] - 69:21
**lower** [1] - 26:16
**lucky** [1] - 3:15
**Luther** [1] - 27:3

## M

**machine** [1] - 1:24
**MacMahon** [40] - 3:7, 3:8, 3:16, 3:20, 5:21, 5:22, 7:20, 7:23, 8:2, 8:8, 10:19, 10:20, 20:5, 20:7, 31:18, 31:19, 43:22, 44:6, 45:6, 45:7, 45:12, 46:11, 47:15, 47:17, 50:25, 51:18, 51:24, 52:11, 52:19, 52:22, 53:2, 53:4, 53:21, 53:25, 54:4, 75:17, 75:19, 75:24, 83:4, 83:5
**MACMAHON** [1] - 1:19
**magazines** [2] - 29:13, 58:15
**Magic** [1] - 14:6
**magic** [1] - 14:8
**mainstream** [2] - 18:19, 65:24
**maintain** [1] - 33:19
**man** [2] - 49:5, 52:1
**mandatory** [4] - 71:23,

72:3, 76:15, 76:20
**maniac** [1] - 39:11
**manipulate** [1] - 37:22
**manipulated** [2] - 23:21, 60:13
**manipulating** [1] - 24:5
**manner** [1] - 83:18
**manual** [2] - 6:15, 10:11
**march** [2] - 15:16, 24:1
**marched** [1] - 15:15
**marching** [1] - 56:23
**marijuana** [1] - 9:17
**Marine** [2] - 46:25, 47:1
**marker** [4] - 63:8, 63:9, 63:10, 66:4
**Markers** [1] - 14:7
**markers** [1] - 14:8
**marketing** [1] - 66:25
**Martin** [1] - 27:3
**mask** [2] - 2:10, 2:17
**masses** [1] - 19:19
**mastermind** [1] - 45:3
**materials** [1] - 44:9
**matter** [2] - 2:2, 40:1
**matters** [2] - 18:7, 18:18
**Matthew** [4] - 25:8, 41:7, 69:15, 70:12
**maximum** [2] - 74:23, 80:3
**McFadden** [5] - 25:22, 25:25, 26:5, 26:8, 28:25
**mean** [12] - 7:15, 16:8, 33:5, 33:12, 35:2, 46:12, 47:18, 47:25, 51:18, 54:20, 61:9, 66:23
**meaning** [2] - 33:20, 82:8
**means** [3] - 40:10, 42:8, 81:24
**meant** [1] - 35:7
**measure** [1] - 30:15
**media** [30] - 14:7, 14:10, 14:22, 15:1, 15:3, 15:5, 15:8, 23:22, 24:6, 27:15, 34:12, 34:16, 34:21, 34:23, 35:1, 35:10, 42:22, 51:22, 51:23, 52:3, 52:4, 56:14, 59:21, 63:10, 63:17, 64:23, 65:24
**media'** [1] - 65:1
**meet** [3] - 19:12,

29:19, 33:16
**meetings** [4] - 33:16, 33:21, 33:22, 34:8
**meets** [1] - 45:25
**Mehta** [1] - 41:6
**member** [11] - 16:14, 16:18, 17:6, 17:22, 27:9, 27:10, 32:13, 32:24, 34:9, 35:9, 36:21
**members** [9] - 15:1, 15:7, 18:11, 31:1, 49:2, 57:21, 57:23, 58:7, 64:23
**membership** [6] - 16:3, 17:12, 17:23, 18:13, 30:24
**memo** [14] - 4:12, 4:13, 4:19, 4:20, 18:24, 19:6, 22:4, 24:24, 25:4, 26:10, 27:8, 28:12, 32:11, 40:20
**memorandum** [1] - 41:6
**Memorial** [1] - 63:4
**memos** [6] - 5:3, 9:11, 11:21, 12:20, 55:9, 56:17
**mental** [2] - 26:25, 68:1
**mention** [2] - 22:5, 29:5
**mentioned** [5] - 29:10, 29:20, 30:1, 32:23, 64:1
**mentions** [1] - 19:10
**merely** [1] - 30:8
**message** [6] - 14:23, 15:1, 15:4, 18:5, 18:15, 27:16
**messages** [1] - 49:1
**messaging** [1] - 63:24
**met** [4] - 19:10, 35:25, 62:17
**methods** [1] - 77:13
**metropolitan** [2] - 73:7, 78:16
**mic** [1] - 3:19
**Michetti** [4] - 26:15, 68:24, 69:3, 69:9
**Michetti's** [1] - 26:19
**microphone** [1] - 3:18
**middle** [1] - 59:19
**Middleburg** [1] - 1:20
**midpoint** [1] - 11:12
**might** [5] - 27:3, 39:20, 43:21, 73:25, 79:8
**military** [6] - 47:8,

47:9, 66:16, 67:3, 67:6, 67:9
**Miller** [1] - 25:8
**million** [1] - 19:1
**mind** [2] - 29:1, 67:10
**minded** [1] - 14:24
**minimize** [1] - 61:4
**minimizing** [1] - 49:19
**minimum** [3] - 11:10, 40:14, 43:15
**Ministry** [1] - 49:3
**minor** [1] - 27:14
**minutes** [3] - 13:17, 27:25, 28:1
**misconduct** [1] - 29:22
**missed** [2] - 75:13, 80:21
**mob** [4] - 14:19, 42:1, 48:1, 65:7
**mobs** [1] - 65:25
**moment** [4] - 24:13, 38:22, 39:2, 39:13
**momentary** [1] - 24:18
**monetary** [2] - 74:3, 79:11
**money** [9] - 19:14, 19:20, 19:22, 21:12, 21:14, 21:19, 21:25, 40:4, 51:2
**month** [2] - 74:6, 79:14
**months** [23] - 11:6, 11:8, 11:11, 11:12, 26:13, 27:19, 27:24, 28:11, 31:9, 31:10, 31:11, 41:6, 41:8, 41:19, 69:1, 69:4, 69:5, 69:20, 70:7, 70:12, 70:14, 71:15, 76:8
**months'** [2] - 10:12, 11:5
**morning** [13] - 2:18, 2:25, 3:3, 3:6, 3:7, 3:21, 8:11, 9:3, 23:24, 23:25, 24:12, 44:14, 60:15
**Moss** [1] - 25:8
**most** [5] - 13:25, 27:2, 29:22, 37:18, 66:23
**mother** [1] - 45:18
**motion** [2] - 81:8, 81:13
**motivated** [1] - 32:25
**motivating** [1] - 32:14
**motor** [1] - 32:9
**move** [4] - 3:17, 54:16, 54:21, 63:11
**moved** [1] - 41:22

**moves** [1] - 81:15
**moving** [1] - 48:1
**MPD** [1] - 13:18
**MR** [62] - 2:25, 3:3, 3:7, 3:20, 5:11, 5:18, 5:22, 7:23, 8:2, 8:16, 8:20, 10:20, 10:22, 20:7, 20:12, 31:19, 32:3, 32:19, 32:22, 33:15, 33:22, 33:25, 34:17, 34:22, 35:2, 35:4, 35:7, 35:17, 35:19, 36:11, 36:16, 37:15, 38:13, 38:16, 38:19, 39:18, 39:22, 40:18, 44:2, 44:5, 44:7, 44:16, 45:7, 45:12, 46:11, 47:15, 47:17, 50:25, 51:18, 51:24, 52:11, 52:19, 52:22, 53:4, 53:21, 53:25, 54:4, 75:19, 75:24, 81:7, 83:3, 83:5
**MS** [31] - 2:10, 2:14, 2:18, 2:21, 5:8, 7:7, 7:13, 7:19, 10:18, 11:16, 16:16, 20:11, 21:2, 21:6, 21:9, 21:22, 22:3, 24:2, 27:19, 27:22, 28:24, 29:4, 31:13, 75:12, 75:16, 80:17, 80:21, 80:25, 81:15, 81:21, 83:1
**MTM** [1] - 52:8
**multiple** [1] - 15:21
**murder** [17] - 14:7, 14:10, 14:22, 15:3, 15:5, 15:7, 24:5, 27:15, 34:15, 34:25, 35:10, 42:22, 52:3, 52:4, 56:14, 63:9, 64:23
**must** [29] - 15:19, 49:11, 72:4, 72:6, 72:8, 72:9, 72:12, 72:14, 72:19, 72:23, 73:22, 73:24, 74:24, 76:21, 76:23, 76:25, 77:1, 77:4, 77:6, 77:11, 77:12, 77:14, 77:17, 77:23, 78:3, 78:5, 79:5, 79:7, 80:4

