UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Case No. 21 Cr. 73-2 (BAH) |
| NICHOLAS OCHS | : | |
| Defendant. | : | |

**NOTICE OF *PRO BONO* APPEARANCE**

The Clerk of this Court and all parties herein, shall take notice that the undersigned is entering an appearance as *pro bono* counsel for defendant Nicholas Ochs for the limited purpose of representing him in a Motion To Vacate his prior conviction in this case for Obstruction Of An Official Proceeding, in violation of 18 United States Code Section 1512(c)(2). Undersigned counsel was appointed pursuant to the Criminal Justice Act to represent Nicholas DeCarlo, the co-defendant in this case and that representation continues.

While this criminal case was pending, Mr. Ochs was represented by attorney Edward MacMahon, who unfortunately passed away after the sentencing. Undersigned was contacted by Mr. Ochs' family, who asked if he could represent the defendant in light of the Supreme Court's recent decision in *United States v. Fischer*, 2024 WL 3208034 (June 28, 2024). Undersigned had planned to file a motion to vacate Mr. DeCarlo's conviction and because the same legal issue is raised for defendants, undersigned agreed to represent Mr. Ochs *pro bono* for this limited purpose.

Undersigned consulted with the United States Attorney's Office for the District of Columbia and they do not object to the limited joint representation. Undersigned also spoke with each defendant separately about joint representation. Undersigned has carefully considered this

1

matter and does not believe that any conflict exists between the two defendants, but both defendants have agreed to waive any potential conflict that may exist.

Accordingly, undersigned asks the Clerk to enter the following appearance for defendant Nicholas Ochs:

Robert Feitel, Esquire
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C.  20004
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

        Respectfully submitted,

        *Robert Feitel*

        _____
        Robert Feitel, Esquire
        1300 Pennsylvania Avenue, N.W.
        Washington, D.C.  20004
        D.C. Bar No. 366673
        202-255-6637 (cellular)
        202-450-6133 (office)
        RF@RFeitelLaw.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a copy of the foregoing was sent via ECF to Assistant United States Attorney (detailee) Alexis Loeb, 555 4th Street, N.W. Washington, D.C. this 9th day of July, 2024 and via email to Assistant United States Attorney Gregory Rosen.

*Robert Feitel*

_____
Robert Feitel