## N

**name** [3] - 15:2, 18:9, 26:20

10

**name-calling** [1] - 26:20
**named** [2] - 15:3, 41:7
**names** [1] - 2:8
**Nancy** [5] - 13:9, 49:21, 61:25, 62:1
**Nancy's** [2] - 62:20, 65:12
**nascent** [1] - 34:12
**national** [3] - 17:13, 18:9, 47:12
**nationalist** [1] - 32:13
**nature** [3] - 55:23, 56:8, 67:25
**near** [6] - 43:16, 53:12, 62:13, 81:10
**nearest** [1] - 53:15
**necessarily** [1] - 52:6
**necessary** [2] - 53:19, 55:14
**need** [9] - 40:16, 52:25, 55:15, 55:25, 56:3, 67:22, 68:11, 81:24, 82:24
**needs** [3] - 37:4, 41:22, 53:23
**nefarious** [1] - 34:19
**neighborhood** [1] - 17:10
**never** [4] - 22:16, 24:19, 49:17, 67:15
**new** [7] - 27:9, 41:21, 72:23, 75:3, 78:3, 80:8, 82:15
**news** [2] - 63:25, 65:13
**next** [5] - 6:7, 40:15, 48:25, 59:1, 62:6
**nice** [1] - 61:17
**NICHOLAS** [2] - 1:5, 1:5
**Nicholas** [11] - 2:4, 3:22, 4:16, 28:24, 67:13, 71:6, 71:13, 76:3, 76:6
**Nick** [2] - 58:14, 65:22
**Nick's** [1] - 58:15
**night** [3] - 57:9, 64:23, 65:2
**nine** [1] - 68:25
**nobody** [1] - 46:7
**none** [2] - 25:12, 48:7
**nonetheless** [2] - 15:4, 44:16
**nonmembers** [1] - 18:11
**Nordean** [4] - 22:12, 22:15, 49:5, 62:18
**normalizes** [1] - 12:21
**NORTHERN** [1] - 1:12

**northern** [1] - 37:2
**Northwest** [1] - 79:18
**Nos** [1] - 1:3
**note** [2] - 19:7, 41:5
**noted** [11] - 26:1, 26:8, 27:1, 35:25, 36:4, 36:18, 40:19, 75:11, 75:18, 81:6
**notes** [3] - 16:20, 19:6, 83:13
**nothing** [4] - 8:20, 41:16, 46:5, 48:21
**notify** [4] - 73:24, 74:12, 79:7, 79:20
**novelty** [1] - 14:11
**November** [1] - 25:16
**null** [1] - 83:16
**number** [4] - 4:14, 28:19, 29:3
**numbers** [2] - 22:14, 58:21
**NW** [2] - 1:16, 74:10

**O**

**o'clock** [1] - 57:9
**objection** [3] - 9:6, 75:16, 81:20
**objections** [14] - 6:10, 7:5, 7:9, 7:18, 7:25, 8:3, 8:18, 8:20, 10:16, 75:10, 75:17, 75:20, 80:15, 81:5
**objects** [1] - 62:8
**obligation** [2] - 74:13, 79:21
**obligations** [2] - 74:8, 79:16
**observations** [1] - 23:18
**observe** [1] - 39:12
**observed** [1] - 61:24
**observer** [1] - 22:8
**observers** [1] - 12:6
**obstruct** [3] - 10:2, 65:15, 77:13
**obstructed** [1] - 63:18
**obstructing** [1] - 56:10
**obstruction** [2] - 3:24, 25:18
**obtained** [1] - 67:15
**obtaining** [1] - 29:11
**obviously** [5] - 29:23, 45:22, 47:4, 47:23, 50:9
**occasions** [1] - 36:19
**occurred** [3] - 47:11, 47:14, 48:8
**Ochs** [80] - 2:4, 3:8,

3:22, 4:9, 4:13, 5:24, 6:23, 7:4, 7:21, 7:24, 8:4, 9:16, 10:19, 11:5, 11:10, 11:17, 12:3, 12:12, 12:17, 14:9, 14:11, 15:6, 15:10, 17:8, 18:17, 18:21, 19:23, 20:21, 22:4, 22:11, 22:16, 23:1, 23:15, 24:2, 31:10, 31:11, 45:18, 45:21, 46:3, 48:3, 48:15, 48:22, 50:5, 50:18, 50:25, 52:14, 54:12, 54:23, 57:3, 57:15, 57:23, 58:6, 58:8, 58:17, 59:4, 59:9, 59:22, 60:3, 60:7, 63:19, 63:24, 64:7, 64:11, 64:14, 64:20, 64:23, 66:3, 66:5, 66:15, 68:23, 70:19, 70:25, 71:6, 71:10, 71:14, 75:15, 75:22, 81:3, 82:20
**OCHS** [9] - 1:5, 1:18, 6:24, 8:6, 8:12, 54:14, 55:3, 55:6, 82:22
**Ochs'** [3] - 17:23, 22:20, 70:25
**Ochs's** [1] - 53:8
**odd** [2] - 40:9
**OF** [4] - 1:1, 1:3, 1:7, 1:12
**offense** [36] - 3:23, 9:20, 9:21, 9:24, 9:25, 10:3, 10:6, 10:8, 13:24, 19:21, 41:21, 47:10, 50:22, 51:14, 52:17, 55:16, 55:18, 55:24, 56:3, 56:9, 65:10, 65:18, 65:20, 67:25, 68:19, 68:24, 70:20, 71:1, 75:6, 80:11, 82:6, 82:15
**OFFICE** [1] - 1:11
**office** [7] - 13:16, 28:5, 49:22, 62:20, 62:22, 65:11, 65:12
**Office's** [3] - 4:10,

4:17, 8:9
**officer** [15] - 25:20, 43:5, 46:18, 46:19, 72:13, 72:19, 72:25, 73:4, 74:14, 77:5, 77:23, 77:25, 78:5, 78:13
**Officer** [3] - 2:5, 73:19, 79:3
**officers** [9] - 13:18, 27:12, 31:1, 42:12, 43:3, 46:22, 50:1, 63:2, 69:23
**official** [4] - 3:24, 25:18, 56:10, 83:22
**Official** [1] - 1:23
**officials** [2] - 23:22, 30:12
**old** [2] - 33:8, 67:15
**once** [3] - 28:1, 43:25, 49:13
**one** [27] - 6:10, 7:5, 9:16, 10:13, 12:1, 13:18, 15:18, 28:25, 32:24, 36:7, 38:14, 41:21, 46:5, 47:7, 48:15, 48:25, 50:4, 51:5, 51:11, 58:14, 59:23, 62:18, 63:1, 72:4, 72:9, 76:21, 77:1
**One** [1] - 48:25
**ones** [3] - 24:6, 40:21, 40:22
**ongoing** [3] - 31:13, 50:11, 50:17
**online** [4] - 21:11, 39:20, 45:13, 66:6
**open** [10] - 12:25, 23:4, 29:24, 57:3, 62:7, 62:11, 65:12, 72:23, 78:3, 81:14
**opinion** [1] - 29:5
**opportunity** [2] - 6:19, 54:12
**opposite** [1] - 68:16
**Options** [2] - 71:25, 76:17
**oration** [1] - 44:13
**order** [3] - 56:6, 74:17, 79:25
**ordered** [3] - 71:19, 76:11, 80:23
**orders** [2] - 36:23, 60:16
**organization** [5] - 16:4, 16:7, 18:5, 35:21, 36:22
**organizations** [1] - 18:10

**organized** [2] - 69:11, 70:3
**original** [1] - 40:1
**originally** [1] - 40:2
**otherwise** [4] - 16:2, 24:19, 30:12
**outlet** [3] - 24:6, 34:16, 34:21
**outlets** [1] - 23:22
**outline** [1] - 6:5
**outnumbered** [1] - 14:16
**outside** [6] - 22:18, 42:24, 70:9, 70:16, 73:6, 78:15
**overthrow** [3] - 23:13, 32:14, 42:9
**overwhelmed** [2] - 56:19, 61:7
**owed** [1] - 56:4
**own** [4] - 33:14, 35:19, 65:10, 65:13

**P**

**p.m** [2] - 64:22, 83:8
**P.O** [1] - 1:19
**page** [2] - 48:11, 48:22
**paid** [4] - 20:13, 73:18, 74:13, 79:21
**paint** [1] - 65:25
**papers** [1] - 8:10
**parents** [2] - 40:8, 81:11
**parents'** [1] - 43:16
**part** [8] - 27:11, 32:15, 34:11, 35:8, 35:11, 39:22, 42:1, 58:6
**Part** [2] - 71:24, 76:16
**participants** [2] - 15:8, 29:14
**participate** [3] - 48:11, 77:14, 77:17
**participated** [1] - 66:3
**participating** [3] - 12:6, 34:8, 47:13
**participation** [1] - 21:24
**particular** [1] - 69:8
**particularly** [4] - 18:18, 28:17, 37:18, 38:2
**parties** [2] - 7:15, 10:25
**parties'** [1] - 55:9
**parts** [5] - 4:3, 6:11, 11:14, 62:5
**party** [1] - 83:18
**patriotic** [1] - 67:12
**patriots** [2] - 19:1,

11

59:14
**Paul** [1] - 62:18
**pause** [1] - 37:13
**pay** [16] - 20:15, 20:20, 21:20, 21:25, 53:1, 71:19, 73:12, 73:22, 73:25, 74:2, 76:11, 78:23, 79:5, 79:8, 79:10, 80:23
**payable** [2] - 74:8, 79:16
**paying** [1] - 52:2
**payment** [6] - 74:3, 74:5, 74:6, 79:11, 79:13, 79:14
**payments** [5] - 56:5, 73:15, 73:23, 78:24, 79:6
**peaceful** [2] - 16:2, 23:11
**Pearce** [2] - 2:22, 2:23
**PEARCE** [1] - 2:25
**peeked** [1] - 63:25
**Pelosi's** [2] - 13:16, 49:21
**penalties** [2] - 74:3, 79:11
**penalty** [5] - 73:22, 74:1, 79:5, 79:9, 82:17
**Pennsylvania** [1] - 1:16
**Pensacola** [4] - 53:6, 53:7, 53:16, 75:23
**people** [30] - 12:13, 12:24, 13:2, 13:4, 24:5, 36:20, 38:24, 42:7, 42:10, 46:21, 47:2, 47:8, 48:6, 48:7, 48:16, 48:24, 49:15, 49:20, 49:25, 50:12, 51:4, 51:24, 54:19, 54:20, 54:25, 55:1, 57:4, 60:24, 66:24, 67:25
**people's** [2] - 36:12, 66:24
**pepper** [1] - 24:16
**pepper-spray** [1] - 24:16
**per** [2] - 74:5, 79:13
**perhaps** [2] - 31:25, 32:19
**period** [6] - 18:2, 40:15, 54:9, 68:9, 74:23, 80:3
**periodic** [2] - 72:11, 77:3
**permanent** [2] - 2:24, 63:10

**permission** [3] - 54:7, 75:8, 80:13
**persecuted** [6] - 24:8, 50:22, 51:6, 51:15, 65:23
**person** [3] - 37:22, 40:10, 67:8
**persona** [1] - 39:5
**personal** [2] - 33:1, 38:14
**perverted** [1] - 67:20
**phone** [1] - 22:13
**phones** [1] - 36:13
**photocopied** [1] - 83:17
**photographic** [2] - 5:2, 9:10
**photographs** [1] - 62:2
**photos** [1] - 42:23
**phrase** [1] - 16:7
**physical** [2] - 42:11, 67:1
**physically** [1] - 67:10
**picking** [1] - 40:23
**picture** [3] - 63:12, 63:13, 64:25
**pictures** [1] - 61:19
**piled** [1] - 82:8
**pin** [2] - 61:3, 61:9
**place** [1] - 40:16
**placement** [4] - 72:10, 73:2, 77:2, 78:11
**places** [1] - 53:15
**plan** [10] - 24:18, 32:1, 38:23, 38:24, 38:25, 48:3, 48:14, 61:11, 74:5, 79:13
**planned** [3] - 58:10, 59:1, 60:17
**planner** [1] - 39:9
**planning** [2] - 29:11, 48:12
**plans** [3] - 18:24, 19:2, 31:16
**platform** [2] - 15:2
**platforms** [1] - 19:24
**plausible** [1] - 13:22
**plausibly** [1] - 24:4
**plays** [2] - 14:4, 68:19
**Plaza** [1] - 59:17
**plea** [8] - 25:16, 26:14, 32:7, 39:22, 50:23, 56:5, 75:6, 80:11
**plead** [1] - 25:19
**pleaded** [1] - 68:23
**pleadings** [4] - 32:7, 43:19, 45:15, 45:16
**pleases** [1] - 45:8
**pled** [7] - 3:23, 19:8,

19:9, 25:17, 32:6, 51:7, 54:15
**plotting** [1] - 49:5
**plus** [1] - 26:16
**point** [3] - 23:14, 25:15, 63:3
**pointed** [5] - 13:15, 41:18, 49:21, 59:21, 62:20
**points** [7] - 11:22, 19:4, 21:9, 22:3, 25:23, 68:23, 69:14
**Police** [1] - 42:12
**police** [24] - 13:9, 13:18, 14:16, 14:18, 14:21, 25:7, 26:3, 27:6, 28:6, 43:5, 46:18, 46:19, 46:22, 49:25, 56:23, 60:18, 60:20, 60:24, 61:1, 61:6, 62:4, 62:24, 70:2, 70:8
**political** [20] - 15:22, 16:4, 17:17, 17:19, 17:21, 19:14, 23:22, 24:21, 35:20, 38:8, 38:9, 48:20, 51:10, 51:13, 66:8, 66:22, 66:23, 66:24, 68:5
**politically** [4] - 24:8, 50:21, 51:15, 65:22
**poor** [1] - 70:19
**popular** [1] - 59:20
**portion** [1] - 20:15
**portions** [2] - 8:18, 9:7
**portrays** [1] - 39:5
**posing** [1] - 62:2
**position** [7] - 21:23, 23:6, 34:11, 36:9, 39:16, 41:24, 41:25
**possess** [2] - 72:6, 76:23
**possession** [1] - 9:17
**possessions** [1] - 48:4
**possibility** [2] - 58:1, 58:2
**possible** [3] - 40:13, 75:23, 81:12
**possibly** [1] - 32:15
**post** [1] - 63:17
**posted** [1] - 58:24
**poured** [1] - 13:6
**precisely** [2] - 60:10, 64:2
**prefer** [1] - 3:16
**preferred** [1] - 23:22
**premises** [1] - 30:8
**preparation** [2] - 22:7, 77:20

**prepare** [1] - 54:21
**prepared** [1] - 42:7
**preplanning** [5] - 39:14, 69:10, 70:4, 70:17, 70:22
**presence** [1] - 67:17
**present** [4] - 3:4, 3:8, 11:20, 25:12
**presentence** [16] - 4:10, 4:17, 6:11, 7:3, 7:21, 8:9, 8:14, 8:19, 9:1, 55:10, 66:20, 71:25, 74:15, 74:19, 76:17, 79:22
**presenting** [1] - 40:23
**President** [2] - 24:1, 60:16
**President's** [1] - 56:13
**presidential** [1] - 56:21
**presumably** [1] - 20:22
**Pretrial** [1] - 2:6
**pretrial** [2] - 25:11, 82:12
**prison** [3] - 28:17, 54:9, 66:12
**prisoners** [2] - 51:10, 51:13
**Prisons** [6] - 53:17, 53:22, 54:7, 71:15, 76:8, 82:5
**private** [1] - 40:2
**privy** [1] - 58:6
**pro** [2] - 22:23, 58:3
**pro-violence** [2] - 22:23, 58:3
**probation** [14] - 7:16, 41:20, 55:9, 72:13, 72:19, 72:24, 73:4, 74:14, 77:5, 77:23, 77:25, 78:5, 78:13
**Probation** [17] - 2:5, 4:10, 4:17, 6:12, 8:8, 11:9, 71:24, 72:21, 73:7, 74:16, 74:19, 76:16, 78:7, 78:16, 79:22, 79:24, 81:25
**proceed** [4] - 6:4, 6:6, 6:23, 32:2
**proceeded** [1] - 59:6
**proceeding** [4] - 3:24, 25:19, 56:10, 83:8
**proceedings** [2] - 56:20, 83:14
**Proceedings** [1] - 1:24
**produced** [1] - 1:25
**professional** [2] - 65:3, 65:6

**proficiency** [1] - 77:21
**profit** [1] - 65:20
**profiting** [1] - 21:24
**program** [5] - 77:15, 77:16, 77:18, 77:19
**programs** [1] - 77:19
**progress** [6] - 73:3, 73:8, 73:10, 78:12, 78:17, 78:19
**prohibited** [1] - 77:12
**promote** [5] - 12:19, 34:12, 38:21, 55:16, 55:20
**promoted** [1] - 30:12
**promoting** [1] - 30:19
**prompted** [1] - 68:4
**promptly** [1] - 19:16
**proof** [1] - 49:4
**property** [12] - 10:1, 18:9, 25:2, 25:6, 26:8, 26:11, 27:5, 27:14, 27:17, 30:7, 30:25, 70:16
**proposal** [1] - 41:15
**prosecuted** [2] - 24:8, 66:7
**prosecution** [2] - 19:15, 82:14
**prosecutions** [1] - 29:7
**protect** [2] - 55:18, 67:23
**protesting** [1] - 51:10
**protests** [1] - 17:21
**Proud** [44] - 15:11, 15:14, 15:17, 15:21, 16:6, 16:8, 16:10, 16:12, 16:14, 16:22, 17:8, 17:18, 17:22, 18:7, 18:23, 22:10, 22:22, 25:4, 27:9, 29:19, 29:24, 31:14, 31:15, 32:13, 32:24, 33:7, 33:10, 33:13, 33:16, 33:23, 33:24, 36:10, 48:12, 49:6, 57:21, 57:23, 58:7, 58:11, 58:25, 62:17, 69:12, 70:3, 71:1
**proud** [2] - 38:5, 63:13
**prove** [2] - 16:16, 49:9
**provide** [8] - 36:3, 36:4, 55:17, 56:3, 56:5, 72:19, 77:23, 78:5
**provided** [3] - 11:3, 36:6, 68:12
**provides** [1] - 9:23
**providing** [1] - 43:10
**provisions** [2] - 71:12,

76:5
**Pruitt** [4] - 27:7, 27:11, 27:14, 27:18
**PSR** [7] - 7:8, 7:9, 7:12, 7:14, 7:18, 8:1, 51:1
**PSRs** [2] - 7:6, 9:8
**public** [8] - 18:8, 21:12, 39:5, 55:18, 61:18, 67:23, 73:14, 78:22
**publicize** [1] - 28:7
**puffs** [1] - 14:18
**pull** [1] - 61:9
**pulling** [1] - 61:2
**punched** [1] - 13:19
**punished** [1] - 46:16
**punishment** [2] - 43:10, 55:17
**punitive** [1] - 40:11
**purposes** [4] - 18:12, 46:1, 55:14, 55:15
**pursuant** [6] - 55:21, 56:6, 71:11, 74:21, 76:4, 80:1
**push** [1] - 43:3
**pushed** [2] - 13:19, 63:2
**pushing** [1] - 62:25
**put** [3] - 28:2, 28:17, 59:16
**puts** [3] - 9:18, 26:3, 27:16
**putting** [2] - 43:8, 59:13
**puzzle** [1] - 47:12
**puzzles** [1] - 47:7

## Q

**quarter** [2] - 14:12, 42:11
**questioned** [1] - 65:5
**questions** [6] - 6:22, 6:24, 43:21, 43:24, 82:18, 82:22
**quickly** [1] - 14:11
**quite** [13] - 14:14, 18:4, 18:17, 24:24, 29:7, 38:3, 38:6, 38:7, 38:10, 60:6, 65:19
**quote** [1] - 64:2

## R

**rack** [1] - 28:4
**radar** [1] - 16:1
**radios** [1] - 48:6
**Rae** [1] - 62:18

**raise** [4] - 11:23, 51:2, 52:17, 65:18
**raised** [9] - 19:14, 19:22, 19:23, 20:1, 20:14, 20:23, 21:17, 39:20, 66:6
**rally** [3] - 56:13, 59:5, 59:6
**range** [14] - 6:15, 10:11, 10:12, 10:13, 11:11, 11:12, 11:14, 68:8, 69:8, 69:18, 69:19, 69:21, 70:7, 70:13
**ranges** [3] - 11:13, 69:4, 69:5
**ranking** [1] - 67:2
**rather** [1] - 38:7
**reached** [1] - 62:16
**read** [5] - 8:14, 37:16, 45:19, 48:21, 51:1
**readiness** [1] - 77:16
**reads** [1] - 64:3
**ready** [3] - 42:7, 44:18, 44:19
**reality** [1] - 50:3
**really** [5] - 14:2, 26:19, 45:3, 46:7, 46:9
**reason** [3] - 15:3, 20:1, 43:6
**reasonable** [2] - 16:17, 68:10
**reasons** [5] - 6:20, 20:1, 32:24, 36:20, 45:25
**receipt** [2] - 73:10, 78:18
**receive** [1] - 69:16
**received** [5] - 5:19, 23:15, 70:6, 75:5, 80:10
**receives** [1] - 44:9
**recently** [1] - 52:13
**recommendation** [7] - 4:11, 4:18, 45:24, 66:12, 68:15, 70:24, 75:22
**recommendations** [3] - 11:4, 11:13, 55:10
**recommended** [2] - 71:24, 76:16
**recommending** [3] - 11:5, 11:6, 11:9
**recommends** [1] - 68:9
**reconcile** [2] - 38:11, 67:6
**record** [13] - 2:5, 2:9, 7:17, 10:16, 12:15, 24:20, 46:5, 75:11,

75:18, 80:16, 81:3, 81:5, 81:6
**recorded** [6] - 33:14, 38:10, 60:1, 61:15, 61:17, 62:9
**recordings** [1] - 38:1
**records** [1] - 56:2
**recoup** [1] - 52:16
**recouped** [1] - 21:14
**rectify** [1] - 45:2
**red** [1] - 62:14
**reduced** [2] - 10:6, 40:8
**reentry** [2] - 73:3, 78:12
**refer** [1] - 42:20
**referencing** [1] - 62:1
**referring** [1] - 58:17
**reflect** [1] - 55:16
**reflecting** [1] - 66:22
**Reform** [2] - 71:11, 76:4
**reforming** [1] - 18:20
**refrain** [2] - 72:8, 76:25
**refrains** [1] - 23:19
**refusing** [1] - 66:8
**regarding** [6] - 11:22, 22:3, 56:8, 66:14, 68:6, 68:11
**regardless** [5] - 15:13, 15:16, 17:5
**regret** [2] - 55:3, 55:6
**regulations** [2] - 77:15, 77:19
**rehabilitation** [1] - 55:20
**rehabilitative** [1] - 25:11
**rejected** [2] - 23:3, 42:2
**related** [1] - 49:10
**relating** [3] - 19:2, 19:5, 68:18
**release** [21] - 10:12, 25:12, 35:11, 71:18, 72:21, 73:1, 73:5, 74:6, 74:7, 74:14, 76:10, 77:25, 78:7, 78:10, 78:14, 79:14, 79:15, 79:22, 82:10, 82:12, 82:13
**released** [1] - 82:11
**relevant** [1] - 19:13
**remained** [1] - 30:1
**remarkable** [2] - 27:2, 57:1
**remarks** [1] - 27:2
**remind** [1] - 27:18
**reminded** [1] - 27:3

**remorse** [2] - 23:16, 55:2
**remotely** [1] - 2:7
**remove** [1] - 2:10
**renounce** [1] - 17:7
**repayment** [1] - 40:13
**repeated** [1] - 17:17
**repeatedly** [3] - 13:9, 27:12, 32:22
**replacing** [1] - 42:19
**replied** [3] - 64:7, 64:12, 64:17
**report** [23] - 4:10, 4:17, 6:11, 7:22, 8:9, 8:14, 8:19, 9:2, 54:6, 54:7, 55:10, 66:21, 71:25, 73:4, 73:8, 73:10, 74:15, 74:19, 76:17, 78:13, 78:17, 78:19, 79:23
**reported** [1] - 1:24
**Reporter** [3] - 1:23, 1:23, 83:22
**reporting** [1] - 24:9
**reports** [1] - 7:4
**request** [8] - 21:6, 41:2, 41:4, 52:16, 54:1, 75:8, 80:13, 81:19
**requested** [4] - 69:17, 72:20, 77:24, 78:6
**required** [9] - 11:1, 69:7, 72:17, 73:11, 77:9, 78:20, 82:3, 82:5, 82:8
**residence** [2] - 74:17, 79:25
**residents** [1] - 57:4
**resignation** [1] - 16:19
**resigned** [5] - 16:5, 16:6, 17:4, 17:18, 33:12
**resolving** [1] - 23:12
**resort** [1] - 23:8
**respect** [4] - 4:9, 4:16, 4:24, 55:17
**respectively** [1] - 69:1
**respond** [2] - 11:21, 43:20
**response** [1] - 58:2
**responsibilities** [1] - 18:6
**responsibility** [8] - 10:7, 12:9, 19:16, 36:24, 54:14, 54:16, 54:22, 55:2
**rest** [1] - 40:4
**restaurant** [1] - 40:9
**restitution** [10] - 39:23, 56:3, 56:4,

56:5, 72:14, 72:16, 73:15, 77:6, 77:8, 78:24
**restricted** [2] - 59:7, 59:9
**result** [1] - 82:16
**resulted** [1] - 14:21
**resulting** [1] - 10:8
**results** [2] - 10:10, 57:24
**resume** [1] - 64:15
**resumed** [1] - 57:10
**retained** [3] - 20:6, 20:7, 20:8
**return** [1] - 74:18
**revealing** [1] - 12:15
**reveled** [1] - 65:15
**review** [2] - 4:6, 9:9
**reviewed** [5] - 4:7, 4:9, 4:16, 4:25, 7:21
**reviewing** [1] - 22:20
**revocation** [1] - 82:13
**rf@rfeitellaw.com** [1] - 1:17
**rhetoric** [1] - 26:20
**ridicule** [1] - 12:12
**riot** [9] - 12:6, 12:16, 24:7, 29:15, 30:14, 30:20, 31:5, 56:19
**rioters** [15] - 13:8, 13:11, 14:17, 30:19, 60:19, 60:21, 60:23, 62:5, 62:21, 62:25, 63:6, 63:11, 65:9, 65:10, 70:8
**rioters'** [2] - 29:22, 62:9
**rises** [1] - 42:6
**rituals** [1] - 18:14
**ROBERT** [1] - 1:15
**Robert** [1] - 3:4
**Rodean** [1] - 28:24
**role** [8] - 17:3, 17:24, 18:5, 18:22, 29:21, 31:13, 31:14, 68:19
**roles** [1] - 66:22
**room** [3] - 53:9, 61:18, 61:22
**Room** [2] - 73:20, 79:4
**Rotunda** [5] - 13:15, 13:17, 62:13, 62:19, 62:21
**route** [1] - 62:13
**routinely** [1] - 58:7
**RPR** [3] - 1:23, 83:11, 83:21
**Rubenacker** [4] - 24:25, 69:15, 69:19, 70:1
**rule** [4] - 23:7, 30:17,

13

30:23, 31:8
**ruled** [2] - 23:4, 25:18
**rules** [2] - 77:15, 77:18
**run** [1] - 36:9

### S

**safe** [1] - 65:1
**safety** [1] - 58:21
**SAINT** [1] - 83:11
**Saint** [2] - 1:23, 83:21
**SAINT-LOTH** [1] - 83:11
**Saint-Loth** [2] - 1:23, 83:21
**San** [1] - 1:13
**sarcastic** [2] - 64:7, 64:10
**sat** [1] - 61:18
**satire** [3] - 12:4, 12:10, 14:3
**satisfied** [2] - 8:5, 8:23
**saw** [6] - 13:21, 48:22, 48:23, 49:22, 53:8, 60:20
**scared** [1] - 55:1
**scary** [1] - 69:24
**scene** [1] - 59:15
**schedule** [2] - 73:23, 79:6
**school** [4] - 41:21, 50:8, 67:15, 77:20
**schoolyard** [1] - 13:23
**Schuck** [1] - 2:6
**Score** [1] - 9:18
**screaming** [2] - 39:11, 42:13
**screen** [2] - 16:1, 67:19
**Seagoville** [3] - 43:14, 53:15, 81:10
**SEAGOVILLE** [1] - 43:15
**seat** [2] - 3:17, 3:19
**second** [3] - 6:13, 32:2, 47:19
**Secor** [1] - 25:21
**Secor's** [1] - 26:1
**Section** [17] - 3:25, 9:22, 11:2, 55:12, 55:21, 56:7, 56:11, 71:12, 71:20, 72:15, 74:21, 75:1, 76:5, 76:12, 77:7, 80:1, 80:6
**secured** [1] - 65:7
**security** [4] - 34:4, 43:15, 47:12, 53:19

**see** [10] - 6:3, 12:11, 14:5, 21:5, 40:25, 45:13, 46:12, 60:22, 63:11, 70:9
**Seefried** [2] - 26:4, 26:6
**seem** [3] - 12:22, 33:13, 38:6
**seeming** [1] - 38:2
**sees** [2] - 57:3, 57:5
**Select** [2] - 19:10, 19:11
**selectively** [1] - 66:7
**self** [4] - 38:21, 54:11, 81:19, 81:23
**self-promote** [1] - 38:21
**self-surrender** [3] - 54:11, 81:19, 81:23
**selfie** [1] - 61:19
**Senate** [3] - 26:12, 61:13, 61:16
**sends** [2] - 27:16, 54:7
**senior** [1] - 58:9
**sense** [3] - 38:18, 52:3, 67:18
**sensitive** [1] - 13:4
**sent** [4] - 14:22, 14:25, 15:3, 38:4
**sentence** [49] - 4:8, 6:21, 11:10, 11:11, 11:13, 15:24, 25:14, 26:25, 31:9, 32:9, 33:2, 35:14, 41:6, 41:13, 43:7, 43:12, 49:18, 51:5, 54:11, 55:13, 56:1, 67:22, 68:3, 68:11, 68:20, 69:6, 69:18, 69:21, 70:7, 70:11, 70:24, 71:3, 71:5, 71:9, 72:16, 74:18, 74:22, 75:3, 75:10, 76:2, 77:8, 79:25, 80:2, 80:8, 80:15, 82:2, 82:4, 82:16
**sentenced** [13] - 27:24, 42:10, 51:8, 51:16, 60:15, 68:25, 69:15, 69:20, 70:12, 71:17, 75:22, 76:9, 82:6
**sentences** [6] - 41:1, 41:3, 55:25, 68:6, 69:16, 69:17
**Sentencing** [5] - 68:8, 71:11, 71:25, 76:4, 76:17
**SENTENCING** [1] - 1:7

**sentencing** [60] - 3:22, 4:2, 4:5, 4:6, 4:8, 4:11, 4:12, 4:13, 4:18, 4:19, 4:20, 5:3, 6:4, 6:6, 6:8, 6:15, 6:18, 6:22, 8:10, 9:3, 9:9, 9:11, 10:11, 11:1, 11:3, 11:13, 11:14, 11:21, 15:19, 18:24, 19:5, 21:4, 22:4, 24:24, 25:4, 25:21, 27:8, 28:12, 32:11, 32:12, 37:11, 37:17, 40:20, 44:9, 46:1, 49:17, 50:23, 51:12, 55:9, 55:10, 55:15, 55:20, 55:22, 56:17, 60:11, 67:24, 69:8, 69:19, 75:7, 80:12
**separate** [2] - 82:5, 82:14
**separately** [1] - 4:3
**September** [1] - 19:9
**serious** [2] - 14:14, 69:22
**seriousness** [1] - 55:16
**serve** [5] - 43:9, 71:17, 76:9, 82:1, 82:16
**served** [6] - 42:14, 47:9, 54:1, 54:2, 66:16, 67:9
**service** [3] - 47:22, 67:6, 82:4
**services** [2] - 77:14, 77:18
**serving** [1] - 18:7
**Session** [1] - 63:18
**set** [3] - 13:20, 55:12, 57:8
**several** [3] - 4:22, 18:23, 58:6
**shall** [10] - 71:22, 73:15, 74:11, 74:14, 74:18, 76:14, 78:24, 79:19, 79:22, 83:16
**share** [4] - 17:15, 72:22, 78:1, 78:8
**shared** [1] - 63:23
**sheet** [2] - 73:23, 79:6
**Sherrill** [2] - 73:20, 79:3
**Sherry** [1] - 2:6
**shield** [2] - 43:2
**shit** [1] - 59:1
**shorthand** [1] - 1:24
**shortly** [1] - 35:8
**shoving** [1] - 62:25
**show** [3] - 33:10,

34:25, 66:1
**showing** [3] - 62:23, 64:24, 68:15
**shown** [1] - 35:4
**shows** [6] - 15:22, 22:7, 31:7, 50:15, 63:5, 68:14
**shut** [1] - 57:13
**sic** [1] - 23:8
**sic]** [2] - 37:3, 48:4
**sick** [1] - 3:11
**side** [1] - 13:19
**sidelines** [1] - 22:9
**sides** [2] - 55:11, 68:12
**sign** [2] - 27:15, 63:22
**signaled** [1] - 58:2
**signatory** [1] - 83:18
**signed** [1] - 32:8
**significant** [4] - 25:11, 26:25, 69:6, 70:25
**similar** [4] - 27:8, 41:2, 56:2
**similarly** [2] - 14:11, 14:22
**simply** [6] - 15:6, 24:9, 34:6, 34:7, 36:23, 50:18
**singing** [1] - 59:18
**single** [1] - 23:15
**sit** [2] - 3:19, 44:15
**sits** [1] - 51:1
**sitting** [1] - 3:11
**situation** [1] - 14:20
**size** [2] - 14:12, 46:13
**skills** [2] - 77:17, 77:21
**small** [2] - 15:8, 61:5
**smear** [1] - 62:14
**smiles** [1] - 59:18
**smoke** [22] - 14:12, 14:13, 14:15, 14:16, 14:18, 22:19, 25:6, 26:2, 26:22, 27:5, 28:5, 46:7, 46:10, 49:14, 56:23, 60:25, 61:1, 61:5, 65:6, 67:20
**social** [5] - 28:12, 28:21, 34:23, 35:10, 63:17
**society** [3] - 41:14, 43:10, 52:2
**sole** [1] - 26:18
**someone** [4] - 16:25, 36:23, 39:3, 39:9
**sometimes** [2] - 5:16, 49:18
**somewhat** [1] - 67:5
**song** [1] - 59:20

**sophomoric** [1] - 42:20
**Sorry** [1] - 63:20
**sorry** [6] - 45:2, 52:14, 52:21, 54:24, 55:5, 75:12
**sort** [12] - 12:18, 13:23, 15:13, 32:6, 34:12, 36:1, 37:20, 38:21, 39:6, 39:11, 41:17, 66:20
**soul** [1] - 47:1
**spare** [1] - 41:10
**Speaker** [3] - 13:14, 13:16, 62:1
**Speaker's** [2] - 62:22, 65:11
**speaking** [1] - 2:11
**speaks** [1] - 44:1
**spear** [1] - 27:4
**special** [9] - 10:14, 37:3, 41:22, 71:19, 72:18, 76:11, 77:10, 80:18, 80:24
**specific** [3] - 9:25, 10:3, 19:4
**specifically** [2] - 22:19, 68:24
**spectrum** [1] - 36:20
**speculative** [1] - 36:17
**spell** [1] - 43:14
**spent** [1] - 27:24
**spittle** [1] - 42:13
**spoken** [1] - 58:25
**spokespeople** [1] - 18:21
**spot** [1] - 2:24
**spouses'** [1] - 61:16
**spray** [2] - 24:16, 48:5
**spraying** [1] - 69:23
**spreading** [2] - 24:6, 31:4
**stab** [3] - 22:5, 29:12, 48:4
**stabbing** [1] - 54:19
**stack** [1] - 18:25
**stacked** [1] - 23:7
**staff** [2] - 3:17, 81:1
**stage** [2] - 6:7, 60:19
**stairs** [2] - 13:20, 63:2
**stand** [3] - 47:10, 51:9, 55:19
**standing** [2] - 22:9, 43:2
**start** [6] - 4:5, 11:15, 31:18, 31:21, 66:15, 68:22
**started** [1] - 64:23
**starting** [5] - 2:9, 9:14, 14:14, 71:5

14

**state** [6] - 2:8, 67:10, 71:9, 72:4, 76:2, 76:21
**statement** [1] - 23:16
**statements** [9] - 7:25, 17:13, 18:25, 19:2, 39:20, 49:3, 50:21, 52:5, 52:7
**States** [5] - 2:3, 2:19, 47:1, 73:16, 78:9
**STATES** [4] - 1:1, 1:3, 1:8, 1:10
**status** [4] - 18:13, 31:14, 73:5, 78:14
**statute** [2] - 72:15, 77:7
**statutory** [2] - 74:23, 80:3
**stay** [4] - 3:16, 58:20, 71:7, 81:24
**steadily** [1] - 67:16
**steal** [6] - 34:20, 58:23, 59:12, 64:15, 64:20, 70:16
**Steal** [6] - 50:13, 50:14, 56:13, 59:5, 59:9, 64:5
**stealing** [1] - 30:25
**stenographic** [1] - 83:13
**step** [7] - 6:9, 6:13, 6:16, 6:20, 9:12, 10:24, 37:4
**Stephen** [1] - 12:11
**steps** [2] - 6:5, 60:23
**still** [14] - 16:17, 17:7, 17:15, 17:25, 25:13, 33:6, 34:15, 34:17, 34:18, 34:19, 34:20, 35:6, 51:22, 54:22
**stole** [1] - 28:4
**stolen** [1] - 65:14
**stood** [1] - 62:6
**Stop** [4] - 50:13, 56:13, 59:5, 64:5
**stop** [5] - 50:14, 58:23, 59:10, 59:12, 61:11
**stopped** [6] - 33:17, 34:3, 64:3, 64:15, 64:20, 65:5
**stopping** [1] - 34:20
**storm** [2] - 19:1, 39:3
**stormed** [3] - 18:16, 63:20, 64:4
**storming** [2] - 12:13, 12:22
**strategic** [1] - 12:18
**Street** [1] - 1:20
**street** [3] - 54:19,

57:5, 59:19
**streets** [1] - 30:25
**strikes** [1] - 38:9
**striking** [1] - 66:20
**stronger** [1] - 17:25
**struck** [3] - 20:3, 22:20, 29:7
**student** [1] - 25:25
**study** [1] - 28:21
**stuff** [5] - 34:20, 35:1, 48:7, 49:24, 58:16
**stupid** [2] - 46:6, 46:15
**subject** [2] - 9:22, 82:13
**subjected** [1] - 34:4
**submissions** [1] - 5:19
**submit** [7] - 72:9, 73:4, 73:8, 77:1, 77:11, 78:13, 78:17
**submitted** [13] - 4:13, 4:14, 4:20, 5:1, 5:4, 6:12, 7:7, 8:10, 9:2, 17:14, 37:6, 37:17, 41:5
**substance** [6] - 72:7, 72:9, 76:24, 77:1, 77:11, 77:12
**substantial** [3] - 10:4, 14:21, 53:1
**subtracting** [1] - 21:3
**succeeded** [1] - 56:20
**success** [1] - 29:17
**successful** [1] - 62:11
**suffered** [1] - 28:12
**sufficient** [1] - 55:13
**suggest** [1] - 56:11
**suggested** [1] - 20:19
**suggestible** [1] - 28:14
**suggesting** [1] - 14:5
**suggests** [1] - 17:2
**summarizing** [2] - 73:4, 78:13
**superseding** [1] - 4:1
**supervised** [7] - 10:12, 71:18, 73:6, 74:7, 76:10, 78:15, 79:15
**supervision** [10] - 71:22, 72:2, 72:10, 73:2, 73:9, 76:14, 76:19, 77:2, 78:11, 78:18
**supplement** [1] - 5:4
**supplemental** [1] - 38:4
**supplemented** [1] - 9:9

**support** [3] - 24:20, 52:24, 69:18
**supported** [1] - 16:4
**supporter** [1] - 26:18
**supportive** [1] - 53:9
**supports** [1] - 70:10
**supposed** [4] - 38:11, 57:25, 59:22, 60:7
**Supreme** [2] - 22:21, 22:23
**surrender** [5] - 54:11, 81:19, 81:23, 82:1, 82:3
**swagger** [1] - 39:6
**swept** [6] - 24:13, 37:24, 38:22, 39:2, 39:4, 39:13
**swung** [1] - 69:23
**system** [2] - 67:14, 68:5

## T

**table** [2] - 2:21, 61:19
**Table** [1] - 68:8
**tactical** [1] - 29:12
**talent** [1] - 67:19
**talks** [2] - 14:6, 14:11
**tamper** [1] - 77:13
**tape** [1] - 58:15
**target** [1] - 58:19
**Tarrio** [2] - 33:6, 35:8
**tattoo** [3] - 33:23, 33:24, 34:5
**taxpayers** [2] - 20:4, 20:14
**teaching** [1] - 37:2
**tear** [1] - 69:25
**Telegram** [4] - 15:7, 16:24, 18:6, 22:11
**television** [2] - 57:5, 64:3
**term** [10] - 40:13, 66:12, 71:15, 71:18, 74:7, 76:8, 76:10, 79:15, 82:7, 82:9
**terminated** [1] - 66:21
**termination** [1] - 74:20
**terms** [5] - 21:1, 32:9, 42:17, 42:25, 48:14
**terrible** [4] - 46:8, 47:3, 49:12, 49:24
**terrorist** [1] - 66:1
**test** [2] - 72:9, 77:1
**testing** [2] - 77:11, 77:13
**tests** [2] - 72:11, 77:3
**Texas** [6] - 37:2, 40:1, 43:15, 53:15, 59:5,

81:10
**THE** [111] - 1:1, 1:8, 1:10, 1:12, 2:2, 2:12, 2:15, 2:20, 2:23, 3:2, 3:6, 3:14, 3:21, 5:9, 5:13, 5:20, 5:24, 6:25, 7:2, 7:11, 7:14, 7:20, 7:24, 8:4, 8:7, 8:13, 8:17, 8:22, 8:25, 9:5, 10:19, 10:21, 10:23, 16:5, 19:17, 20:8, 20:13, 21:5, 21:8, 21:10, 22:2, 23:25, 27:18, 27:21, 28:19, 29:2, 31:11, 31:17, 31:22, 32:17, 32:20, 33:5, 33:20, 33:23, 34:15, 34:18, 34:25, 35:3, 35:5, 35:16, 35:18, 36:9, 36:15, 37:13, 37:16, 38:15, 38:17, 39:16, 39:19, 40:17, 43:23, 44:3, 44:6, 44:15, 44:18, 44:21, 44:24, 45:5, 45:11, 46:9, 47:7, 47:16, 50:20, 51:8, 51:21, 52:7, 52:15, 52:21, 53:2, 53:14, 53:22, 54:3, 54:10, 54:23, 55:5, 55:8, 75:14, 75:17, 75:21, 75:25, 80:19, 80:23, 81:2, 81:8, 81:17, 81:22, 82:20, 82:23, 83:2, 83:4, 83:6
**theft** [1] - 70:21
**themselves** [8] - 12:8, 37:19, 60:1, 61:15, 61:20, 61:23, 62:2, 63:12
**thereafter** [2] - 72:11, 77:3
**thereby** [1] - 30:14
**thinks** [1] - 50:7
**third** [2] - 6:16, 10:24
**Thompson** [5] - 27:23, 28:3, 28:10, 28:11, 28:22
**thousands** [1] - 49:20
**threaten** [1] - 13:25
**threatened** [2] - 30:6, 30:11
**threatening** [4] - 10:1, 31:1, 63:1
**three** [7] - 10:13, 17:12, 31:11, 71:18, 72:8, 76:10, 76:25
**three-year** [2] - 71:18,

76:10
**threw** [4] - 56:23, 60:25, 61:1, 61:2
**throughout** [1] - 11:20
**throw** [5] - 25:6, 27:5, 65:6, 70:2
**thrower** [1] - 61:8
**throwing** [9] - 14:13, 14:14, 14:16, 22:19, 26:2, 26:22, 27:14, 28:5, 70:20
**thumbs** [1] - 63:22
**thumbs-up** [1] - 63:22
**Thunderdome** [1] - 52:9
**ticket** [1] - 48:9
**ties** [3] - 25:1, 26:23, 28:6
**tipped** [1] - 27:4
**today** [10] - 3:5, 3:10, 43:20, 45:9, 45:19, 55:11, 56:17, 60:11, 66:10, 82:24
**together** [5] - 4:2, 11:18, 15:15, 33:17, 45:23
**tomorrow** [1] - 58:16
**took** [2] - 60:23, 61:19
**topic** [2] - 17:22, 23:17
**total** [6] - 10:8, 30:23, 31:6, 31:7, 74:3, 79:11
**totally** [1] - 50:9
**touch** [3] - 11:25, 47:1, 81:24
**tour** [1] - 61:18
**toward** [4] - 13:16, 13:20, 15:22, 65:11
**towards** [3] - 48:1, 62:20, 62:22
**tower** [1] - 59:21
**toy** [1] - 14:8
**training** [2] - 77:16, 77:17
**transcript** [7] - 1:25, 36:3, 36:5, 83:13, 83:14, 83:17
**TRANSCRIPT** [1] - 1:7
**transcription** [1] - 1:25
**trash** [1] - 62:13
**trashed** [1] - 28:4
**travel** [1] - 21:4
**treatment** [2] - 74:18, 74:20
**trial** [2] - 27:24, 70:8
**tried** [6] - 36:25, 37:5, 40:20, 44:11, 61:4, 62:24

**trophy** [1] - 42:22
**troubling** [2] - 17:16, 30:7
**true** [5] - 25:7, 50:18, 50:19, 83:12, 83:13
**Trump** [1] - 28:14
**trusts** [1] - 18:10
**truth** [1] - 66:2
**try** [9] - 34:12, 37:4, 41:17, 41:22, 43:20, 45:10, 45:16, 53:23, 54:8
**trying** [18] - 14:19, 28:7, 31:5, 33:1, 43:3, 45:1, 51:2, 52:12, 52:23, 54:16, 54:21, 60:19, 60:24, 62:4, 65:20, 65:25, 66:1
**tune** [1] - 20:21
**turn** [4] - 44:1, 44:6, 70:23, 81:18
**turning** [1] - 19:4
**turns** [1] - 37:7
**TV** [1] - 17:13
**Twitter** [1] - 65:24
**two** [21] - 3:22, 5:3, 9:7, 9:12, 11:19, 18:15, 19:22, 19:24, 23:18, 24:4, 51:22, 57:11, 59:15, 62:6, 67:25, 69:13, 72:6, 72:10, 76:23, 77:2
**types** [2] - 55:25, 68:6

## U

**U.S** [13] - 1:11, 47:16, 63:20, 70:16, 72:22, 73:7, 74:9, 74:16, 78:1, 78:16, 78:25, 79:17, 79:24
**U.S.C** [17] - 3:25, 9:22, 11:2, 55:12, 55:21, 56:6, 56:11, 71:12, 71:20, 72:15, 74:21, 75:1, 76:5, 76:12, 77:7, 80:1, 80:6
**Uber** [1] - 66:19
**ultimately** [3] - 39:15, 41:23, 42:2
**unable** [2] - 75:7, 80:12
**unavailable** [2] - 75:3, 80:8
**uncontested** [1] - 32:5
**under** [9] - 6:15, 9:25, 10:3, 10:7, 10:11, 11:2, 22:6, 68:7, 69:7

**undermining** [2] - 12:14, 23:5
**undisputed** [1] - 9:8
**unexpected** [1] - 22:15
**unique** [1] - 68:18
**UNITED** [4] - 1:1, 1:3, 1:8, 1:10
**United** [5] - 2:3, 2:19, 46:25, 73:16, 78:8
**University** [1] - 66:18
**university** [1] - 37:3
**unlawful** [2] - 72:8, 76:25
**unlawfully** [1] - 72:6, 76:23
**unless** [1] - 66:25
**unlike** [2] - 60:14, 70:1
**unwarranted** [3] - 56:1, 68:11, 68:14
**up** [18] - 3:11, 5:15, 5:16, 6:7, 14:18, 24:13, 37:4, 37:24, 38:22, 39:2, 39:4, 39:13, 48:1, 49:10, 54:5, 60:10, 61:21, 62:17, 63:22
**upset** [3] - 37:22, 38:6, 54:25
**uses** [1] - 12:3
**utterly** [1] - 23:5

## V

**VA** [1] - 1:20
**valiantly** [1] - 62:24
**values** [2] - 17:15, 17:16
**vandalization** [1] - 66:4
**vandalize** [1] - 24:10
**variance** [1] - 70:13
**various** [4] - 62:8, 66:19, 67:16, 77:21
**vernacular** [1] - 44:12
**version** [1] - 8:21
**versus** [1] - 2:3
**vest** [5] - 22:6, 29:12, 48:4, 54:17, 54:18
**victim** [2] - 73:17, 79:1
**victims** [1] - 56:3
**video** [14] - 9:10, 24:15, 33:8, 33:14, 38:1, 46:12, 49:23, 58:24, 59:3, 61:15, 63:23, 64:1, 66:6, 67:18
**videos** [11] - 4:25, 5:3, 5:7, 16:9, 17:2, 17:13, 38:4, 38:20,

39:6, 46:14, 59:25
**videotape** [3] - 57:1, 57:12, 62:23
**videotapes** [5] - 16:11, 44:22, 52:8, 52:10, 60:22
**view** [1] - 70:10
**Viewers** [1] - 63:25
**views** [3] - 48:20, 65:13, 66:9
**violate** [2] - 82:10, 82:12
**violating** [1] - 9:22
**violation** [3] - 3:24, 41:20, 56:10
**violence** [27] - 15:22, 16:4, 17:17, 17:21, 18:20, 19:2, 22:7, 22:16, 22:23, 23:9, 24:11, 24:21, 26:2, 26:11, 38:23, 42:8, 46:3, 46:4, 46:25, 48:3, 48:14, 48:19, 49:7, 54:21, 56:15, 58:3
**violent** [5] - 30:24, 58:2, 58:8, 61:10, 70:14
**visibly** [2] - 13:10, 63:19
**Visitor** [1] - 62:3
**vocational** [1] - 77:14
**voice** [2] - 18:7, 44:21
**void** [1] - 83:16
**voluminous** [1] - 45:16
**vote** [5] - 30:14, 57:10, 57:24, 61:12, 64:3
**vs** [1] - 1:4

## W

**wage** [1] - 40:14
**waging** [1] - 30:24
**Wait** [1] - 64:9
**waiting** [1] - 63:11
**waive** [1] - 39:24
**walked** [4] - 47:3, 50:14, 57:18, 65:4
**walking** [1] - 57:2
**wandered** [1] - 30:8
**war** [2] - 30:24, 58:5
**warmly** [1] - 17:8
**warped** [1] - 67:10
**warranting** [1] - 50:23
**Washington** [11] - 1:6, 1:16, 1:20, 18:2, 48:9, 73:6, 73:21, 74:10, 78:15, 79:4, 79:18

**watched** [3] - 38:5, 38:20
**watching** [1] - 57:4
**water** [1] - 69:23
**weapons** [3] - 29:11, 38:24, 70:15
**wear** [3] - 16:21, 16:22, 22:6
**website** [1] - 56:14
**wedge** [1] - 65:12
**wedged** [1] - 62:7
**welcome** [3] - 57:7, 64:15, 64:20
**West** [3] - 44:11, 59:17, 60:18
**white** [1] - 32:13
**whole** [3] - 36:20, 38:1, 47:21
**wife** [4] - 45:19, 52:24, 53:7, 54:9
**wife's** [1] - 45:19
**wild** [2] - 22:24, 58:4
**Wild** [1] - 44:11
**William** [1] - 62:7
**Williams** [5] - 13:11, 25:3, 25:7, 69:15, 70:6
**willing** [4] - 18:1, 23:4, 44:15, 61:11
**window** [3] - 28:25, 57:3, 64:1
**wing** [1] - 54:19
**Wing** [1] - 61:14
**wiped** [1] - 14:10
**wish** [2] - 6:18, 54:15
**wishes** [1] - 46:23
**withdrew** [2] - 33:2, 33:5
**Woods** [1] - 41:7
**word** [1] - 12:3
**words** [7] - 33:14, 35:19, 56:15, 56:17, 63:9, 64:14, 70:18
**wore** [1] - 54:18
**world** [2] - 37:4, 66:1
**worse** [1] - 44:24
**worst** [1] - 49:21
**write** [3] - 14:7, 51:25, 63:9
**writes** [1] - 37:20
**writing** [1] - 64:25
**written** [1] - 65:1
**wrote** [6] - 14:9, 42:21, 47:21, 58:14, 64:19, 66:4

## X

**XYZ** [1] - 49:3

## Y

**year** [6] - 19:9, 41:15, 41:16, 43:9, 71:18, 76:10
**years** [10] - 10:13, 15:21, 17:12, 24:20, 27:3, 27:10, 66:16, 67:14, 71:15, 76:8
**years-long** [1] - 24:20
**yelled** [2] - 13:9, 61:25
**yelling** [6] - 50:14, 60:2, 60:3, 60:7, 62:20, 65:11
**young** [1] - 52:1

## Z

**zero** [1] - 38:18
**Zone** [1] - 68:8